# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 08, 2019

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

RE:  19-2432  Daniel Lee v. United States

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated. Please include the caption and the case number on all correspondence or pleadings submitted to the Court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. **Within 60 days of the date of this letter, counsel for the appellant my file a separate application for certificate of appealability. Once the separate application for certificate of appealability has been received, the case will be forwarded to a panel of judges for consideration.** You will be advised of any action taken in the case.

An order appointing your office to represent appellant will be forwarded under a separate Notice of Docket Activity.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:    Mr. Ali Ahmad
       Mr. Daniel Lewis Lee
       Mr. Jim McCormack
       Mr. Morris H. Moon
       Mr. John Michael Pellettieri

       District Court/Agency Case Number(s):   4:18-cv-00649-JLH

**Caption For Case Number: 19-2432**

Daniel Lewis Lee

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses For Case Participants:   19-2432**

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Ali Ahmad
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000