# U.S. District Court
# Eastern District of Arkansas (Little Rock)
# CRIMINAL DOCKET FOR CASE #: <u>4:97−cr−00243−JLH−2</u>
### *Internal Use Only*

Case title: United States of America v. Kehoe et al

Other court case numbers:  4:06cv1608 USDC E/D AR
99−02897 USCA8
99−03199 USCA8

Correspondence Case:  <u>4:97−crcor−00243</u>
Related  Case:  4:18−cv−00649−JLH

Date Filed: 12/12/1997
Date Terminated: 05/13/2002

---

Assigned to: Judge J. Leon Holmes

Appeals court case numbers:
00−1975 8USCA, 02−2389 8USCA,
11−1380 USCA8, 14−2853 USCA8

### **Defendant (2)**

| | | |
|---|---|---|
| **Daniel Lewis Lee**<br>*TERMINATED: 05/13/2002*<br>*also known as*<br>Danny Lee<br>*also known as*<br>D L Graham<br>*also known as*<br>Daniel Lewis Graham | represented by | **Cathleen V. Compton**<br>Arkansas Attorney General's Office<br>Catlett−Prien Tower Building<br>323 Center Street, Suite 200<br>Little Rock, AR 72201−2610<br>501−682−2007<br>Fax: (501) 374−5118<br>Email: <u>vicki@cathicomptonlaw.com</u><br>*TERMINATED: 05/13/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **David A. Ruhnke**<br>Ruhnke & Barrett<br>47 Park Street<br>Montclair, NJ 07042<br>973−744−1000<br>Email: <u>davidruhnke@ruhnkeandbarrett.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **George G. Kouros**<br>Federal Capital Habeas Project<br>6411 Ivy Lane, Suite 710<br>Greenbelt, MD 20770<br>301−821−0855 |

Email: george_kouros@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Jack T. Lassiter**
Lassiter & Cassinelli
813 West Third Street
Little Rock, AR 72201
501−370−9300
Fax: 501−370−9306
Email: jack@lcarklaw.com
*TERMINATED: 05/13/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Laurence E. Komp**
Attorney at Law
Post Office Box 1785
Manchester, MO 63011
636−207−7330
Email: lekomp@swbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Morris H. Moon**
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
713−880−3556
Email: morris_moon@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Jennifer A. Merrigan**
Federal Public Defender's Office
800 North King Street
Wilmington, DE 19801
302−573−6010
Email: jenmerrigan@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Karl Schwartz**
Federal Public Defender's Office
800 North King Street
Wilmington, DE 19801

302−573−6010
Email: kdschwartzlaw@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1962−0100.F RICO− MURDER, FIRST DEGREE LIFE/$250,000 (1s) | DEATH on each of Counts 3s, 4s, and 5s; and LIFE on Counts 1s and 2s to run concurrent with each other |
| 18:1962−0100.F RICO CONSPIRACY − MURDER, FIRST DEGREE LIFE/$250,000 (2s) | DEATH on each of Counts 3s, 4s, and 5s; and LIFE on Counts 1s and 2s to run concurrent with each other |
| 18:1959−0100.F MURDER, FIRST DEGREE DEATH/$250,000 (3s−5s) | DEATH on each of Counts 3s, 4s, and 5s; and LIFE on Counts 1s and 2s to run concurrent with each other |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1962−7471.F RACKETEERING − MURDER LIFE; NMT $250,000 (1) | dismissed due to filing of superseding indictment |
| 18:1959−7471.F CONSPIRACY RACKETEERING ACTIVITY, MURDER/KIDNAPPING NMT 10 yrs; NMT $250,000 (2) | dismissed due to filing of superseding indictment |
| 18:1959−7471.F MURDER IN AID OF RACKETEERING DEATH; NMT $250,000 (3−5) | dismissed due to filing of superseding indictment |
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (HOBBS ACT) NMT 20 yrs; NMT $250,000 (6) | dismissed due to filing of superseding indictment |
| 18:1951.F HOBBS ACT CONSP. − INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE NMT 20 YRS/$250,000 (6s) | dismissed on the motion of the govt |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN | dismissed due to filing of superseding indictment |

(Hobbs Act Consp.) DEATH; NMT
$250,000
(7)

18:924C.F USE OF FIREARM IN
HOBBS ACT ROBBERY
CONSPIRACY 5 YRS                          dismissed on the motion of the govt
CONSECUTIVE
(7s)

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

**United States of America**          represented by   **Clarence Daniel Stripling**
                                                       Social Security Administration
                                                       Office of Hearings & Appeals
                                                       700 West Capitol Avenue
                                                       Room 2405
                                                       Little Rock, AR 72201−3285
                                                       866−592−2549 ext 11747
                                                       *TERMINATED: 05/17/2012*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert A. De La Cruz**
                                                       U. S. Department of Justice −
                                                       Terrorism/Violent Crimes
                                                       601 D Street, N.W.
                                                       Suite 6500
                                                       Washington, DC 20530
                                                       (202) 563−6629
                                                       *TERMINATED: 05/13/2002*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ali Ahmad**
                                                       U. S. Attorney's Office
                                                       Eastern District of Arkansas
                                                       Post Office Box 1229
                                                       Little Rock, AR 72203−1229
                                                       501−340−2608
                                                       Email: ali.ahmad@usdoj.gov
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Assistant US Attorney*

**John M. Pellettieri**
U. S. Department of Justice − Criminal
Division
Appellate Section
950 Pennsylvania Avenue, NW
Room 1264
Washington, DC 20530
202−307−3766
Email: john.pellettieri@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Linda B. Lipe**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203−1229
501−340−2600
Email: Linda.Lipe@usdoj.gov
*TERMINATED: 10/03/2018*
*ATTORNEY TO BE NOTICED*

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/12/1997 | 1 | | INDICTMENT by USA Dan Stripling. Counts filed against Chevie O;Brien Kehoe (1) count(s) 1, 2, 3−5, 6, 7, Daniel Lewis Lee (2) count(s) 1, 2, 3−5, 6, 7, Faron Earl Lovelace (3) count(s) 1 (rkc) Modified on 02/23/1998 (Entered: 12/15/1997) |
| 12/12/1997 | 2 | | CASE SUMMARY warrant / summons : WARRANT request for defendant Chevie O;Brien Kehoe, defendant Daniel Lewis Lee, defendant Faron Earl Lovelace (rkc) (Entered: 12/15/1997) |
| 12/12/1997 | | | ARREST Warrant issued for Chevie O;Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace by Magistrate Judge John Forster Jr. (rkc) (Entered: 12/15/1997) |
| 12/15/1997 | 3 | | PETITION for Writ of Habeas Corpus Ad Prosequendum for Daniel Lewis Lee lej) (Entered: 12/16/1997) |
| 12/16/1997 | | | lej) (Entered: 12/16/1997) |
| 12/16/1997 | | | WRIT issued as to Daniel Lewis Lee lej) (Entered: 12/16/1997) |
| 12/22/1997 | 5 | | ORDER by Magistrate Judge John F. Forster Jr. appointing Jack T. Lassiter, and Cathleen V. Compton as to Daniel Lewis Lee (cc: all counsel and defendants) (rkc) (Entered: 12/22/1997) |
| 12/22/1997 | 12 | | Return on WRIT unexec. as to Daniel Lewis Lee [12−1] (rkc) (Entered: 12/23/1997) |
| 12/23/1997 | 11 | | NOTICE of hearing arraignment Mon. 1/5/98 at 11:00 a.m. as to Daniel Lewis Lee (rkc) (Entered: 12/23/1997) |

| | | | |
|---|---|---|---|
| 12/29/1997 | 14 | | PETITION for Writ of Habeas Corpus Ad Prosequendum by Daniel Lewis Lee (former empl) (Entered: 12/29/1997) |
| 12/29/1997 | | | WRIT issued as to Daniel Lewis Lee (former empl) (Entered: 12/29/1997) |
| 01/05/1998 | 20 | | MINUTES: court convened before Magistrate Judge John F. Forster Jr. first appearance of Daniel Lewis Lee on arraignment Attorney Jack Lassiter and Cathleen Compton present; entered plea of n/g; jury trial (5 weeks) Mon. 2/5/98 at 9:15 a.m.; 21 days to file pretrial motions as to Daniel Lewis Lee (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 21 | | ORDER of Detention pending Trial of Daniel Lewis Lee by Magistrate Judge John F. Forster Jr. (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 22 | | NOTICE of hearing jury trial Mon. 2/5/98 at 9:15 a.m. as to Daniel Lewis Lee (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 28 | | MOTION for release of Brady materials by Daniel Lewis Lee (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 29 | | MOTION to produce alleged co−conspirator statements , and to suppress any such statements which fail to meet the criteria of F.R.of Evid. Rule 801(D)(2)(e) by Daniel Lewis Lee (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 30 | | MOTION to produce alleged section 404(b) evidence and Memorandum of Law in support thereof by Daniel Lewis Lee (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 31 | | MEMORANDUM by defendant Daniel Lewis Lee in support of motion for release of Brady materials [28−1] (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 32 | | MEMORANDUM by defendant Daniel Lewis Lee in support of motion to produce alleged co−conspirator statements [29−1], of motion to suppress any such statements which fail to meet the criteria of F.R.of Evid. Rule 801(D)(2)(e) [29−2] (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 33 | | MOTION for disclosure of Rule 16 materials by Daniel Lewis Lee (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 34 | | MOTION for disclosure of Jencks Act Material and Memorandum of Law in Support Thereof by Daniel Lewis Lee (rkc) (Entered: 01/06/1998) |
| 01/05/1998 | 35 | | MOTION to compel disclosure of the existence and substance of promises of immunity, leniency, or preferential treatment and Memorandum of Law in support thereof by Daniel Lewis Lee (rkc) (Entered: 01/06/1998) |
| 01/06/1998 | 25 | | CJA Frm 20Cp4 (Apt Cnsl) appointing Cathleen V Compton #D37211 as to Daniel Lewis Lee lej) (Entered: 01/06/1998) |
| 01/06/1998 | 26 | | CJA Frm 20Cp4 (Apt Cnsl) appointing Jack T Lassiter #D37210 as to Daniel Lewis Lee lej) (Entered: 01/06/1998) |
| 01/09/1998 | 41 | | MOTION to continue trial by Daniel Lewis Lee (rkc) (Entered: 01/13/1998) |
| 01/09/1998 | 42 | | MOTION for order to adopt by silence all relevant pretrial motions and trial objections of co−dfts by Daniel Lewis Lee (rkc) (Entered: 01/13/1998) |
| 01/09/1998 | 43 | | MOTION to extend time to file pretrial motions by Daniel Lewis Lee (rkc) (Entered: 01/13/1998) |

Appellate Case: 19-2432    Page: 6    Date Filed: 07/08/2019 Entry ID: 4805655

| 01/23/1998 | 49 | | Return on WRIT executed 1/5/97 as to Daniel Lewis Lee [49−1] (former empl) (Entered: 01/23/1998) |
|---|---|---|---|
| 01/23/1998 | 50 | | RESPONSE by plaintiff USA to motion to extend time to file pretrial motions [43−1] (former empl) Modified on 01/26/1998 (Entered: 01/26/1998) |
| 01/23/1998 | 51 | | RESPONSE by plaintiff USA to motion for order to adopt by silence all relevant pretrial motions and trial objections of co−dfts [42−1] (former empl) Modified on 01/26/1998 (Entered: 01/26/1998) |
| 01/23/1998 | 52 | | RESPONSE by plaintiff USA to motion to continue trial [41−1] (former empl) Modified on 01/26/1998 (Entered: 01/26/1998) |
| 01/23/1998 | 53 | | RESPONSE by plaintiff USA to motion to compel disclosure of the existence and substance of promises of immunity, leniency, or preferential treatment and Memorandum of Law in support thereof [35−1] (former empl) Modified on 01/26/1998 (Entered: 01/26/1998) |
| 01/23/1998 | 54 | | RESPONSE by plaintiff USA to motion for disclosure of Jencks Act Material and Memorandum of Law in Support Thereof [34−1] (former empl) Modified on 01/26/1998 (Entered: 01/26/1998) |
| 01/23/1998 | 55 | | RESPONSE by plaintiff USA to motion for disclosure of Rule 16 materials [33−1] (former empl) Modified on 01/26/1998 (Entered: 01/26/1998) |
| 01/23/1998 | 56 | | RESPONSE by plaintiff USA to motion to produce alleged section 404(b) evidence and Memorandum of Law in support thereof [30−1] (former empl) Modified on 01/26/1998 (Entered: 01/26/1998) |
| 01/23/1998 | 57 | | RESPONSE by plaintiff USA to motion to produce alleged co−conspirator statements [29−1], motion to suppress any such statements which fail to meet the criteria of F.R.of Evid. Rule 801(D)(2)(e) [29−2] (former empl) (Entered: 01/26/1998) |
| 01/23/1998 | 59 | | RESPONSE by plaintiff USA to motion for release of Brady materials (require govt agents to retain rough notes) [28−1] (former empl) (Entered: 01/26/1998) |
| 01/23/1998 | 60 | | RESPONSE by plaintiff USA to motion for disclosure of Jencks Act Material and Memorandum of Law in Support Thereof [34−1] (former empl) (Entered: 01/26/1998) |
| 01/26/1998 | 58 | | MEMORANDUM by plaintiff USA in support of motion response for production of alleged co−conspirator statements and for suppression of any such statements which fail to meet the criteria of Fed Rules of Evid., Rule 801 (D)(2)(e)[57−1] (former empl) (Entered: 01/26/1998) |
| 01/27/1998 | 499 | | SUPPLEMENTAL CJA Form 20Cp4 (Appointment of Counsel) for Cathleen V. Compton as to Daniel Lewis Lee (rkc) (Entered: 01/28/1999) |
| 01/28/1998 | 61 | | MINUTES: Telephone conference held before Magistrate Judge Jerry W. Cavaneau with Dan Stripling, John Hall and Jack Lassiter as to Chevie O'Brien Kehoe and Daniel Lewis Lee regarding motion for blood sample from Kehoe and Lee. ERO − Donna Jackson (dmj) (Entered: 01/29/1998) |
| 01/30/1998 | 74 | | |

| | | | |
|---|---|---|---|
| | | | MINUTES: CONFERENCE as to all defts. held before Judge G. T. Eisele. Supplemental hearing set for 2/9/98. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 02/15/1998) |
| 02/04/1998 | 62 | | MOTION to allow individual sequestered voir dire by Daniel Lewis Lee lej) (Entered: 02/04/1998) |
| 02/05/1998 | 64 | | ORDER by Judge G. T. Eisele pretrial conference Mon. 2/9/98 at 9:00 a.m. as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace (cc: all counsel and defendants) (rkc) (Entered: 02/06/1998) |
| 02/06/1998 | 65 | | MOTION to sever by Daniel Lewis Lee (rkc) (Entered: 02/09/1998) |
| 02/06/1998 | 66 | | MEMORANDUM by defendant Daniel Lewis Lee in support of motion to sever [65−1] (rkc) (Entered: 02/09/1998) |
| 02/09/1998 | 67 | | ORDER by Judge G. T. Eisele that compensation for counsel for Mr. Kehoe and Mr. Graham should be fixed at $125 for in−court and out−of−court time. The Court encourages counsel to conduct their own research and the Court directs counsel to advise it of any authority or analysis that would change the court's tentative conclusions. (cc: all counsel and defendants) (rkc) (Entered: 02/09/1998) |
| 02/09/1998 | 69 | | TRANSCRIPT of excerpted testimony of Attorney conference of 2/9/98 as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace (rkc) (Entered: 02/09/1998) |
| 02/09/1998 | 70 | | TRANSCRIPT of excerpted testimony of Attorney Conference of 1/30/98 as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace (rkc) (Entered: 02/09/1998) |
| 02/09/1998 | 103 | | MINUTES: CONFERENCE held before Judge G. T. Eisele to discuss scheduling matters. Court directs parties to file briefs by 2/23/98 on issue of compensation cap. (Ct. Rep. −− Elaine Hinson) lej) (Entered: 03/03/1998) |
| 02/12/1998 | 73 | | RESPONSE by plaintiff USA to motion to allow individual sequestered voir dire [62−1] as to Daniel Lewis Lee lej) (Entered: 02/12/1998) |
| 02/19/1998 | 77 | | RESPONSE by plaintiff USA to motion to sever [65−1] as to Danny Lewis Lee lej) (Entered: 02/19/1998) |
| 02/19/1998 | 78 | | MEMORANDUM by plaintiff USA in support of motion to sever response [77−1] as to Danny Lewis Lee lej) (Entered: 02/19/1998) |
| 02/19/1998 | 79 | | MOTION for travel expense No. 1 by Daniel Lewis Lee lej) (Entered: 02/19/1998) |
| 02/20/1998 | 81 | | ORDER by Judge G. T. Eisele granting an oral motion to extend the deadline for briefs addressing the compensation of Court−appointed counsel. The Court directs counsel for dfts Chevie O'Brien Kehoe and Daniel Lewis Lee to submit any appropriate briefs on the issue of compensation on or before Wed., 2/25/98. (cc: all counsel) lej) (Entered: 02/23/1998) |
| 02/23/1998 | 91 | | ORDER by Magistrate Judge John F. Forster Jr. granting motion for travel expense No. 1 [79−1] as to Daniel Lewis Lee (cc: all counsel defendants) lej) Modified on 02/23/1998 (Entered: 02/23/1998) |

| | | | |
|---|---|---|---|
| 02/24/1998 | 96 | | MOTION for order to set attorney's fees by Daniel Lewis Lee (former empl) (Entered: 02/25/1998) |
| 02/26/1998 | 100 | | MOTION for payment of reasonable attys fees by defts Chevie O'Brien Kehoe and Daniel Lewis Lee lej) (Entered: 02/27/1998) |
| 03/02/1998 | 102 | | ORDER by Judge G. T. Eisele directing counsel for defts Kehoe and Graham to advise the Court as soon as possible as to whether they will move to withdraw as counsel in the event that the Court denies the motion and sets compensation at $125 per hour (cc: all counsel and defendants) lej) (Entered: 03/02/1998) |
| 03/03/1998 | 104 | | RESPONSE by plaintiff USA to [103−1] court order of 2/9/98 lej) (Entered: 03/03/1998) |
| 03/04/1998 | 106 | | SEALED document by defendant Daniel Lewis Lee (motion) lej) (Entered: 03/05/1998) |
| 03/06/1998 | 107 | | SEALED document by defendant Daniel Lewis Lee (rkc) (Entered: 03/06/1998) |
| 03/06/1998 | 111 | | ARREST Warrant returned executed as to Daniel Lewis Lee 2/24/98 lej) (Entered: 03/11/1998) |
| 03/09/1998 | 109 | | RESPONSE by defendant Daniel Lewis Lee to Court's order dated 3/2/98 [102−1] lej) (Entered: 03/10/1998) |
| 03/10/1998 | 110 | | MEMORANDUM, Opinion and Order: by Judge G. T. Eisele directing the govt to file a notice by 3/30/98 of its intent to seek the death penalty against defts Kehoe and/or Graham and further order directing the govt to file an extension of time to comply if necessary by 3/24/98. (cc: all counsel) lej) (Entered: 03/10/1998) |
| 03/11/1998 | | | Docket Modification (Utility Event) stop XM excludable as to Daniel Lewis Lee lej) (Entered: 03/11/1998) |
| 03/16/1998 | 114 | | PETITION for Writ of HABEAS CORPUS AD PROSEQUENDUM as to Chevie O'Brien Kehoe lej) (Entered: 03/16/1998) |
| 03/17/1998 | 115 | | RESPONSE by defendant Daniel Lewis Lee to motion for order to prevent distribution [112−1] (former empl) (Entered: 03/17/1998) |
| 03/20/1998 | 119 | | NOTICE by plaintiff USA of intent to seek the death penalty as to Daniel Lewis Lee (rkc) (Entered: 03/20/1998) |
| 03/24/1998 | 122 | | ORDER by Judge G. T. Eisele denying motion to sever [65−1] of Lee and dft. Faron Earl Lovelace's sealed Motion for Severance (cc: all counsel and defendants) (rkc) (Entered: 03/24/1998) |
| 03/26/1998 | | | Docket Modification (Utility Event) stopping XM excludable for dfts Kehoe and Lovelace (rkc) (Entered: 03/26/1998) |
| 03/26/1998 | | | Docket Modification (Utility Event) starting XE excludable as to all dfts (rkc) (Entered: 03/26/1998) |
| 03/26/1998 | 133 | | NOTICE of hearing pretrial conference Thurs. 4/9/98 at 10:00 a.m. as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace (rkc) |

Appellate Case: 19-2432     Page: 9     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | (Entered: 03/26/1998) |
| 03/31/1998 | 136 | | ORDER by Judge G. T. Eisele addressing the April 9 pretrial conference; the parties are directed to advise the court of those motions that need to be acted upon; The Gov't is directed upon receipt of this order to submit a response or advise the Court that it does not intend to respond to the Motion for Payment of Reasonable Attorneys Fees; the parties are to advise the Court by 4/6/98 of any other issues which they want to discuss at the 4/9 conference (cc: all counsel and defendants) (rkc) (Entered: 03/31/1998) |
| 04/09/1998 | 139 | | MEMORANDUM, Opinion and Order: by Judge G. T. Eisele denying motion for payment of reasonable attys fees granting motion for order to set attorney's fees [96−1] It is ordered that counsel for Mr. Kehoe and Mr. Graham (Lee) be compensated at the maximum legal rate of $125 per hour for in−court and out−of−court time (cc: all counsel and defendants) (rkc) (Entered: 04/09/1998) |
| 04/09/1998 | 140 | | MINUTES: HEARING as to ALL DEFTS. on all pending motions/scheduling held before Judge G. T. Eisele. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 04/09/1998) |
| 04/10/1998 | 142 | | SEALED document as to Daniel Lee (rkc) (Entered: 04/10/1998) |
| 04/16/1998 | 144 | | CJA Frm 30Cp4 (Apt Cnsl) as to Daniel Lewis Lee appointing Cathleen Compton #D37211 (rkc) Modified on 04/23/1998 (Entered: 04/17/1998) |
| 04/17/1998 | 145 | | ORDER by Judge G. T. Eisele Ruling on motion to allow individual, sequestered voir dire [94−1] is deferred, on motion to allow individual sequestered voir dire [62−1] is deferred finding the motion for disclosure of JENCKS ACT MATERIAL [89−1] moot., finding the motion to preserve field notes of any interview conducted by any govt agent [88−1] moot., finding the motion for disclosure of LENIENCY or PLEA BARGAIN between the US and any state/govt witness [87−1] moot., finding the motion for disclosure of ELECTRONIC SURVEILLANCE [86−1] moot., finding the motion for disclosure of RULE 404(B) EVIDENCE [85−1] moot., finding the motion for release of Brady materials [84−1] moot., finding the motion for disclosure of GRAND JURY TESTIMONY [82−1] moot. finding the motion to compel disclosure of the existence and substance of promises of immunity, leniency, or preferential treatment and Memorandum of Law in support thereof [35−1] moot., finding the motion for disclosure of Jencks Act Material and Memorandum of Law in Support Thereof [34−1] moot., finding the motion for disclosure of Rule 16 materials [33−1] moot., finding the motion to produce alleged section 404(b) evidence and Memorandum of Law in support thereof [30−1] moot., finding the motion to produce alleged co−conspirator statements [29−1] moot., finding the motion to suppress any such statements which fail to meet the criteria of F.R.of Evid. Rule 801(D)(2)(e) [29−2] moot., finding the motion for release of Brady materials [28−1] moot., finding the motion for Rule 16 discovery [13−1] moot. The gov't is directed to provide dfts or their attorneys on o r before 5/11/98 all discovery to which they are at this time entitled, except for that discovery whose production would endanger the safety of any individual. The court directs counsel to brief the issue of severance in the light of Mr. Lovelace's self−representation on or before 4/23/98. The gov't is to advise the Court on the status of discovery. The Court appoints the FPD to serve as standby |

July 5 2019 p10

Appellate Case: 19-2432      Page: 10      Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | counsel for Mr. Lovelace. Her sole responsibility in this matter is to be available to consult w/Mr. Lovelace in the event that he seeks her assistance. (cc: all counsel and defendants) (rkc) (Entered: 04/17/1998) |
| 04/17/1998 | 146 | | MEMORANDUM by plaintiff USA in opposition to motion for severance of Faron Lovelace (rkc) (Entered: 04/17/1998) |
| 04/28/1998 | 155 | | ORDER by Judge G. T. Eisele that the Court has ocnsidered asking the Government to provide Ms. Horan, Mr. Lovelace's standby counsel, with a copy of the relevant materials in an effort to provide Mr. Lovelace greater access. It appears to the court that this procedure could accommodate everyone's interests as well as possible. Therefore, the Court hereby directs counsel to advise by the end of the week whether they believe that this solution is appropriate. (cc: all counsel and defendants) (rkc) (Entered: 04/28/1998) |
| 05/06/1998 | | | Docket Modification (Utility Event) granting motion to extend time to file pretrial motions [80−1] pursuant to order of 5/5/98 (rkc) (Entered: 05/06/1998) |
| 05/06/1998 | 159 | | PROPOSED Order to prevent distribution by plaintiff USA regarding [155−1] order of 4/28/98 (rkc) (Entered: 05/06/1998) |
| 05/07/1998 | 162 | | STIPULATION by USA re [161−1] motion to compel issuance of subpoena under Rule 17 (c) (former empl) (Entered: 05/08/1998) |
| 05/08/1998 | 163 | | ORDER by Judge G. T. Eisele that copies of photographs, audiotapes, and videotapes that are provided to the dfts. herein by the Gov't may not be copies by the dfts and may not be distributed by the dfts to any other person or entity w/o the prior approval of the Court. The Court further orders the Govt to provide copies of such materials to the Federal Public Defender, Lovelace's stand by counsel The Court orders the Federal Public Defender not to leave such copies in Mr. Lovelace's possession or to distribute them to any third party. The Court finally orders that all copies of all photographs, audiotapes, and videotapes provided by the Gov't to the dfts. be returned to the Gov't for storage or distruction. The Court directs the Gov't to retain for possible future use the originals of all photographs, audiotapes, and videotapes. (cc: all counsel and defendants) (rkc) (Entered: 05/11/1998) |
| 05/15/1998 | 165 | | MEMORANDUM, Opinion and Order: by Judge G. T. Eisele that on or before 6/1/98, Paramount Pictures submit to the court for review IN CAMERA the outtakes at issue in the stipulation between the gov't and paramount Pictures filed on 5/7/98 in the above styled matter. (cc: all counsel and defendants) (rkc) (Entered: 05/15/1998) |
| 06/01/1998 | 174 | | ORDER by Judge G. T. Eisele granting motion to extend time to file pretrial motions [43−1], motions should be filed by 9/15/98; granting motion to continue trial [41−1] jury trial Tuesday, 2/16/99 at 9:00 am as to Chevie O'Brien Kehoe, Daniel Lewis Lee , XT excludable started pursuant to Speedy Trial Act 18 USC 3161 (h)(8)(A) & (h)(7) as to Chevie O'Brien Kehoe, Daniel Lewis Lee (cc: all counsel and defendants) lej) (Entered: 06/02/1998) |
| 06/03/1998 | 178 | | CJA Frm 20Cp4 (Apt Cnsl) as to Daniel Lewis Lee supplemental voucher #37211 for Cathleen Compton (rkc) (Entered: 06/04/1998) |

| | | | |
|---|---|---|---|
| 06/03/1998 | 179 | | ORDER by Mag. Judge John F. Forster Jr. that Ms. Coleman's time shall be reflected separate from that of Mr. Lassiter on vouchers submitted for payment. Entered NUNC PRO TUNC 12/24/97 (cc: all counsel and defendants) (rkc) (Entered: 06/04/1998) |
| 06/03/1998 | 180 | | ORDER by Judge G. T. Eisele granting motion to compel issuance of subpoena under Rule 17 (c) [161−1] The court hereby directs the Gov't to copy the outtakes and distribute them to defense counsel upon receipt. (cc: all counsel and defendants) (rkc) (Entered: 06/04/1998) |
| 06/03/1998 | 183 | | MINUTES: HEARING (Ph.Cf.) as to Chevie Kehoe on govt's. motion to compel issuance of a subpoena to Paramount Pictures held before Judge G. T. Eisele. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 06/04/1998) |
| 06/22/1998 | 188 | | Supplemental CJA Frm 30 (Apt Cnsl) as to Daniel Lewis Lee attorney Cathleen V. Compton voucher #37211 lej) (Entered: 06/23/1998) |
| 06/22/1998 | 189 | | Supplemental CJA Frm 30 (Apt Cnsl) as to Daniel Lewis atty Jack T. Lassiter voucher #37210 lej) (Entered: 06/23/1998) |
| 06/23/1998 | 190 | | SEALED document (order JFF) as to Daniel Lewis Lee lej) (Entered: 06/23/1998) |
| 07/07/1998 | 195 | | SUPERSEDING indictment Chevie O'Brien Kehoe (1) count(s) 1s, 2s, 3s−5s, 6s, 7s, Daniel Lewis Lee (2) count(s) 1s, 2s, 3s−5s, 6s, 7s, Kirby Keith Kehoe (4) count(s) 1, 2, 6 (rkc) (Entered: 07/08/1998) |
| 07/07/1998 | 197 | | CASE SUMMARY warrant / summons : NONE request for defendant Chevie O'Brien Kehoe, defendant Daniel Lewis Lee (rkc) (Entered: 07/08/1998) |
| 07/08/1998 | 198 | | LETTER to Counsel Mark Hampton, John Wesley Hall, Cathleen V Compton and Jack T Lassiter re Waiver of Superseding Indictment as to Chevie O'Brien Kehoe and Daniel Lewis Lee (former empl) (Entered: 07/08/1998) |
| 07/15/1998 | 205 | | LETTER RESPONSE by defendant Daniel Lewis Lee regarding [201−1] waiver of arraignment on superseding indictment (rkc) (Entered: 07/23/1998) |
| 07/20/1998 | 201 | | LETTER by Counsel as to defendant Daniel Lewis Lee regarding waiver of superceding indictment [198−1] (former empl) Modified on 07/20/1998 (Entered: 07/20/1998) |
| 07/20/1998 | 204 | | CJA Frm 30 (Apt Cnsl) voucher #D37211 for atty Cathleen V. Compton as to Daniel Lewis Lee lej) (Entered: 07/20/1998) |
| 07/28/1998 | 207 | | MOTION for disclosure of Grand Jury information in support of government's motion for admission of hearsay evidence by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 08/20/1998 | 224 | | MOTION to amend notice of intent to seek a sentence of death by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee lej) (Entered: 08/20/1998) |
| 08/27/1998 | 238 | | RESPONSE by defendant Daniel Lewis Lee to motion for disclosure of Grand Jury information in support of government's motion for admission of hearsay evidence [207−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) |

Appellate Case: 19-2432    Page: 12    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | Modified on 06/27/2002 (Entered: 06/26/2002) |
| 08/28/1998 | 241 | | RESPONSE by defendant Daniel Lewis Lee to the Motion of Notice to amend the Notice to seek the Death Penalty. (Unsealed per order of 10/2/98) (rkc) (Entered: 10/20/1998) |
| 09/01/1998 | 243 | | CJA Form 30 (Appointment of Counsel) appointing Cathleen V Compton #D37211 (NPT 12/18/97) as to Daniel Lewis Lee (former empl) (Entered: 09/01/1998) |
| 09/14/1998 | 253 | | ORDER by Judge G. T. Eisele granting motion for disclosure of Grand Jury information in support of government's motion for admission of hearsay evidence [207−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/14/1998 | 254 | | BRIEF by plaintiff USA regarding order [237−1] (former empl) (Entered: 09/14/1998) |
| 09/14/1998 | 255 | | MOTION for discovery pursuant to Rule 16(b) by USA as to Daniel Lewis Lee lej) (Entered: 09/14/1998) |
| 09/15/1998 | 263 | | MOTION in limine to foreclose suppression of evidence pursuant to 18:201(c) theories by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/15/1998 | 264 | | NOTICE of intent to use Federal Corpus Delicti law by plaintiff USA (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/27/2002 (Entered: 06/26/2002) |
| 09/15/1998 | 264 | | MOTION for admission of hearsay evidence and memorandum of law in support by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/27/2002 (Entered: 06/26/2002) |
| 09/15/1998 | 258 | | MOTION for discovery , to inspect information and evidence in aggravation by Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (rkc) (Entered: 09/16/1998) |
| 09/15/1998 | 258 | | MOTION for discovery , to inspect information and evidence in aggravation by Daniel Lewis Lee (rkc) (Entered: 09/16/1998) |
| 09/15/1998 | 259 | | MEMORANDUM by Daniel Lewis Lee in support of motion for discovery [258−1], of motion to inspect information and evidence in aggravation [258−2] (rkc) (Entered: 09/16/1998) |
| 09/15/1998 | 260 | | MOTION for discovery on sentencing issues by Daniel Lewis Lee (rkc) (Entered: 09/16/1998) |
| 09/15/1998 | 261 | | MOTION to extend time in which to file penalty phase motions by Daniel Lewis Lee (rkc) (Entered: 09/16/1998) |
| 09/15/1998 | 262 | | ORDER by Judge G. T. Eisele granting motion to extend time for filing pretrial motions [252−1], granting motion for leave to file additional motions beyond the pretrial motion deadline [252−2] until 9/30/98. The Court directs dfts. Chevie O'Brien Kehoe and Daniel Lewis Lee to file all pre−trial motions on or before Sept. 30, 1998. (cc: all counsel and defendants) (rkc) (Entered: |

July 5 2019 p13

Appellate Case: 19-2432    Page: 13    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | 09/16/1998) |
| 09/17/1998 | 266 | | MINUTES: HEARING (Ph.Cf.) as to Faron Earl Lovelace held before Judge G. T. Eisele on motions. (Ct. Rep. − Elaine Hinson) dfts.) (mah) (Entered: 09/17/1998) |
| 09/17/1998 | 267 | | MOTION to extend time to respond to govt's motions by Daniel Lewis Lee lej) (Entered: 09/18/1998) |
| 09/21/1998 | 269 | | OBJECTIONS under Fed.R.Evid 403 to hair comparison evidence by Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/21/1998 | 270 | | ORDER by Judge G. T. Eisele granting motion to extend time to respond to govt's motions [267−1] until on or before 9/30/98 (cc: all counsel and defendants) (rkc) (Entered: 09/22/1998) |
| 09/21/1998 | | | Docket Modification (Utility Event) starting an XE excludable for filing of pretrial motions as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace, Kirby Keith Kehoe (sealed) (Entered: 09/23/1998) |
| 09/21/1998 | 268 | | MOTION to strike all aliases from the indictment by Daniel Lewis Lee (rkc) (Entered: 01/13/1999) |
| 09/22/1998 | 286 | | SUPPLEMENTAL MOTION to sever by Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/22/1998 | 287 | | BRIEF in support of supplemental motion to sever [286−1] by Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/23/1998 | 289 | | MOTION to strike notice of intention to seek the death penalty and to hold the death penalty unconstitutional by Daniel Lewis Lee (rkc) (Entered: 09/24/1998) |
| 09/23/1998 | 288 | | RESPONSE by plaintiff USA to motion for discovery and inspection of information and evidence in aggravation [258−1] of Daniel Lee (rkc) (Entered: 10/16/1998) |
| 09/23/1998 | 288 | | MOTION for reciprocal discovery of mental health defenses to be raised during penalty phase by USA as to Daniel Lewis Lee (rkc) (Entered: 10/16/1998) |
| 09/28/1998 | 291 | | TRANSCRIPT ( 1 volumes) of proceedings for the following date(s): 9/17/98 (telephone conference) (rkc) (Entered: 09/28/1998) |
| 09/30/1998 | 295 | | RESPONSE by defendant Daniel Lewis Lee to motion in limine to foreclose suppression of evidence pursuant to 18:201(c) theories [263−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/30/1998 | 295 | | MOTION to suppress evidence procured by prosecutorial promises by Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/30/1998 | 296 | | RESPONSE by defendant Daniel Lewis Lee to motion for reciprocal discovery of mental health defenses to be raised during penalty phase [288−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: |

Appellate Case: 19-2432     Page: 14     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | 06/26/2002) |
| 09/30/1998 | 306 | | MOTION for order directing government to provide notice of intention to use residual hearsay exception under Rule 807 by Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002 |
| 09/30/1998 | 308 | | RESPONSE by Daniel Lewis Lee to [255−1] motion for discovery pursuant to Rule 16(b) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/30/1998 | 309 | | RESPONSE by Daniel Lewis Lee to government's notice of intent to use federal corpus delicti law and motion for admission of hearsay evidence and memorandum of law in support [264−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/30/1998 | 310 | | MOTION to suppress statement by Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/30/1998 | 311 | | BRIEF by defendant Daniel Lewis Lee in support of motion to suppress statement [310−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 09/30/1998 | 304 | | MOTION for order for dft. to appear at all court appearances in civilian clothing and w/o restraint and request for hearing by Daniel Lewis Lee (rkc) (Entered: 10/01/1998) |
| 09/30/1998 | 305 | | NOTICE of intent to offer an alibi defense by defendant Daniel Lewis Lee (rkc) (Entered: 10/01/1998) |
| 09/30/1998 | 307 | | MOTION for order to allow dft. to file additional pretrial motions (Unsealed per Order (344) of 10/9/98) by Daniel Lewis Lee (rkc) (Entered: 10/15/1998) |
| 09/30/1998 | 303 | | MOTION for order to permit counsel to participate in voir dire (Unsealed per order (428) of 12/11/98) by Daniel Lewis Lee (rkc) (Entered: 12/14/1998) |
| 10/01/1998 | 313 | | MEMORANDUM by USA in opposition to deft Lee's supplemental motion to sever [286−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 10/02/1998 | 325 | | BRIEF in support of government's response to deft Lee's objection to hair comparison evidence [269−1] by plaintiff USA (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/28/2002 (Entered: 06/26/2002) |
| 10/02/1998 | 327 | | RESPONSE by USA to [260−1] motion for discovery on sentencing issues (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 10/02/1998 | 329 | | RESPONSE by USA to deft Lee's Federal Rules of Evidence 403 objection to hair comparison evidence [269−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 10/02/1998 | 318 | | ORDER by Judge G. T. Eisele granting motion to amend notice of intent to seek a sentence of death [224−1] It is further ordered that dft. Lee's Response to the Motion of Notice to Amend the Notice to Seek the Death Penalty shall be unsealed by the Clerk (cc: all counsel and defendants) (rkc) (Entered: 10/05/1998) |
| 10/02/1998 | 342 | | |

July 5 2019 p15

Appellate Case: 19-2432    Page: 15    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | NOTICE of hearing pretrial conference Tues. 10/13/98 at 2:00 p.m. as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (rkc) (Entered: 10/06/1998) |
| 10/05/1998 | 337 | | MOTION to extend time in which to reply to deft. Lee's motion and memorandum brief to strike notice of intention to seek the death penalty and to hold the death penalty unconstitutional by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (rkc) (Entered: 06/16/1999) |
| 10/05/1998 | 339 | | RESPONSE by USA to [304−1] motion for order for deft to appear at all court appearances in civilian clothing and restraint and request for hearing (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 10/05/1998 | 333 | | RESPONSE by plaintiff USA to motion for order to allow dft. to file additional pretrial motions of Danny Lewis Lee (Unsealed per Order (344) of 10/9/98) [307−1] (rkc) (Entered: 10/15/1998) |
| 10/05/1998 | 336 | | RESPONSE by plaintiff USA to motion to strike all aliases from the indictment [268−1] of dft. Lee (rkc) (Entered: 01/13/1999) |
| 10/09/1998 | 345 | | ORDER by Judge G. T. Eisele granting motion to extend time in which to reply to deft. Lee's motion and memorandum brief to strike notice of intention to seek the death penalty and to hold the death penalty unconstitutional [337−1] The government will have until 10/19/98 to respond. (cc: all counsel and defendants) (rkc) (Entered: 06/16/1999) |
| 10/09/1998 | 351 | | RESPONSE by USA to [303−1] motion for order to permit counsel to participate in voir dire (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 10/09/1998 | 344 | | ORDER by Judge G. T. Eisele granting motion to extend time in which to file penalty phase motions [261−1], granting motion for discovery on sentencing issues [260−1], granting motion for discovery pursuant to Rule 16(b) [257−1], granting motion for discovery pursuant to Rule 16(b) [256−1], granting motion for discovery pursuant to Rule 16(b) [255−1], granting motion for Rule 16 discovery [240−1], granting motion for disclosure of any offer of leniency or plea bargains between the US or the State of Arkansas and any govt witness and brief in support [239−1], granting motion for disclosure of any offer of leniency or plea bargains between the United States or the State of Arkansas and any Government witness and brief in support [222−1], granting in part and denying in part motion for disclosure of Jencks Act Material [221−1], granting motion for Rule 16 discovery [220−1], granting in part and denying in part motion for disclosure of Jencks Act Material and brief in support [217−1] granting in part and denying in part motion of C. Kehoe to compel disclosure of evidence subject to suppression under F.R.Cr.P. 12(b)(3)(277−1) The Clerk is directed to unseal C. Kehoe's motion to compel discl. of evidence subject to suppression and the Govt's response thereto; motion of Lee to file additional pretrial motions is granted (307−1) The Clerk is directed to unseal Lee's motion to allow dft. to file additional pretrial motions (cc: all counsel and defendants) (rkc) (Entered: 10/13/1998) |
| 10/09/1998 | | | Docket Modification (Utility Event) granting in part and denying in part motion to compel disclosure of evidence subject to suppression under F.R.Cr.P. 12(b)(3) [277−1] granting motion for order to allow dft. to file |

July 5 2019 p16

Appellate Case: 19-2432    Page: 16    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | additional pretrial motions per Order (344) of 10/9/98 (rkc) (Entered: 10/15/1998) |
| 10/13/1998 | 359 | | RESPONSE in opposition by plaintiff USA to motion to strike notice of intention to seek the death penalty and to hold the death penalty unconstitutional [289−1] (rkc) (Entered: 06/16/1999) |
| 10/13/1998 | 356 | | RESPONSE by plaintiff USA to motion for order directing government to provide notice of intention to use residual hearsay exception under Rule 807 [306−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 10/13/1998 | | | Docket Modification (Utility Event) granting in part and denying in part motion of Kirby Kehoe for discovery [216−1] pursuant to order of 10/9/98 by Judge Eisele (rkc) (Entered: 10/13/1998) |
| 10/13/1998 | 350 | | RESPONSE by plaintiff USA to motion of Lee to allow dft. to file additional pretrial motions (307−1) (rkc) (Entered: 10/13/1998) |
| 10/13/1998 | 372 | | MINUTES: HEARING held before Judge G. T. Eisele on certain motions. Court to enter order with rulings. (Ct. Rep. — Elaine Hinson) (mah) (Entered: 10/19/1998) |
| 10/15/1998 | 361 | | ORDER by Judge G. T. Eisele granting motion for ext. of time in which to reply to Lee's motion to suppress statemsnts until 10/19/98 (cc: all counsel and defendants) (rkc) (Entered: 10/15/1998) |
| 10/15/1998 | 367 | | ORDER by Judge G. T. Eisele granting motion for order for additional peremptory challenges [353−1], granting motion for order for dft. to appear at all court appearances in civilian clothing and w/o restraint and request for hearing [304−1], denying motion for discovery and inspection information and evidence in aggravation [299−1], denying motion for disclosure of post conspiracy statements of co−dfts [281−1], denying motion for discovery of statements of codefts. and co−conspirators and Memorandum in support [283−1], Ruling on motion to compel examination or production of the personnel files of testifying agents and gov't employees and Memorandum in support [284−1] is deferred Ruling on motion for reciprocal discovery of mental health defenses to be raised during penalty phase [288−1] is deferred The Clerk is directed to unseal each of these motions and responses to the motions. (cc: all counsel and defendants) (rkc) (Entered: 10/16/1998) |
| 10/16/1998 | 369 | | AMENDED NOTICE of intent to seek a sentence of death by plaintiff USA (rkc) (Entered: 10/16/1998) |
| 10/19/1998 | 370 | | RESPONSE by plaintiff USA to motion to suppress statement (rkc) (Entered: 10/19/1998) |
| 10/19/1998 | 371 | | MEMORANDUM by USA in support of motion response [370−1] as to Daniel Lewis Lee (rkc) (Entered: 10/19/1998) |
| 10/22/1998 | | | APPEARANCE of Attorney for USA by Robert A. De La Cruz (rkc) (Entered: 10/22/1998) |
| 10/22/1998 | 373 | | NOTICE of hearing on Motions to Sever Tues. 11/10/98 at 10:00 a.m. as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (rkc) (Entered: 10/22/1998) |

July 5 2019 p17

Appellate Case: 19-2432    Page: 17    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 10/27/1998 | 376 | | MEMORANDUM of law in aid of this Court's authority to control voir dire and petit jury selection by plaintiff USA (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/27/2002 (Entered: 06/26/2002) |
| 10/27/1998 | 378 | | SUPPLEMENTALCJA Form 30 (Appointment of Counsel) appointing Jack Lassiter #D37210 as to Daniel Lewis Lee (rkc) (Entered: 10/27/1998) |
| 10/30/1998 | 393 | | REPLY by defendant Daniel Lewis Lee to response in opposition to supplemental motion to sever [286−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 10/30/1998 | 383 | | NOTICE of hearing on motions to suppress on 12/7,8/98 at 9:00 a.m. as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace, Kirby Keith Kehoe (rkc) (Entered: 11/02/1998) |
| 11/04/1998 | 396 | | SEALED MOTION (rkc) (Entered: 11/05/1998) |
| 11/10/1998 | 400 | | MINUTES: IN CAMERA HEARING before Judge G. T. Eisele on motions to sever; Court Reporter Carolyn Fant (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 11/12/1998 | 402 | | ORDER by Judge G. T. Eisele granting motion to extend time to file pretrial motions [384−1] until 11/30/98 (cc: all counsel and defendants) (rkc) (Entered: 11/12/1998) |
| 11/19/1998 | 408 | | SEALED MOTION (rkc) (Entered: 11/19/1998) |
| 11/19/1998 | 413 | | MINUTES: HEARING (In Camera) held before Judge G. T. Eisele (by Ph.) (Ct. Rep. −− Elaine Hinson) (UNSEALED pursuant to Order of 09/24/02) (mah) Modified on 09/25/2002 (Entered: 11/23/1998) |
| 11/23/1998 | 414 | | BRIEF in supplement to oral argument by defendant Daniel Lewis Lee regarding motion to sever [286−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 11/24/1998 | 415 | | SEALED ORDER by Judge James M. Moody granting motion [408−1] (rkc) (Entered: 11/24/1998) |
| 12/01/1998 | 418 | | SUPPLEMENTAL MEMORANDA of LAW to the government's opposition to deft Lee's motion to suppress statement by USA (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 12/03/1998 | 420 | | RESPONSE by USA to deft Lee's brief in supplement to oral argument [414−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 12/07/1998 | 426 | | MINUTES before Judge G. T. Eisele on hearing on motions to suppress − dates 12/07/98 − 12/08/98; Court Reporter Carolyn Fant (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/26/2002) |
| 12/07/1998 | | | MINUTES: IN CAMERA HEARING held before Judge G. T. Eisele as to Chevie O'Brien Kehoe, Daniel Lewis Lee and Kirby Keith Kehoe on motions to suppress. (Ct. Rep. −− Elaine Hinson) (mah) Modified on 06/25/2002 (Entered: 12/08/1998) |
| 12/08/1998 | 425 | | PETITION for Writ of habeas corpus ad testificandum for John Albert Shults and John David Patton as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby |

July 5 2019 p18

Appellate Case: 19-2432    Page: 18    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | Keith Kehoe (rkc) (Entered: 12/08/1998) |
| 12/08/1998 | | | WRIT issued for John Albert Shults and John David Patton as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (rkc) (Entered: 12/08/1998) |
| 12/08/1998 | | | Docket Modification (Utility Event) dft Chevie O'Brien Kehoe, Daniel Lewis Lee arraigned; n/g plea entered to superseding indictment; Attorney present; as to Chevie O'Brien Kehoe, Daniel Lewis Lee (rkc) (Entered: 12/09/1998) |
| 12/11/1998 | 428 | | ORDER by Judge G. T. Eisele granting motion to allow individual sequestered voir dire [62−1] granting documents [274−1] granting documents [303−1] granting documents [285−1] (cc: all counsel and defendants) (rkc) (Entered: 12/11/1998) |
| 12/11/1998 | | | Docket Modification (Utility Event) granting motion for order to permit counsel to participate in voir dire (Unsealed per order (428) of 12/11/98) [303−1], granting motion for order to instruct jury on reasonable doubt during voir dire (Unsealed per Order (428) of 12/11/98) [285−1], granting motion for order to permit counsel to participate in voir dire (Unsealed per Order (428) of 12/11/98) [274−1] (rkc) (Entered: 12/14/1998) |
| 12/15/1998 | 433 | | PETITION for order to remove death penalty as a potential punishment by Daniel Lewis Lee (rkc) (Entered: 12/16/1998) |
| 12/15/1998 | 434 | | MOTION for order to require the Gov't to disclose specific institutional mechanisms designed to screen the disqualified attorney by Daniel Lewis Lee (rkc) (Entered: 12/17/1998) |
| 12/16/1998 | 437 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [423−1] (rkc) (Entered: 12/16/1998) |
| 12/16/1998 | 438 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [410−1] (rkc) (Entered: 12/16/1998) |
| 12/16/1998 | 439 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [409−1] (rkc) (Entered: 12/16/1998) |
| 12/16/1998 | 443 | | MINUTES: HEARING as to Defts. C. Kehoe, D. Lee and K. Kehoe on jury questionaire held before Judge G. T. Eisele (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 12/17/1998) |
| 12/17/1998 | 444 | | MINUTES: CONFERENCE (Ph.) held before Judge G. T. Eisele to discuss information to be provided regarding K. Coleman billing. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 12/17/1998) |
| 12/21/1998 | 452 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [422−1] (rkc) (Entered: 12/23/1998) |
| 12/22/1998 | 450 | | MINUTES: HEARING as to Chevie Kehoe, Danny Lee and Kirby Kehoe held before Judge G. T. Eisele on motions to disqualify U.S. Atty. (Ct. Rep. −− Carolyn Fant) (mah) Modified on 06/25/2002 (Entered: 12/22/1998) |
| 12/28/1998 | 454 | | ORDER by Judge G. T. Eisele denying motion for order to remove death penalty as a potential punishment [433−1], denying motion to sever [429−1], denying motion to dismiss indictment due to prosecutorial misconduct [429−2], denying motion for order to disqualify U.S. Attorney, to strike death |

Appellate Case: 19-2432    Page: 19    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | penalty, and for alternative relief [435−1], denying motion to sever dfts at penalty phase (unsealed per order of 12/28/98) [275−1] for the reasons stated during the hearing on 12/22/98 Documents 275 and 312 are to be unsealed. (cc: all counsel and defendants) (rkc) (Entered: 12/28/1998) |
| 01/05/1999 | 465 | | MOTION to continue by Daniel Lewis Lee (rkc) (Entered: 01/05/1999) |
| 01/05/1999 | 466 | | ORDER by Judge G. T. Eisele finding the motion for order to require the Gov't to disclose specific institutional mechanisms designed to screen the disqualified attorney [434−1] dismissed as moot. (cc: all counsel and defendants) (rkc) (Entered: 01/05/1999) |
| 01/06/1999 | 468 | | ORDER by Judge G. T. Eisele granting motion to continue [465−1], granting motion to continue trial [456−1] jury trial reset 3/1/99 at 9:30 a.m. as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe , delay is excludable pursuant to 18:3161(h)(8)(A) & (h)(7) as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (cc: all counsel and defendants) (rkc) (Entered: 01/07/1999) |
| 01/12/1999 | 472 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [460−1] (rkc) (Entered: 01/12/1999) |
| 01/13/1999 | 478 | | ORDER by Judge G. T. Eisele granting in part and denying in part motion for order to strike aliases from the indictment [380−1] the aliases "Kirby Kehoe" and "Keith Kehoe" are to be stricken from the Superseding Indictment, granting in part and denying in part motion to strike surplusage from the indictment [276−1] the aliases "Chevie Kehoe", "Chevie Collins", and "Jonathan Collins" are to be stricken from the Superseding Indictment, the Clerk is directed to UNSEAL this motion and the Govt's response thereto, granting in part and denying in part motion to strike all aliases from the indictment [268−1] the aliases "Daniel Lewis Lee", "Danny Lee", "D.L. Graham", "Daniel L. Lee", "D Man", and "David" are to be stricken from the Superseding Indictment, the Clerk is directed to UNSEAL this motion ad the Government's response thereto. (cc: all counsel and defendants) (rkc) (Entered: 01/14/1999) |
| 01/15/1999 | 479 | | ORDER by Judge G. T. Eisele that the jury questionaire reviewing process be as follows: All attorneys will be provided copies of all questionaires . Accompanying siad copies will b a list of approximately 1/3 of the questionnaires, indicated by juror #, selected by randomized draw. Initially, the Court asks that the parties review only these selected questionnaires. In the event the initial randomized subset drops below the deisred number of 200 to 250, the Court will notify the parties of additional randomized questionnaires for review. The Court directs all parties to file all motions to strike potential jurors for cause based upon the answers in the questionnaires on or before 2/8/99. A hearing on all such motions to strike, to be formally set at a later date, is anticipated to occur on 2/16/99. (cc: all counsel and defendants) (rkc) (Entered: 01/15/1999) |
| 01/16/1999 | 644 | | ORDER by Mag. Judge John F. Forster Jr. directing the Clerk to issue a check to Kay Quinn, Transcriber, in the amount of $730.00 for the transcript submitted the on 10th day of March, 1999. (cc: all counsel and defendants) (rkc) (Entered: 03/22/1999) |
| 01/19/1999 | 485 | | |

July 5 2019 p20

Appellate Case: 19-2432     Page: 20     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | MOTION for order for videotaped deposition and that the costs of such deposition be borne by the Government by Daniel Lewis Lee (rkc) (Entered: 01/19/1999) |
| 01/19/1999 | 487 | | SEALED MOTION (rkc) (Entered: 01/19/1999) |
| 01/25/1999 | 490 | | RESPONSE in opposition by plaintiff USA to motion for order for videotaped deposition and that the costs of such deposition be borne by the Government [485−1] (rkc) (Entered: 01/25/1999) |
| 01/25/1999 | 491 | | ORDER by Judge G. T. Eisele As to the 81 potential jurors the Court has tentatively decided to excuse for hardship, the Court directs the parties to submit all objections to their exclusion on or before 1/29/99. If the Court does not receive any objections by that date, said potential jurors will be excused. The Court has replaced those jurors with 82 new potential jurors selected at random of those the Court intends to excuse 26 potential jurors contained in this secondsubset for hardship. Again, the Court directs the praties to submit all objections to the exclusion of these 26 potential jurors on or before 1/29/99. The Court has replaced those 26 with a new set of 26 potential jurors selected at random from the remaining questionaires. The Court intends to excuse 9 potential jurors in the third subset for hardship and the parties are directed to submit all objections to the exclusion of these 9 potential jurors by 1/29/99. On Juror Tables Page 11, the Court has listed 1 potential juror that the Court has excused because he was not qualified to serve. On Juror Tables Page 12, the Court has listed 3 potential jurors that it has concluded must be added to the potential disqualification list. It is therefore ordered that the parties are directed to file all objections to the Court's aforementioned intended exclusion of potential jurors for hardship on or before 1/29/99. (cc: all counsel and defendants) (rkc) (Entered: 01/25/1999) |
| 01/26/1999 | 493 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 01/26/1999) |
| 01/26/1999 | 494 | | SEALED ORDER by Mag. Judge John F. Forster Jr. of motion [487−1] (rkc) (Entered: 01/26/1999) |
| 01/26/1999 | 495 | | SEALED ORDER by Mag. Judge John F. Forster Jr. of motion [488−1] (rkc) (Entered: 01/26/1999) |
| 01/26/1999 | 496 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [486−1] (rkc) (Entered: 01/26/1999) |
| 01/27/1999 | 498 | | REPLY by defendant Daniel Lewis Lee to response to motion for order for videotaped deposition and that the costs of such deposition be borne by the Government [485−1] (rkc) (Entered: 01/28/1999) |
| 01/28/1999 | 501 | | SUPPLEMENT TO RESPONSE in opposition by plaintiff USA to deft Lee's supplemental motion to sever [286−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 01/28/1999 | 500 | | ORDER by Judge G. T. Eisele finding the motion for order for videotaped deposition and that the costs of such deposition be borne by the Government [485−1] moot due to death of dft's father. (cc: all counsel and defendants) (rkc) (Entered: 01/28/1999) |

Appellate Case: 19-2432   Page: 21   Date Filed: 07/08/2019 Entry ID: 4805655

| 01/29/1999 | 509 | | MINUTES: HEARING as to defts. C. Kehoe, Lee and K. Kehoe held before Judge G. T. Eisele on objections to certain juror excuses. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 02/01/1999) |
|---|---|---|---|
| 01/29/1999 | 586 | | SEALED RESPONSE document (rkc) (Entered: 02/24/1999) |
| 02/01/1999 | 505 | | SEALED ORDER by Judge G. T. Eisele granting motion [503−1] (rkc) (Entered: 02/01/1999) |
| 02/02/1999 | 512 | | PETITION for Writ of HABEAS CORPUS AD TESTIFICANDUM lej) (Entered: 02/03/1999) |
| 02/02/1999 | 513 | | MOTION for order to strike potential jurors by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe lej) (Entered: 02/03/1999) |
| 02/03/1999 | | | WRIT of Habeas Corpus Ad Testificandum issued for Chris Tolley to appear 3/1/99 @ 9:30 am lej) (Entered: 02/03/1999) |
| 02/04/1999 | 516 | | SUPPLEMENTAL NOTICE OF INTENT to offer an alibi defense by defendant Daniel Lewis Lee lej) (Entered: 02/04/1999) |
| 02/05/1999 | 518 | | ORDER by Judge G. T. Eisele that under no circumstances shall any juror (including members of the jury panel as well as those ultimately selected for the trial of this case) be contacted by any attorney, investigator, staff member, or anyone else identified with the parties in this matter; any individual who obtains information regarding the residence, place of employment, or other identifying characteristics about a juror is directed to keep such information confidential; anyone found to have violated this Order will face appropriate sanctions (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/05/1999 | 519 | | ORDER by Judge G. T. Eisele that the jurors, numbering one hundred twenty seven (127) in total, be and they are hereby, excused. Two hundred ninety six (296) jurors remain for initial consideration for service in this case. (cc: all counsel and defendants) (rkc) (Entered: 02/05/1999) |
| 02/05/1999 | 522 | | ORDER by Judge G. T. Eisele directing that the following rules be enforced during the jury trial for the defts. a) Except for court personnel, no one will bring into the courtroom or possess or operate in the courtroom any laptop computers, beepers, walkie−talkies, cellular telephones, electronic transmitting or recording equipment, or any other noise−generating electronic or mechanical devices. Separate arrangements will be made for attys of record. b) Members of the public and of the media will only be permitted to enter the courtroom before Court convenes in the morning and during any recess in the proceedings. Once Court convenes, no one may leave the courtroom until the Court declares a recess and the Judge has exited the courtroom. This rule is designed to retain and preserve appropriate courtroom decorum at all times. This rule will also help obviate the possibility that members of the media will rush out of the courtroom following evidence they deem newsworthy. Although circumstances may require departures from time to time, it is the intention of the Court to adhere to a schedule as closely as reasonable on the trial days Mondays through Thursdays. (cc: all counsel and defendants) lej) (Entered: 02/05/1999) |
| 02/08/1999 | 527 | | SEALED MOTION (rkc) (Entered: 02/08/1999) |

July 5 2019 p22

Appellate Case: 19-2432    Page: 22    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 02/10/1999 | 531 | | MOTION to dismiss count(s) 6 and 7 of the superseding indictment by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee (former empl) (Entered: 02/10/1999) |
| 02/10/1999 | 532 | | SEALED document by plaintiff USA (former empl) (Entered: 02/10/1999) |
| 02/11/1999 | 533 | | SEALED RESPONSE document lej) (Entered: 02/12/1999) |
| 02/12/1999 | <u>540</u> | | MOTION for order to obtain photographs of deft Daniel Lee's tatoos by USA as to Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/12/1999 | 534 | | PETITION for Writ of HABEAS CORPUS AD TESTIFICANDUM for Kirby Kehoe lej) (Entered: 02/12/1999) |
| 02/12/1999 | 536 | | SEALED ORDER by Mag. Judge John F. Forster Jr. lej) (Entered: 02/12/1999) |
| 02/12/1999 | 537 | | SUPPLEMENTAL SEALED MOTION lej) (Entered: 02/12/1999) |
| 02/12/1999 | 538 | | SEALED RESPONSE document lej) (Entered: 02/12/1999) |
| 02/12/1999 | 539 | | MEMORANDUM by USA OF LAW in anticipation of issues arising at trial as to Chevie O'Brien Kehoe, Daniel Lewis Lee lej) (Entered: 02/16/1999) |
| 02/16/1999 | 542 | | SEALED MOTION lej) (Entered: 02/16/1999) |
| 02/17/1999 | <u>549</u> | | ORDER by Judge G. T. Eisele granting motion for order to obtain photographs of deft Daniel Lee's tatoos [540−1], granting motion to obtain photographs of deft Chevie Kehoe's tatoo [542−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/28/2002 (Entered: 06/27/2002) |
| 02/17/1999 | <u>553</u> | | MEMORANDUM, Opinion and Order by Judge G. T. Eisele denying deft Chevie Kehoe's motion to sever counts [300−1]; denying deft Chevie Kehoe's motion to exclude evidence of extrinsic offenses [272−1], directing the Clerk to unseal this motion and the government's response thereto; denying deft Lee's supplemental motion to sever [286−1]; deft Lee's amendment to motion to sever [147−1] is dismissed as moot; deft Chevie Kehoe's motion to adopt co−defendant's motion to sever defts [302−1] is dismissed as moot, the Clerk is directed to unseal this motion and the government's response thereto; denying deft Kirby Kehoe's motion to sever [388−1], the Clerk is directed to unseal this motion, the brief in support thereof, and the government's response thereto; denying deft Chevie Kehoe's supplemental motion to sever defts [457−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/17/1999 | 546 | | ORDER by Judge G. T. Eisele granting motion to dismiss count(s) 6 and 7 of the superseding indictment [531−1] as to Chevie O'Brien Kehoe and Daniel Lewis Lee (cc: all counsel and defendants) lej) (Entered: 02/17/1999) |
| 02/17/1999 | 548 | | SEALED MOTION lej) (Entered: 02/17/1999) |
| 02/17/1999 | 555 | | ORDER by Judge G. T. Eisele granting in part and holding in abeyance in part the motion for order to strike potential jurors [513−1]; ruling the same for documents [535−1] and [527−1] (cc: all counsel) lej) (Entered: 02/17/1999) |

July 5 2019 p23
Appellate Case: 19-2432    Page: 23    Date Filed: 07/08/2019 Entry ID: 4805655

| 02/17/1999 | 556 | | MEMORANDUM, Opinion and Order: by Judge G. T. Eisele overruling Chevie Kehoe's objection to exclusion of certain citizens from jury service and denying his motion for an expanded jury pool [463−1] (cc: all counsel) lej) (Entered: 02/17/1999) |
|---|---|---|---|
| 02/18/1999 | 565 | | MOTION by movant Bobby Hulse to quash subpoena (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/18/1999 | 558 | | ORDER by Judge G. T. Eisele excusing juror #165 and #568 on hardship grounds (cc: all counsel) lej) (Entered: 02/18/1999) |
| 02/18/1999 | | | Docket Modification (Utility Event), denying motion to exclude evidence of extrinsic offenses [272−1], finding the motion for order to adopt co−deft's motion to sever defts [302−1] moot per the order by Judge Eisele filed 2/17/99 under seal. lej) (Entered: 02/18/1999) |
| 02/18/1999 | 563 | | SEALED ORDER by Mag. Judge John F. Forster Jr. lej) (Entered: 02/18/1999) |
| 02/18/1999 | 567 | | ORDER by Judge G. T. Eisele granting in part and denying in part the motion for order to strike potential jurors [513−1] and sealed motions [535−1], [527−1]; granting sealed motion [537−1] (cc: counsel) lej) Modified on 02/18/1999 (Entered: 02/18/1999) |
| 02/19/1999 | | | CORRESPONDENCE from Judge G.T. Eisele to attorneys regarding proposed statement of case & jury selection procedures (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/19/1999 | 568 | | ORDER by Judge G. T. Eisele excusing juror #573 due to hardship (cc: all counsel) lej) (Entered: 02/19/1999) |
| 02/19/1999 | 569 | | ORDER by Judge G. T. Eisele excusing juror #787 due to hardship (cc: all counsel) lej) (Entered: 02/19/1999) |
| 02/19/1999 | 570 | | CJA Form 30 (Appointment of and authority to pay court appointed counsel) voucher #D37211 appointing Cathleen Compton as to Daniel Lewis Lee lej) Modified on 02/19/1999 (Entered: 02/19/1999) |
| 02/19/1999 | 571 | | MOTION for daily transcript copy by Daniel Lewis Lee lej) (Entered: 02/19/1999) |
| 02/22/1999 | 575 | | REPLY by plaintiff USA to deft Kehoe's supplemental response to motion to use corpus delicti and use of residual and other hearsay re alleged murder of Jon Cox [264−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/22/1999 | 572 | | MINUTES: Ex−parte hrg before Mag. Judge John F. Forster Jr. (mcn) (Entered: 02/22/1999) |
| 02/22/1999 | 574 | | SEALED MOTION lej) (Entered: 02/23/1999) |
| 02/23/1999 | 580 | | RESPONSE by plaintiff USA to motion of Bobby Hulse to quash subpoena [565−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/23/1999 | 581 | | ORDER by Judge G. T. Eisele denying motion to quash subpoena [565−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) |

July 5 2019 p24

Appellate Case: 19-2432     Page: 24     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | (cdw) (Entered: 06/27/2002) |
| 02/23/1999 | | | CORRESPONDENCE from Judge G.T. Eisele to attorneys regarding finding by the Court that the identity of eight witnesses withheld from defts justified (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/23/1999 | 578 | | SEALED ORDER by Mag. Judge John F. Forster Jr. lej) (Entered: 02/23/1999) |
| 02/23/1999 | 579 | | SEALED ORDER by Mag. Judge John F. Forster Jr. lej) (Entered: 02/23/1999) |
| 02/23/1999 | 582 | | ORDER by Judge G. T. Eisele excusing Juror No. 739 for cause now without allowing the parties the opportunity to respond. (cc: all counsel and defendants) (rkc) (Entered: 02/24/1999) |
| 02/23/1999 | 583 | | ORDER by Judge G. T. Eisele that the remaining jurors not contained in the initial four subsets, numbering 331 in total, should be excused because they will not be needed for the trial of this matter. The Court has further determined that 2 jurors contained in the initial four subsets must be excused for cause. The Court does hereby excuse the jurors now without allowing the parties the opportunity to respond. The jurors are Nos. 382 and 705. (cc: all counsel and defendants) (rkc) (Entered: 02/24/1999) |
| 02/24/1999 | 585 | | PETITION for Writ of habeas corpus ad testificandum for Larry Gene McPheron as to Chevie O'Brien Kehoe, Daniel Lewis Lee (rkc) (Entered: 02/24/1999) |
| 02/25/1999 | 591 | | ORDER by Judge G. T. Eisele that fourt (4) jurors contained in the initial four subsets must be excused for cause and they are Nos. 995, 152, 365, 381. (cc: all counsel and defendants) (rkc) (Entered: 02/25/1999) |
| 02/25/1999 | 588 | | MEMORANDUM, Opinion and Order by Judge G. T. Eisele denying deft Kehoe's motion to suppress search and seizure of motorhome in Casper, Wyoming [279−1]; denying deft Kehoe's motion to suppress evidence from Bonner County, Idaho [273−1]; granting deft Kehoe's motion to suppress photo identification and in−court identification [278−1], the photo identifications made by Patricia Young, Roger Young, and Charles Rose, the in−court identification by Patricia Young, and any attempted in−court identification by Patricia Young, Roger Young, Charles Rose, or Regina Clark are thereby suppressed; denying deft Kehoe's motion to suppress search and seizure of storage unit in Old Town, Idaho [280−1]; denying deft Lee's motion to suppress statement [310−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/26/1999 | 597 | | SEALED RESPONSE document (rkc) (Entered: 02/26/1999) |
| 02/26/1999 | 598 | | SEALED RESPONSE document (rkc) (Entered: 02/26/1999) |
| 02/26/1999 | 600 | | ORDER by Mag. Judge John F. Forster Jr. that the United States Marshal shall permit each defendant to shave just prior to commencement of court each morning, and shall provide razors and shaving cream for that purpose, commensurate with good security practices. (cc: all counsel and defendants) (rkc) (Entered: 02/26/1999) |
| 02/26/1999 | | | |

July 5 2019 p25

Appellate Case: 19-2432     Page: 25     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee begun before Judge G. T. Eisele. Jury selection begun. Day 1. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 03/07/1999) |
| 02/26/1999 | 599 | | ORDER by Judge G. T. Eisele denying motion for order to remove metal detectors and x−ray machine from fourth floor hallway [593−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 02/26/1999 | 602 | | MEMORANDUM, Opinion and Order by Judge G. T. Eisele denying deft Kehoe's motion for change of venue based on pretrial disclosure of material evidence [543−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 03/01/1999 | 603 | | ORDER by Judge G. T. Eisele excusing jurors 038 and 567 from the initial four subsets (cc: all counsel and defendants) (rkc) (Entered: 03/01/1999) |
| 03/01/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 2. Voir dire begun. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 03/07/1999) |
| 03/01/1999 | 604 | | ORDER by Judge G. T. Eisele overruling with prejudice deft Lee's Fed.R.Evid. 403 Objection to hair comparison evidence [269−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 03/02/1999 | 606 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher #37210 appointing Cathleen Compton as to Daniel Lewis Lee (rkc) (Entered: 03/02/1999) |
| 03/02/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 3. Voir dire resumed. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 03/07/1999) |
| 03/03/1999 | 607 | | ORDER by Judge G. T. Eisele granting motion for daily transcript copy [573−1], [571−1] pursuant to 18:3006A (cc: all counsel and defendants) (rkc) (Entered: 03/03/1999) |
| 03/03/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 4. Voir dire resumed. (A.M. Ct. Rep. −− Elaine Hinson) (P.M. Ct. Rep. −− Christa Newberg) (mah) (Entered: 03/07/1999) |
| 03/04/1999 | 611 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 03/04/1999) |
| 03/04/1999 | | | MINUTES: JURY TRIAL resumed as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 5. Voir dire resumed. (A.M. Ct. Rep. −− Carolyn Fant) (P.M. Ct. Rep. −− Genie Power) (mah) (Entered: 03/07/1999) |
| 03/05/1999 | 614 | | ORDER by Judge G. T. Eisele modifying the Order filed 2/5/99 to permit persons to bring into the courtroom, possess, or operate in the courtroom beepers if they are set to operate without making any noise. In the event that the courtroom is interrupted by a beeper making noise, the Court will rescind the instant order and return to its original rule disallowing all beepers. (cc: all |

July 5 2019 p26

Appellate Case: 19-2432     Page: 26     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | counsel and defendants) (rkc) (Entered: 03/05/1999) |
| 03/05/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 6. Voir dire concluded. (A.M. Ct. Rep. –– Elaine Hinson) (P.M. Ct. Rep. –– Carolyn Fant) (Late P.M. Ct. Rep. –– Elaine Hinson) (mah) (Entered: 03/07/1999) |
| 03/08/1999 | 617 | | CJA Form 30 (Appointment of and Authority to pay Court appointed Counsel), voucher #D37211 appointing Cathleen Compton as to Daniel Lewis Lee lej) (Entered: 03/08/1999) |
| 03/08/1999 | 618 | | SEALED MOTION (rkc) (Entered: 03/08/1999) |
| 03/08/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 7. (A.M. Ct. Rep –– Elaine Hinson)(P.M. Ct. Rep. –– Carolyn Fant)(Late P.M. Ct. Rep. –– Christa Newberg) (mah) (Entered: 03/09/1999) |
| 03/09/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 8. (A.M. Ct. Rep. –– Christa Newberg)(AM/PM Ct. Rep. –– Carolyn Fant)(Late P.M. Ct. Rep. –– Elaine Hinson) (mah) (Entered: 03/09/1999) |
| 03/10/1999 | 620 | | SEALED document (former empl) (Entered: 03/10/1999) |
| 03/10/1999 | 621 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [618−1] (former empl) (Entered: 03/10/1999) |
| 03/10/1999 | 622 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (former empl) (Entered: 03/10/1999) |
| 03/10/1999 | 623 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (former empl) (Entered: 03/10/1999) |
| 03/10/1999 | 624 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (former empl) (Entered: 03/10/1999) |
| 03/10/1999 | 626 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [625−1] (former empl) (Entered: 03/10/1999) |
| 03/10/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 9. (AM Ct. Rep. –– Elaine Hinson)(PM Ct. Rep. –– Carolyn Fant)(Late PM Ct. Rep. –– Elaine Hinson) (mah) (Entered: 03/10/1999) |
| 03/10/1999 | 630 | | TRIAL BRIEF regarding Fed. R. Evid. 609 by plaintiff USA (rkc) (Entered: 03/11/1999) |
| 03/10/1999 | 627 | | MOTION for discovery of mental health evidence regarding deft Lee by USA as to Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 03/11/1999 | 631 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (former empl) (Entered: 03/11/1999) |
| 03/11/1999 | 632 | | SEALED MOTION (former empl) (Entered: 03/11/1999) |
| 03/11/1999 | | | |

July 5 2019 p27
Appellate Case: 19-2432    Page: 27    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 10. (AM Ct. Rep. −− Christa Newberg)(PM Ct. Rep. −− Elaine Hinson)(PM Ct. Rep. −− Carolyn Fant) (mah) (Entered: 03/11/1999) |
| 03/11/1999 | 633 | | RESPONSE by defendant Daniel Lewis Lee to motion for discovery of mental health evidence regarding deft Lee [627−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 03/15/1999 | 634 | | SEALED clerk's minutes before Judge Forster; ERO Cecilia Norwood/tapes and notes sealed and placed in vault (mcn) Modified on 03/15/1999 (Entered: 03/15/1999) |
| 03/15/1999 | 635 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 03/15/1999) |
| 03/15/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 11. (AM Ct. Rep. −− Christa Newberg)(AM/PM Ct. Rep. −− Carolyn Fant)(PM Ct. Rep. −− Elaine Hinson) (mah) (Entered: 03/15/1999) |
| 03/16/1999 | 636 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [508−1] (rkc) (Entered: 03/16/1999) |
| 03/16/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 12. (AM Ct. Rep. −− Christa Newberg)(AM/PM Ct. Rep. −− Carolyn Fant)(PM Ct. Rep. −− Christa Newberg) (mah) (Entered: 03/19/1999) |
| 03/17/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 13. (AM Ct. Rep. −− Carolyn Fant)(PM Ct. Rep. −− Elaine Hinson)(PM Ct. Rep. −− Christa Newberg) (mah) (Entered: 03/19/1999) |
| 03/18/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 14. (AM Ct. Rep. −− Genie Power)(AM/PM Ct. Rep. −− Carolyn Fant)(PM Ct. Rep. −− Elaine Hinson) (mah) (Entered: 03/19/1999) |
| 03/19/1999 | 643 | | REPLY by plaintiff USA to response to motion for discovery of mental health evidence regarding deft Lee [627−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 03/22/1999 | 645 | | MOTION for order for guidance from the Courts with regard to the denial of a continuance of the 4/26/99 trial date for Mr. Infinger by counsel for Daniel Lewis Lee (rkc) (Entered: 03/22/1999) |
| 03/22/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 15. ( AM Ct. Rep. −− Elaine Hinson)(PM Ct. Rep. −− Christa Newberg) (mah) (Entered: 03/22/1999) |
| 03/22/1999 | 646 | | REPLY by Daniel Lewis Lee to government's reply to deft's response to motion for discovery of mental health evidence of deft Lee [643−1] (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 03/23/1999 | 647 | | |

July 5 2019 p28

Appellate Case: 19-2432     Page: 28     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | ORDER by Judge G. T. Eisele that Integris Hospital through its representative provide the medical records of witness Debra Lee Graham. Entered NUNC PRO TUNC to 3/18/99. (cc: all counsel and defendants) (rkc) (Entered: 03/23/1999) |
| 03/23/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 16. (AM Ct. Rep. —— Elaine Hinson)(PM Ct. Rep. —— Genie Power)(PM Ct. Rep. —— Carolyn Fant) (mah) (Entered: 03/25/1999) |
| 03/24/1999 | 650 | | SEALED ORDER by Mag. Judge John F. Forster Jr. [649−1] (rkc) (Entered: 03/24/1999) |
| 03/24/1999 | 651 | | SEALED MOTION (rkc) (Entered: 03/24/1999) |
| 03/24/1999 | 652 | | SEALED ORDER by Mag. Judge John F. Forster Jr. [651−1] (rkc) (Entered: 03/24/1999) |
| 03/24/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 17. (AM Ct. Rep. —— Elaine Hinson)(PM Ct. Rep. —— Carolyn Fant)(PM Ct. Rep. —— Christa Newberg) (mah) (Entered: 03/25/1999) |
| 03/25/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 18. (AM Ct. Rep. —— Elaine Hinson)(PM Ct. Rep. —— Genie Power) (mah) (Entered: 03/25/1999) |
| 03/26/1999 | 655 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 03/26/1999) |
| 03/29/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 19. (AM Ct. Rep. —— Christa Newberg)(AM/PM Ct. Rep. —— Carolyn Fant)(PM Ct. Rep. —— Christa Newberg) (mah) (Entered: 03/30/1999) |
| 03/29/1999 | 657 | | AGREED DISCOVERY ORDER regarding BOP information as to deft Lee approved by Judge G. T. Eisele (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 03/30/1999 | 658 | | SEALED MOTION (rkc) (Entered: 03/30/1999) |
| 03/30/1999 | 659 | | SEALED MOTION (rkc) (Entered: 03/30/1999) |
| 03/30/1999 | 660 | | SEALED MOTION (rkc) (Entered: 03/30/1999) |
| 03/30/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 20. (AM Ct. Rep. —— Christa Newberg)(PM Ct. Rep. —— Carolyn Fant)(PM Ct. Rep. —— Christa Newberg) (mah) Modified on 02/18/2003 (Entered: 02/17/2003) |
| 03/31/1999 | 661 | | SEALED document (rkc) Modified on 06/28/2002 (Entered: 03/31/1999) |
| 03/31/1999 | 663 | | ORDER by Judge G. T. Eisele granting motion MOTION [660−1], granting motion MOTION [659−1] (cc: all counsel and defendants) (rkc) (Entered: 03/31/1999) |
| 03/31/1999 | | | |

July 5 2019 p29

Appellate Case: 19-2432    Page: 29    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 21. (AM Ct. Rep. −− Carolyn Fant)(PM Ct. Rep. −− Christa Newberg) (mah) (Entered: 03/31/1999) |
| 03/31/1999 | 662 | | AGREED DISCOVERY ORDER regarding USP videotape(s) as to deft Lee approved by Judge G. T. Eisele (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/28/2002 (Entered: 06/27/2002) |
| 03/31/1999 | 665 | | ORDER by Judge G. T. Eisele regarding motion for discovery of mental health evidence as to deft Lee [627−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/28/2002 (Entered: 06/27/2002) |
| 04/01/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 22. (AM Ct. Rep. −− Carolyn Fant)(PM Ct. Rep. −− Christa Newberg) (mah) (Entered: 04/03/1999) |
| 04/05/1999 | 675 | | CJA Form 30Cp4 (Appointment of Counsel) appointing Jack T. Lassiter as to Daniel Lewis Lee (rkc) (Entered: 04/05/1999) |
| 04/05/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 23. (AM Ct. Rep. −− Elaine Hinson)(PM Ct. Rep. −− Christa Newberg)((PM Ct. Rep. −− Carolyn Fant) (mah) (Entered: 04/06/1999) |
| 04/05/1999 | 672 | | RESPONSE by plaintiff USA to deft Lee's motion to exclude certain evidence at penalty phase (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 04/05/1999 | | | CORRESPONDENCE to Judge G.T. Eisele from Buford McDonald and 04/08/99 reply to Buford McDonald from Eva Madison (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 04/06/1999 | 676 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/06/1999) |
| 04/06/1999 | 678 | | AMENDED AND SUBSTITUTED ORDER by Judge G. T. Eisele dismissing the MOTION [659−1] and granting MOTION [660−1] (cc: all counsel and defendants) (rkc) (Entered: 04/06/1999) |
| 04/06/1999 | 681 | | SEALED MOTION (rkc) (Entered: 04/06/1999) |
| 04/06/1999 | 682 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting MOTION [681−1] (rkc) (Entered: 04/06/1999) |
| 04/06/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 24. (AM Ct. Rep. −− Carolyn Fant)(AM/PM Ct. Rep. −− Elaine Hinson)(PM Ct. Rep. Christa Newberg) (mah) (Entered: 04/07/1999) |
| 04/06/1999 | 683 | | ORDER by Judge G. T. Eisele dismissing as moot deft Lee's motion to exclude certain evidence at penalty phase, if same occurs [632−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 04/07/1999 | | | |

Appellate Case: 19-2432    Page: 30    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. Thomas Eisele. Day 25. (AM Ct. Rep. –– Elaine Hinson)(PM Ct. Rep. –– Christa Newberg)(PM Ct. Rep. –– Genie Power) (mah) (Entered: 04/07/1999) |
| 04/08/1999 | 686 | | SEALED MOTION (rkc) (Entered: 04/08/1999) |
| 04/08/1999 | 687 | | ORDER by Judge G. T. Eisele that all subpoenas issued for the appearance date of 5/3/99 are now effective for 4/20/99 or when directed by the subpoenaing party and shall remain in full force and effect for the new date. No new subpoenas or fees are required to be issued. (cc: all counsel and defendants) (rkc) (Entered: 04/08/1999) |
| 04/08/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 26. (AM Ct. Rep. –– Elaine Hinson)(PM Ct. Rep. –– Genie Power) (mah) (Entered: 02/17/2003) |
| 04/09/1999 | 689 | | SEALED doc (mcn) Modified on 04/12/1999 (Entered: 04/09/1999) |
| 04/09/1999 | 690 | | SEALED document as to defendant Chevie O'Brien Kehoe, defendant Daniel Lewis Lee (rkc) (Entered: 04/09/1999) |
| 04/09/1999 | 691 | | SEALED document (rkc) (Entered: 04/09/1999) |
| 04/09/1999 | 692 | | SEALED document (rkc) (Entered: 04/09/1999) |
| 04/09/1999 | 693 | | SEALED document (rkc) (Entered: 04/09/1999) |
| 04/09/1999 | 694 | | TRANSCRIPT (volume 1) of proceedings for the following date: 2/26/99 (jury trial before the Honorable G Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 04/12/1999 (Entered: 04/12/1999) |
| 04/09/1999 | 695 | | TRANSCRIPT (volume 2) of proceedings for the following date: 3/1/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 04/12/1999 (Entered: 04/12/1999) |
| 04/09/1999 | 696 | | TRANSCRIPT (volume 3) of proceedings for the following date: 3/2/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 04/12/1999 (Entered: 04/12/1999) |
| 04/09/1999 | 697 | | TRANSCRIPT (volume 4) of proceedings for the following date: 3/3/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 04/12/1999 (Entered: 04/12/1999) |
| 04/09/1999 | 698 | | TRANSCRIPT (volume 5) of proceedings for the following date: 3/4/99 (jury trial before the Honorable G. Thomas Eisele) CRR Carolyn S Fant (former empl) Modified on 04/12/1999 (Entered: 04/12/1999) |
| 04/09/1999 | 699 | | TRANSCRIPT (volume 6) of proceedings for the following date: 3/5/99 (jury trial before the Honorable G. Thomas Eisele) CRR Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 700 | | TRANSCRIPT (volume 7) of proceedings for the following date: 3/8/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 701 | | |

Appellate Case: 19-2432     Page: 31     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | TRANSCRIPT (volume 8) of proceedings for the following date: 3/9/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Christa R Newburg (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 702 | | TRANSCRIPT (volume 9) of proceedings for the following date: 3/10/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 703 | | TRANSCRIPT (volume 10) of proceedings for the following date: 3/11/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Christa R. Newburg (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 704 | | TRANSCRIPT (volume 11) of proceedings for the following date: 3/15/99 (jury trial before the Honorable G. Thomas Eisele) CRR Christa R. Newburg (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 705 | | TRANSCRIPT (volume 12) of proceedings for the following date: 3/16/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Christa R Newburg (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 706 | | TRANSCRIPT (volume 13) of proceedings for the following date: 3/17/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Carolyn S. Fant (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 707 | | TRANSCRIPT (volume 14) of proceedings for the following date: 3/18/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Eugenie M Power (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 708 | | TRANSCRIPT (volume 15) of proceedings for the following date: 3/22/99 (jury trial before the Honorable G. Thomas Eisele) CRR Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 709 | | TRANSCRIPT (volume 16) of proceedings for the following date: 3/23/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 710 | | TRANSCRIPT (volume 17) of proceedings for the following date: 3/24/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 711 | | TRANSCRIPT (volume 18) of proceedings for the following date: 3/25/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 712 | | TRANSCRIPT (volume 19) of proceedings for the following date: 3/29/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Christa R. Newburg (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 713 | | TRANSCRIPT (volume 20) of proceedings for the following date: 3/30/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Christa R. Newburg (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 714 | | TRANSCRIPT (volume 21) of proceedings for the following date: 3/31/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Carolyn S. Fant (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 715 | | |

July 5 2019 p32
Appellate Case: 19-2432    Page: 32    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | TRANSCRIPT (volume 22) of proceedings for the following date: 4/1/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Carolyn S Fant (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 716 | | TRANSCRIPT (volume 23) of proceedings for the following date: 4/5/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 717 | | TRANSCRIPT (volume 24) of proceedings for the following date: 4/6/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Carolyn S Fant (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 718 | | TRANSCRIPT (volume 25) of proceedings for the following date: 4/7/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/09/1999 | 719 | | TRANSCRIPT (volume 26) of proceedings for the following date: 4/8/99 (jury trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) (Entered: 04/12/1999) |
| 04/12/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 27. (AM Ct. Rep. –– Elaine Hinson)(PM Ct. Rep. Genie Power)(PM Ct. Rep. –– Christa Newberg) (mah) (Entered: 04/12/1999) |
| 04/13/1999 | 721 | | SEALED MOTION (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | 722 | | ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | 723 | | SEALED MOTION (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | 724 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | 725 | | SEALED MOTION (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | 726 | | SEALED MOTION (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | 727 | | SEALED ORDER by Judge G. T. Eisele (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | 728 | | SEALED ORDER by Judge G. T. Eisele (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | 729 | | MEMORANDUM of law by USA regarding lesser included offense instructions applicable to RICO predicates applying Idaho murder law as to Chevie O'Brien Kehoe, Daniel Lewis Lee (rkc) (Entered: 04/13/1999) |
| 04/13/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 28. Govt. rests. Defts' motion for directed verdict denied. (AM Ct. Rep. –– Elaine Hinson)(PM Ct. Rep. –– Carolyn Fant) (mah) (Entered: 04/13/1999) |
| 04/15/1999 | 731 | | CJA Form 30 (Appointment of and authority to pay Court appointed counsel) voucher #D37210 appointing attorney Jack Lassiter as to Daniel Lewis Lee lej) (Entered: 04/16/1999) |
| 04/15/1999 | 733 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/19/1999) |

Appellate Case: 19-2432    Page: 33    Date Filed: 07/08/2019 Entry ID: 4805655

| 04/16/1999 | 735 | | SEALED MOTION (rkc) (Entered: 04/19/1999) |
|---|---|---|---|
| 04/16/1999 | 738 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/19/1999) |
| 04/16/1999 | 740 | | ORDER by Mag. Judge John F. Forster Jr. entered nunc pro tunc to 2/26/99 (rkc) (Entered: 04/19/1999) |
| 04/16/1999 | 742 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/20/1999) |
| 04/16/1999 | <u>734</u> | | MOTION to preclude use of polygraph test results or testimony by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 04/19/1999 | 741 | | SEALED document (rkc) (Entered: 04/19/1999) |
| 04/19/1999 | | | CORRESPONDENCE from Judge G.T. Eisele to attorneys regarding opening statements (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 04/20/1999 | 743 | | SEALED MOTION (rkc) (Entered: 04/20/1999) |
| 04/20/1999 | 744 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/20/1999) |
| 04/20/1999 | 746 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/20/1999) |
| 04/20/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 29. (AM Ct. Rep. Elaine Hinson)(PM Ct. Rep. −− Carolyn Fant) (mah) (Entered: 04/23/1999) |
| 04/21/1999 | 748 | | ORDER by Judge G. T. Eisele denying deft's motion for compelled psychiatric examination of witness. (cc: all counsel and defendants) (rkc) (Entered: 04/21/1999) |
| 04/21/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 30. (AM Ct. Rep. −− Christa Newberg)(PM Ct. Rep. −− Carolyn Fant) (mah) (Entered: 04/23/1999) |
| 04/22/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 31. (AM Ct. Rep. −− Genie Power)(PM Ct. Rep. −− Carolyn Fant) (mah) (Entered: 04/23/1999) |
| 04/22/1999 | 753 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/23/1999) |
| 04/23/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed out of the presence of the jury for proffered testimony before Judge G. T. Eisele. Day 32. (AM Ct. Rep. −− Genie Power) (mah) (Entered: 04/23/1999) |
| 04/23/1999 | 754 | | CJA Form 20Cp4 (Appointment of Counsel) appointing Robert E. Irwin for Paul Humphrey a witness testifying for the defendants. (rkc) (Entered: 04/23/1999) |
| 04/26/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 33. (AM Ct. Rep. −− Elaine Hinson)(PM Ct. |

July 5 2019 p34

Appellate Case: 19-2432   Page: 34   Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | Rep. −− Carolyn Fant) (mah) (Entered: 04/26/1999) |
| 04/26/1999 | 755 | | ORDER by Mag. Judge John F. Forster Jr. directing the clerk to issue a check to Kay Quinn in the amt. of $239.87 for the transcript submitted on 19th of April 1999. (cc: all counsel and defendants) (rkc) (Entered: 04/27/1999) |
| 04/27/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 34. (AM Ct. Rep. −− Elaine Hinson)(PM Ct. Rep. −− Carolyn Fant) (mah) (Entered: 04/28/1999) |
| 04/28/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele and out of the presence of the jury. Day 35. Jury instructions discussed and objections stated. (AM Ct. Rep. −− Elaine Hinson)(PM Ct. Rep. −− Carolyn Fant) (mah) (Entered: 04/28/1999) |
| 04/29/1999 | 760 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 04/29/1999) |
| 04/29/1999 | 761 | | CJA Form 20Cp4 (Appointment of Counsel) supplemental voucher D37211 appointing Cathleen Compton as to Daniel Lewis Lee (rkc) (Entered: 04/29/1999) |
| 04/29/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 36. Closing Arguments commenced. (AM Ct. Rep. −− Carolyn Fant)(PM Ct. Rep. −− Genie Power)(PM Ct. Rep. −− Christa Newberg) (mah) (Entered: 05/03/1999) |
| 04/30/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 37. Closing arguments resumed. (AM Ct. Rep. −− Elaine Hinson)(AM/PM Ct. Rep. −− Carolyn Fant) (mah) Modified on 05/03/1999 (Entered: 05/03/1999) |
| 05/03/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 38. Jury deliberation commenced. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 05/03/1999) |
| 05/04/1999 | 762 | | SEALED document by plaintiff USA lej) (Entered: 05/04/1999) |
| 05/04/1999 | 763 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 05/04/1999) |
| 05/04/1999 | 764 | | SEALED MOTION lej) (Entered: 05/04/1999) |
| 05/04/1999 | 765 | | SEALED ORDER by Mag. Judge John F. Forster Jr. granting motion [764−1] lej) (Entered: 05/04/1999) |
| 05/04/1999 | 766 | | SEALED ORDER by Mag. Judge John F. Forster Jr. lej) (Entered: 05/04/1999) |
| 05/04/1999 | 808 | | Jury instructions on the guilt/innocence phase given to the jury by the court. (mah) (Entered: 05/16/1999) |
| 05/04/1999 | 810 | | VERDICTS as to Daniel Lewis Lee of Guilty to Cts. 1s thru 5s. (Original placed under seal in vault.) (mah) Modified on 05/16/1999 (Entered: 05/16/1999) |
| 05/04/1999 | | | |

Appellate Case: 19-2432    Page: 35    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 39. Jury returns verdicts of Guilty as to both defts. on Cts. 1s thru 5s. Jury excused until 5/6/99. (Ct. Rep. -- Elaine Hinson) (mah) (Entered: 05/16/1999) |
| 05/05/1999 | 768 | | SEALED TRANSCRIPT (Ct. Rep. -- Carolyn Fant) (former empl) Modified on 11/08/2002 (Entered: 05/05/1999) |
| 05/05/1999 | 769 | | SEALED document (former empl) (Entered: 05/05/1999) |
| 05/05/1999 | 770 | | SEALED document (former empl) (Entered: 05/05/1999) |
| 05/05/1999 | 771 | | SEALED document (former empl) (Entered: 05/05/1999) |
| 05/05/1999 | 772 | | SEALED document (former empl) (Entered: 05/05/1999) |
| 05/05/1999 | 773 | | TRANSCRIPT (Volume 27) of proceedings for the following date: 4/12/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 774 | | TRANSCRIPT (Volume 28) of proceedings for the following date: 4/13/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 775 | | TRANSCRIPT (Volume 29) of proceedings for the following date: 4/20/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 776 | | TRANSCRIPT (Volume 30) of proceedings for the following date: 4/21/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Christa R Newburg (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 777 | | TRANSCRIPT (Volume 31) of proceedings for the following date: 4/22/99 (Jury trial before the Honorable G. Thomas Eisele) CRR: Eugenie M Power (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 778 | | TRANSCRIPT (Volume 32) of proceedings for the following date: 4/23/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Eugenie M Power (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 779 | | TRANSCRIPT (Volume 33) of proceedings for the following date: 4/26/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 780 | | TRANSCRIPT (Volume 34) of proceedings for the following date: 4/27/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 781 | | TRANSCRIPT (Volume 35) of proceedings for the following date: 4/28/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 782 | | TRANSCRIPT (Volume 36) of proceedings for the following date: 4/29/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Carolyn S Fant (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 783 | | |

July 5 2019 p36
Appellate Case: 19-2432    Page: 36    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | TRANSCRIPT (Volume 37) of proceedings for the following date: 4/30/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 784 | | TRANSCRIPT (Volume 38) of proceedings for the following date: 5/3/99 (Jury Trial before the Honorable G. Thomas Eisele) CRR: Elaine Hinson (former empl) Modified on 05/05/1999 (Entered: 05/05/1999) |
| 05/05/1999 | 785 | | CJA Form 30 (Appointment of Counsel) appointing Cathleen V Compton #D37211 as to Daniel Lewis Lee (former empl) (Entered: 05/05/1999) |
| 05/05/1999 | 788 | | SEALED MOTION (former empl) (Entered: 05/06/1999) |
| 05/05/1999 | | | MINUTES: JURY TRIAL as to Chevie Kehoe and Danny Lee resumed before Judge G. T. Eisele. Day 40. Motions argued, objections to instructions stated. (Ct. Rep. −− Elaine Hinson) dfts.) (mah) (Entered: 05/16/1999) |
| 05/05/1999 | 767 | | TRANSCRIPT (1 volume) of proceedings for the following date: Tuesday, 04/20/99 (hearing before the Honorable G. Thomas Eisele on Chevie Kehoe's motion for psychiatric exam and USA's motion to preclude use of polygraph exam) (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/27/2002 (Entered: 06/27/2002) |
| 05/06/1999 | 787 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 05/06/1999) |
| 05/06/1999 | 791 | | SEALED ORDER by Judge G. T. Eisele (former empl) (Entered: 05/06/1999) |
| 05/06/1999 | 792 | | SEALED MOTION (rkc) (Entered: 05/06/1999) |
| 05/06/1999 | 793 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 05/06/1999) |
| 05/06/1999 | 795 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 05/06/1999) |
| 05/06/1999 | | | MINUTES: JURY TRIAL on the penalty phase as to Chevie Kehoe resumed before Judge G. T. Eisele. Day 41. (Ct. Rep. −− AM Ct. Rep. −− Elaine Hinson)(AM/PM Ct. Rep. −− Carolyn Fant) (mah) (Entered: 05/16/1999) |
| 05/06/1999 | <u>796</u> | | ORDER by Mag. Judge John F. Forster Jr. that Dr Mark Cunningham and Dr Thomas Ryan shall be permitted to be present in the courtroom during the penalty phase of the trial involving deft Lee (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/07/1999 | 797 | | Return on WRIT of John L Fryman [797−1] (former empl) (Entered: 05/07/1999) |
| 05/07/1999 | 798 | | Return on WRIT of Gregg H Vieira [798−1] (former empl) (Entered: 05/07/1999) |
| 05/07/1999 | 799 | | SEALED MOTION (former empl) (Entered: 05/07/1999) |
| 05/07/1999 | 800 | | ORDER by Mag. Judge John F. Forster Jr. granting SEALED MOTION [799−1] (cc: all counsel and defendants) (former empl) (Entered: 05/07/1999) |
| 05/07/1999 | | | |

Appellate Case: 19-2432    Page: 37    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | MINUTES: JURY TRIAL on the Penalty Phase as to Chevie Kehoe resumed before Judge G. T. Eisele. Day 42. (Ct. Rep. —— Carolyn Fant) (mah) (Entered: 05/16/1999) |
| 05/07/1999 | 811 | | Jury instructions (Preliminary) on the Penalty Phase as to Chevie Kehoe given to the jury by the court. (mah) Modified on 05/16/1999 (Entered: 05/16/1999) |
| 05/07/1999 | 812 | | Jury instructions (Final) on the Penalty Phase as to Chevie Kehoe given to the jury by the court. (mah) (Entered: 05/16/1999) |
| 05/10/1999 | | | MINUTES: JURY TRIAL on the Penalty Phase as to Chevie Kehoe resumed before Judge G. T. Eisele. Day 43. Jury deliberation resumed and jury returns verdict of life imprisonment without possibility of release on Cts. 3s thru 5s. Jury excused until 5/11/99. (Ct. Rep. —— Elaine Hinson) dfts.) (mah) (Entered: 05/16/1999) |
| 05/11/1999 | 803 | | Return on WRIT unexecuted for Isaac May as to Daniel Lewis Lee [803−1] (former empl) Modified on 05/11/1999 (Entered: 05/11/1999) |
| 05/11/1999 | 804 | | Return on WRIT [804−1] unexecuted for Alfred Ray Taylor as to Chevie Kehoe (former empl) Modified on 05/11/1999 (Entered: 05/11/1999) |
| 05/11/1999 | 805 | | Return on WRIT [805−1] unexecuted for Isaac May as to Chevie Kehoe (former empl) Modified on 05/11/1999 (Entered: 05/11/1999) |
| 05/11/1999 | | | MINUTES: JURY TRIAL on the Penalty Phase as to Danny Lee resumed before Judge G. T. Eisele. Day 44. Deft. Lee's motion to suppress denied. (AM Ct. Rep. —— Elaine Hinson)(PM Ct. Rep. —— Genie Power)(PM Ct. Rep. —— Carolyn Fant) (mah) (Entered: 05/16/1999) |
| 05/11/1999 | 814 | | Jury instructions (Preliminary) as to Danny Lee given to the jury by the court. (mah) (Entered: 05/16/1999) |
| 05/12/1999 | | | MINUTES: JURY TRIAL on the Penalty Phase as to Danny Lee resumed before Judge G. T. Eisele. Day 45. (AM Ct. Rep. —— Elaine Hinson)(AM/PM Ct. Rep. —— Carolyn Fant)(PM Ct. Rep. —— Elaine Hinson) (mah) (Entered: 05/16/1999) |
| 05/13/1999 | 806 | | SEALED MOTION (rkc) (Entered: 05/13/1999) |
| 05/13/1999 | | | MINUTES: JURY TRIAL on the Penalty Phase as to Danny Lee resumed before Judge G. T. Eisele. Day 46. (AM Ct. Rep. —— Peggy Merkle)(PM Ct. Rep. —— Elaine Hinson)(PM Ct. Rep. —— Christa Newberg) (mah) (Entered: 05/16/1999) |
| 05/14/1999 | 807 | | MINUTES: JURY TRIAL on the Penalty Phase as to Danny Lee resumed before Judge G. T. Eisele. Day 47. Jury deliberation commenced and verdict of death returned on Cts. 3s thru 5s. Jury excused. (Original Juror Notes to Court placed under seal in vault) (AM Ct. Rep. —— Elaine Hinson)(AM/PM Ct. Rep. —— Carolyn Fant) (mah) Modified on 05/16/1999 (Entered: 05/16/1999) |
| 05/14/1999 | 815 | | Jury instructions (Final) on the Penalty Phase as to Danny Lee given to the jury by the court. (mah) (Entered: 05/16/1999) |
| 05/14/1999 | 816 | | |

July 5 2019 p38

Appellate Case: 19-2432    Page: 38    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | VERDICTS on the penalty as to Daniel Lewis Lee of death on Cts. 3s thru 5s. (Original placed under seal in vault.) (mah) Modified on 05/16/1999 (Entered: 05/16/1999) |
| 05/17/1999 | 817 | | MOTION for order to impose restitution and memorandum of law regarding payment of restitution by USA as to Chevie O'Brien Kehoe and Daniel Lewis Lee lej) (Entered: 05/17/1999) |
| 05/17/1999 | 819 | | Return on WRIT unexecuted as to Daniel Lewis Lee [819−1] (former empl) (Entered: 05/18/1999) |
| 05/17/1999 | 823 | | ORDER by Judge G. T. Eisele that the transcripts of the hearings held on Monday, May 10, 1999 at 9:45 a.m. and 10:45 a.m., Volume 43−A and Volume 43−C respectively, will be and they are hereby, UNSEALED. (cc: all counsel and defendants) (rkc) (Entered: 05/19/1999) |
| 05/17/1999 | 824 | | TRANSCRIPT (volume 43−A) of proceedings for the following date: Monday, 05/10/99 (in−camera hearing before the Honorable G Thomas Eisele regarding Court's discussions with attorneys prior to receiving jury verdict for C Kehoe) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/17/1999 | 825 | | TRANSCRIPT (volume 43−C) of proceedings for the following date: Monday, 05/10/99 (in−camera hearing before the Honorable G. Thomas Eisele regarding Court's continued discussions with attorneys after receiving jury verdict for C. Kehoe regarding further proceedings for D. Lee) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/19/1999 | 822 | | MOTION for order for correction of sentence, for a new sentencing phase of the trial, or for enforcement of a plea agreement by Daniel Lewis Lee (rkc) (Entered: 05/19/1999) |
| 05/19/1999 | 826 | | TRANSCRIPT (39 volume) of proceedings for the following date(s): Tues. 5/4/99 (rkc) (Entered: 05/19/1999) |
| 05/19/1999 | 828 | | TRANSCRIPT ( 41−43 volumes) of proceedings for the following date(s): Thurs 5/6/99, Fri. 5/7/99, Mon. 5/10/99 (rkc) (Entered: 05/19/1999) |
| 05/19/1999 | 830 | | TRANSCRIPT (volumes 44,45) of proceedings for the following date(s): Tues. 5/11/99, Wed. 5/12/99 (rkc) (Entered: 05/19/1999) |
| 05/19/1999 | 832 | | TRANSCRIPT (Volume 47) of proceedings for the following date(s): Fri. 5/14/99 (rkc) (Entered: 05/19/1999) |
| 05/19/1999 | 833 | | MOTION for order for subpoena to KTHV−TV by Daniel Lewis Lee (rkc) (Entered: 05/19/1999) |
| 05/19/1999 | 834 | | MOTION to produce minutes or other records of meeting of death penalty committee by Daniel Lewis Lee (rkc) (Entered: 05/19/1999) |
| 05/19/1999 | 835 | | MINUTES: PRESENTENCE HEARING as to Chevie Kehoe held before Judge G. T. Eisele. Court advises parties that the sentence will be postponed until after the ruling on the motion for new trial. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 05/19/1999) |
| 05/19/1999 | 836 | | MINUTES: HEARING as to Danny Lee held before Judge G. T. Eisele. Court discusses motion to enforce plea agreement and other issues. (Ct. Rep. |

Appellate Case: 19-2432    Page: 39    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | —— Elaine Hinson) (mah) (Entered: 05/19/1999) |
| 05/19/1999 | 827 | | TRANSCRIPT (volume 40) of proceedings for the following date: Wednesday, 05/05/99 (telephone conference before the Honorable G.Thomas Eisele regarding USA's brief concerning deft's expert testimony in penalty phase regarding Levin; USA's request regarding future dangerousness; and deft Kehoe's motion to make statement of allocution) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/19/1999 | 829 | | TRANSCRIPT (volume 43−B) of proceedings for the following date: Monday, 05/10/99 (in−camera hearing before the Honorable G. Thomas Eisele regarding concerns regarding verdict forms for Kehoe & Lee) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/19/1999 | 831 | | TRANSCRIPT (volume 46) of proceedings for the following date: Thursday, 05/13/99 (hearing before Judge G. Thomas Eisele regarding USA's cross−examination of Dr Cunningham) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/24/1999 | 837 | | ORDER by Mag. Judge John F. Forster Jr. granting motion for order for subpoena to KTHV−TV [833−1] (cc: all counsel and defendants) (rkc) (Entered: 05/24/1999) |
| 05/24/1999 | 838 | | ORDER by Mag. Judge John F. Forster Jr. directing the U.S. Marshal to serve subpoena free of costs pursuant to 18:3005−3006A. (cc: all counsel and defendants) (rkc) (Entered: 05/24/1999) |
| 05/25/1999 | 839 | | TRANSCRIPT (1 volume) of proceedings for the following date: 5/19/99 (hearing) as to Chevie Kehoe lej) (Entered: 05/25/1999) |
| 05/25/1999 | 840 | | TRANSCRIPT (1 volume) of proceedings for the following date: 5/19/99 (hearing) as to Daniel Lee lej) (Entered: 05/25/1999) |
| 05/27/1999 | 841 | | RESPONSE by plaintiff USA to deft Lee's motion for production of records (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/27/1999 | 842 | | BRIEF in support of motion for correction of sentence, for a new sentencing phase of the trial of Daniel Lewis Lee, or for enforcement of a plea agreement, which motion was filed on 05/19/99 by defendant Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 06/01/1999 | 845 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 06/01/1999) |
| 06/01/1999 | 846 | | SEALED document (rkc) (Entered: 06/01/1999) |
| 06/07/1999 | 847 | | ORDER by Judge G. T. Eisele dismissing as moot the following motions: C. Kehoe's motion for order directing government to provide notice of intent to use residual hearsay exception under Rule 807 [282−1], C. Kehoe's motion to compel examination or production of the personnel files of testifying agents and government employees [284−1], C. Kehoe's motion for discovery [290−1], motion for inspection concerning government's use of informants, operatives and cooperating individuals [290−2], motion for disclosure of exculpatory evidence [290−3], C. Kehoe's motion for evidentiary hearing [458−1], C. Kehoe's motion to suppress statements [459−1], C. Kehoe's |

July 5 2019 p40

Appellate Case: 19-2432    Page: 40    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | motion for leave for deft to present unsworn plea for mercy [544−1], C. Kehoe's motion for additional questions and subjects for general voir dire [584−1], C. Kehoe's motion for change of venue based on pretrial disclosure of material evidence [601−1], C. Kehoe's motion for Daubert and relevance hearing on government's witness Mewborn [671−1], C. Kehoe's motion for compelled psychiatric examination of witness [732−1], C. Kehoe's motion in limine [757−1], D. Lee's motion for order to adopt by silence all relevant pretrial motions and trial objections of co−defts [42−1], D. Lee's motion for discovery [258−1], motion to inspect information and evidence in aggravation [258−2], D. Lee's motion for order directing government to provide notice of intention to use residual hearsay exception under Rule 807 [306−1], D. Lee's supplemental motion to strike potential jurors for cause based upon a review of questionnaires [548−1], D. Lee's motion to include the following questions for death qualification of jurors [574−1], D. Lee's motion for order for guidance from the Courts with regard to the denial of a continuance of the 04/26/99 trial date for Mr. Infinger [645−1], D. Lee's motion in limine [806−1], K. Kehoe's motion for order for payment of reasonable attorney's fee [234−1], K. Kehoe's motion for order to permit counsel to participate in voir dire [379−1], government's motion in limine to foreclose suppression of evidence pursuant to 18:201(c) theories [263−1], government's motion for admission of hearsay evidence [264−1], government's motion for reciprocal discovery of mental health defenses to be raised during penalty phase [288−1], government's motion for additional time in which to respond to K. Kehoe's motion to suppress evidence of the Thompson Falls search [405−1], government's motion for discovery of mental health evidence regarding deft Lee [627−1], government's motion for discovery of mental health evidence regarding deft Chevie Kehoe [628−1], government's motion to preclude inquiry into irrelevant and immaterial matters [686−1], government's motion to preclude use of polygraph test results or testimony [734−1], government's motion to preclude impeachment of government witness on collateral matters [735−1], government's motion in limine regarding testimony of defense expert in penalty phase [788−1], government's motion for order to impose restitution [817−1], motion of Michael Tigar to quash, or in the alternative, to modify subpoena issued by deft Kehoe pursuant to Rule 17(c) [658−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 06/08/1999 | 848 | | ORDER by Mag. Judge John F. Forster Jr. finding the following motions moot, [759−1] [667−1] [525−1] [489−1] [477−1] [461−1] [431−1] [396−1] (cc: all counsel and defendants) (rkc) (Entered: 06/08/1999) |
| 06/10/1999 | 849 | | RESPONSE & Brief by plaintiff USA to motion to produce minutes or other records of meeting of death penalty committee [834−1] (rkc) (Entered: 06/11/1999) |
| 06/10/1999 | 850 | | RESPONSE by plaintiff USA to motion for order for correction of sentence, for a new sentencing phase of the trial, or for enforcement of a plea agreement [822−1] (rkc) (Entered: 06/11/1999) |
| 06/11/1999 | | | Docket Modification (Utility Event) terminating the motion [601−1] pursuant to order of 2/26/99, and terminating the motion for order for payment of reasonable atty's fee [234−1] pursuant to order of 4/9/98. (rkc) (Entered: 06/11/1999) |

| | | | |
|---|---|---|---|
| 06/11/1999 | 851 | | CJA Form 30Cp4 (Appointment of Counsel) appointing Cathleen Compton #37211 as to Daniel Lewis Lee (sealed) (Entered: 06/11/1999) |
| 06/14/1999 | 853 | | ORDER by Judge G. T. Eisele approving and adopting the attached document as the jury questionnaire to be used in this case. Entered nunc pro tunc to 1/12/99. (cc: all counsel and defendants) (rkc) (Entered: 06/15/1999) |
| 06/15/1999 | 854 | | MEMORANDUM, Opinion and Order: by Judge G. T. Eisele denying motion to dismiss notice of intent to seek the death penalty [297−1], and denying motion to strike notice of intention to seek the death penalty and to hold the death penalty unconstitutional [289−1]. The following documents are hereby unsealed Nos. 297, 298, 337, 345, 357, 359. Entered NUNC PRO TUNC to 5/5/99. (cc: all counsel and defendants) (rkc) (Entered: 06/16/1999) |
| 06/16/1999 | 856 | | REPLY by defendant Daniel Lewis Lee to response to motion for order for correction of sentence, for a new sentencing phase of the trial, or for enforcement of a plea agreement [822−1] (rkc) (Entered: 06/17/1999) |
| 06/21/1999 | 858 | | MOTION for order for subpoena by Daniel Lewis Lee (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 06/21/1999 | 859 | | ORDER by Mag. Judge John F. Forster Jr. granting motion for order for subpoena [858−1] (cc: all counsel and defendants) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 06/24/1999 | 874 | | MINUTES: HEARING (Ph.Cf.) as to Danny Lee held before Judge G. T. Eisele regarding subpoenas issued to Janet Reno & Eric Holder. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 06/30/1999) |
| 06/24/1999 | 861 | | CORRESPONDENCE by defendant Daniel Lewis Lee regarding testimony sought at hearing (Unsealed pursuant to Order dated 06/25/02) (cdw) Modified on 06/27/2002 (Entered: 06/27/2002) |
| 06/25/1999 | 863 | | ORDER by Judge G. T. Eisele clarifying sealed order filed June 7, 1999 as mooting motions decided in rulings from the bench to clear up the Court's docket (cc: all counsel and defendants) (former empl) (Entered: 06/25/1999) |
| 06/25/1999 | 865 | | MEMORANDUM of LAW in support of Deliberative Process Privilege as to Daniel Lewis Lee (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 866 | | TRANSCRIPT (1 volume) of proceedings for the following date: 6/25/99 (Sentencing before the Honorable G Thomas Eisele) (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 868 | | BRIEF regarding the deliberative process privilege, attorney work−product privilege, and touch regulations by plaintiff USA (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 869 | | ADDITIONAL BRIEF re authority of the Deputy Attorney General to act on behalf of the Attorney General by plaintiff USA (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 867 | | TRANSCRIPT ( 1 volumes) of proceedings for the following date(s): 6/24/99 (telephone conference) (rkc) (Entered: 06/30/1999) |
| 06/29/1999 | 870 | | MEMORANDUM OF LAW absence of the Attorney General and the Deputy Attorney General's authority to act in her absence by defendant Daniel Lewis |

July 5 2019 p42

Appellate Case: 19-2432    Page: 42    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | Lee (rkc) (Entered: 06/29/1999) |
| 06/29/1999 | 871 | | MOTION to quash subpoenas , and to continue appearances by USA as to Daniel Lewis Lee (rkc) (Entered: 06/29/1999) |
| 06/29/1999 | 872 | | ORDER by Judge G. T. Eisele granting motion to continue appearances [871−2] for further hearing on this subpoena until July 29, 1999, 10:00 a.m. (cc: all counsel and defendants) (rkc) (Entered: 06/29/1999) |
| 06/29/1999 | 873 | | ORDER by Judge G. T. Eisele that the transcript of the telephone conference held on Thursday, June 24, 1999, at 2:00 p.m. will be, and it is hereby, UNSEALED. (cc: all counsel and defendants) (rkc) (Entered: 06/30/1999) |
| 06/30/1999 | 877 | | ORDER by Judge G. T. Eisele denying motion for enforcement of a plea agreement and the other issues raised in the motion for order for correction of sentence, for new sentencing phase of the trial [822−1] will be dealt with in due course. (cc: all counsel and defendants) (rkc) (Entered: 07/01/1999) |
| 07/02/1999 | 878 | | TRANSCRIPT (1 volumes) of proceedings for the following date(s): 6/29/99 (Hearing before Judge Eisele) (rkc) (Entered: 07/02/1999) |
| 07/02/1999 | 879 | | SUPPLEMENT TO MEMORANDUM by Daniel Lewis Lee in support of brief [870−1] regarding the absence of the Attorney General and the Deputy Attorney General's authority to act in her absence as to Daniel Lewis Lee (rkc) (Entered: 07/02/1999) |
| 07/02/1999 | 880 | | SUPPLEMENTAL BRIEF by defendant Daniel Lewis Lee regarding future dangerousness (rkc) (Entered: 07/02/1999) |
| 07/02/1999 | 881 | | RESPONSE by defendant Daniel Lewis Lee to motion to quash subpoenas [871−1] (rkc) (Entered: 07/02/1999) |
| 07/12/1999 | | | DOCKETING LETTER: 8 USCA Number 99−2897 ; court reporter's transcripts due 8/9/99 ; clerk's record on appeal due 8/11/99 appeal of KEHOE (dac) (Entered: 07/12/1999) |
| 07/13/1999 | 882 | | CJA Form 30Cp4 (Appointment of Counsel) appointing Cathleen Compton #37211 as to Daniel Lewis Lee (rkc) (Entered: 07/14/1999) |
| 07/14/1999 | 883 | | RESPONSE to letter form court dated 7/2/99 by Daniel Lewis Lee (rkc) (Entered: 07/14/1999) |
| 07/16/1999 | 884 | | REPLY by plaintiff USA to response to motion to quash subpoenas [871−1] (rkc) (Entered: 07/16/1999) |
| 07/20/1999 | 887 | | AFFIDAVIT of Kevin V. DiGregory as to Daniel Lewis Lee case (rkc) (Entered: 07/23/1999) |
| 07/22/1999 | 885 | | ORDER by Judge G. T. Eisele denying motion to quash subpoenas [871−1] (cc: all counsel and defendants) (sealed) (Entered: 07/22/1999) |
| 07/23/1999 | 886 | | MOTION for order to stay subpoenas and supporting memorandum by USA as to Daniel Lewis Lee (rkc) (Entered: 07/23/1999) |
| 07/26/1999 | 888 | | ORDER by Judge G. T. Eisele granting motion for order to stay subpoenas and supporting memorandum [886−1] The subpoenas are hereby stayed until the Government has exhausted any appeal or petition for writ of mandamus |

Appellate Case: 19-2432     Page: 43     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | concerning the subpoenas. The hearing previously set for 7/29/99 is hereby canceled. (cc: all counsel and defendants) (rkc) (Entered: 07/26/1999) |
| 08/13/1999 | 890 | | CJA Form 30Cp4 (Appointment of Counsel) appointing Cathleen V. Compton (supplement D37211) as to Daniel Lewis Lee (rkc) (Entered: 08/16/1999) |
| 08/17/1999 | 891 | | CJA Form 30Cp4 (Appointment of Counsel) appointing Jack T. Lassiter (supplemental voucher D37210) as to Daniel Lewis Lee (rkc) (Entered: 08/17/1999) |
| 08/23/1999 | | | DOCKETING LETTER: 8 USCA Number 99−3199; petition for writ of mandamus has been filed as to deft Daniel Lewis Lee. (dac) (Entered: 08/23/1999) |
| 08/25/1999 | 897 | | TRANSCRIPT ( 1 volumes) of proceedings for the following date(s): 2/8/99 (chg. of plea of Kirby Kehoe) (rkc) (Entered: 08/26/1999) |
| 09/02/1999 | 900 | | SEALED MOTION (rkc) (Entered: 09/02/1999) |
| 09/03/1999 | 905 | | RESPONSE by defendant Daniel Lewis Lee to motion for order to lift gag order [904−1] and regarding security and distribution of exhibits (rkc) (Entered: 09/07/1999) |
| 09/07/1999 | 904 | | MOTION for order to lift gag order by USA as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Kirby Keith Kehoe (rkc) (Entered: 09/07/1999) |
| 09/08/1999 | 906 | | ORDER by Judge G. T. Eisele granting motion for order to lift gag order [904−1] The gag order previously entered in this case with respect to the attorneys for the Government be, and it is hereby lifted, rescinded and set aside. (cc: all counsel and defendants) (rkc) (Entered: 09/08/1999) |
| 09/08/1999 | 908 | | SEALED ORDER by Mag. Judge John F. Forster Jr. (rkc) (Entered: 09/08/1999) |
| 09/13/1999 | 910 | | MOTION by movant New York Times Co for leave to intervene for the purpose of responding to the Government's motion regarding exhibits, and brief in support as to deft KEHOE (dac) Modified on 09/14/1999 (Entered: 09/14/1999) |
| 09/13/1999 | 911 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher #D37210 for Jack T. Lassiter as to Daniel Lewis Lee (rkc) (Entered: 09/14/1999) |
| 09/15/1999 | 913 | | TRANSCRIPT ( 1 volumes) of proceedings for the following date(s): 8/24/99 (sentencing before Judge Eisele) (rkc) (Entered: 09/15/1999) |
| 09/17/1999 | 916 | | RESPONSE by defendant Daniel Lewis Lee to motion for leave to intervene for the purpose of responding to the Government's motion regarding exhibits, and brief in support as to deft KEHOE [910−1] (dac) (Entered: 09/17/1999) |
| 09/20/1999 | 917 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental appointment voucher #D37211 for Cathleen V. Compton as to Daniel Lewis Lee (rkc) (Entered: 09/21/1999) |
| 09/21/1999 | 919 | | ORDER by Judge G. T. Eisele granting motions for leave to intervene of MGA Films Inc. and New York Times Corp. for the purpose of responding to the Government's motion regarding exhibits, and brief in support as to deft |

July 5 2019 p44

Appellate Case: 19-2432    Page: 44    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | KEHOE [910−1] (cc: all counsel and defendants) (rkc) (Entered: 09/21/1999) |
| 09/21/1999 | 920 | | ORDER by Judge G. T. Eisele directing the parties to attempt to reach a consent order that is consistent with th erulings and establishes procedures for public access to the exhibits in this case. The parties shall submit a proposed consent order to this Court for its consideration on or before 10/12/99. If the parties are unable to reach an agreement, they should so notify the Court in writing by 10/12/99, in which event each shall offer suggestions as to the appropriate procedures that the Court should impose. The Court will then proptly resolve the issue. (cc: all counsel and defendants) (rkc) (Entered: 09/21/1999) |
| 10/06/1999 | 922 | | ORDER by Judge G. T. Eisele denying motion to produce minutes or other records of meeting of death penalty committee [834−1] (cc: all counsel and defendants) (rkc) (Entered: 10/07/1999) |
| 10/13/1999 | 923 | | ORDER by Judge G. T. Eisele granting motion for order to be entered regarding security and distribution of exhibits It Is Therefore Ordered the New York Times and MGA Films shall be permitted to view the trial exhibits on 10/18 & 19/99 between 9:00 a.m. and 5:00 p.m. An agent of the ATF, or some other governmental employee who is familiar with the exhibits and their storage, will be present during all viewing. The New York Times and MGA Films will each pay its proportionate share of the $100 per hr fee needed to help defray the cost of having an ATF agent and or and another U S employee present during the review of the exhibits. The money will be paid to the U S Treasury through the Clerk of the District Court. No exhibits will leave the area where they are stored or the immediate vicinity of the area where they are stored and such exhibits will at all times remain under the control of the said governmental agents. The New York Times and MGA Films will provide scanners or other suitable equipment for the purpose of copying photographs, documents, audiotapes and videotapes. Filming equipment will be permitted. The U S will photocopy exhibits if request to do so using photocopy equipment provided by the Clerk of the District Court at $.50 per page payable to the Clerk of the District Court. [899−1] (cc: all counsel) (dac) (Entered: 10/14/1999) |
| 10/18/1999 | 924 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher D37211 for Cathleen Compton as to Daniel Lewis Lee (rkc) (Entered: 10/18/1999) |
| 11/04/1999 | 926 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher #D37211 for Cathleeen Compton as to Daniel Lewis Lee (rkc) (Entered: 11/04/1999) |
| 12/07/1999 | 929 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher #D37210 for Jack T. Lassiter as to Daniel Lewis Lee (rkc) (Entered: 12/07/1999) |
| 12/13/1999 | 930 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher D37211 for Cathleen Compton as to Daniel Lewis Lee (rkc) (Entered: 12/13/1999) |
| 12/13/1999 | 931 | | Opinion (8USCA) as to petition for writ of mandamus as to defendants' Kehoe and Lee (dac) (Entered: 12/13/1999) |
| 12/13/1999 | 932 | | MANDATE from Circuit Court of Appeals petition for a writ of mandamus is granted; remanding the matter back to District Court for proceedings consistent with the opinion of this court as to defendants Kehoe and Lee (dac) (Entered: 12/13/1999) |

Appellate Case: 19-2432   Page: 45   Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 01/14/2000 | 933 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher D37211 for Cathleen V. Compton as to Daniel Lewis Lee (rkc) (Entered: 01/14/2000) |
| 02/10/2000 | 934 | | MINUTES: HEARING (Ph. Cf.) as to Danny Lee to determine status of motions held before Judge G. Thomas Eisele. (Ct. Rep. −− Elaine Hinson) (mah) Modified on 02/10/2000 (Entered: 02/10/2000) |
| 02/16/2000 | 935 | | CJA Form 20Cp4 (Appointment of Counsel) supplemental voucher #D37211 for Cathleen Compton as to Daniel Lewis Lee (rkc) (Entered: 02/16/2000) |
| 02/18/2000 | 936 | | SUPPLEMENTAL MEMORANDUM by Daniel Lewis Lee in support of motion for order for correction of sentence, for a new sentencing phase of the trial, or for enforcement of a plea agreement [822−1] (former empl) Modified on 02/24/2000 (Entered: 02/18/2000) |
| 02/18/2000 | 937 | | MEMORANDUM by USA in support of response [850−1] to deft's motion for correction of sentence, for a new sentencing phase of the trial, or for enforcement of a plea agreement as to Daniel Lewis Lee (former empl) (Entered: 02/22/2000) |
| 02/18/2000 | 938 | | ADDITIONAL BRIEF IN RESPONSE by USA to [834−1] govt's violation of its death penalty protocol (former empl) (Entered: 02/22/2000) |
| 03/01/2000 | 939 | | SUPPLEMENTAL BRIEF by USA (received by Judge Eisele 6/24/99) in support of government's response to defendant Lee's motion for new sentencing phase of the trial (#822) [850−1]. (mah) (Entered: 03/03/2000) |
| 03/09/2000 | 940 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher #37211 appointing Cathleen Compton as to Daniel Lewis Lee (rkc) (Entered: 03/09/2000) |
| 03/21/2000 | 941 | | MEMORANDUM, Opinion and Order: That the Department of Justice and the Attorney General are ordered to properly review and act upon the U.S. Attorney's request to decertify or withdraw the death penalty notice in Deft Lee's case in accordance with the procedures mandated by the Death Penalty Protocol before the Attorney General, herself, makes the final decision whether to grant or deny that request. It is further ordered that deft. Lee's Motion for a New Penalty Phase Trial be granted. Accordingly if the Attorney General denies the request to decertify or withdraw the death penalty notice, then the Court will hold a new penalty phase trial for deft. Lee. If the Attorney General grants the request to decertify or withdraw the death penalty notice, then the Order for a new penalty phase trial will be moot, and the Court will sentence deft. Lee to life imprisonment without the possibility of release. by Judge G. T. Eisele (cc: all counsel and defendants) (rkc) (Entered: 03/21/2000) |
| 04/14/2000 | 942 | | NOTICE of Appeal to Circuit Court by plaintiff USA [941−1] (2 certified copies to Clerk USCA8)(cc: all counsel and defendant) (dac) (Entered: 04/14/2000) |
| 04/14/2000 | | | Docket Modification (Utility Event) excludable start as to Daniel Lewis Lee (dac) (Entered: 04/14/2000) |
| 04/19/2000 | | | DOCKETING LETTER: 8 USCA Number 00−1975; court reporter's transcripts due 5/30/00; counsel to proceed on appendix as defendant Lee's appeal by USA (dac) (Entered: 04/19/2000) |

July 5 2019 p46

Appellate Case: 19-2432    Page: 46    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 04/20/2000 | 943 | | ORDER by Mag. Judge John F. Forster Jr. granting motion to appoint Dr. Cunningham as an expert to assist counsel for Daniel Lewis Lee. (cc: all counsel and defendants) (rkc) (Entered: 04/20/2000) |
| 04/20/2000 | 944 | | CJA Form 31 (Expert Services) as to Daniel Lewis Lee (rkc) (Entered: 04/20/2000) |
| 05/01/2000 | 945 | | DESIGNATION for Record on Appeal by USA as to defendant LEE (dac) (Entered: 05/01/2000) |
| 05/02/2000 | 946 | | AMENDED DESIGNATION of Record on Appeal by USA as to defendant Danny Lee (dac) (Entered: 05/04/2000) |
| 05/09/2000 | 947 | | TRANSCRIPT (1 volume) of proceedings for the following date: Tuesday, 11/10/98 (arguments on motions to sever before the Honorable G. Thomas Eisele) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/09/2000 | 948 | | TRANSCRIPT (1 volume) of proceedings for the following date: Monday, 12/07/98 (motions hearing before the Honorable G. Thomas Eisele) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/09/2000 | 949 | | TRANSCRIPT (volume 2) of proceedings for the following date: Tuesday, 12/08/98 (motions hearing before the Honorable G. Thomas Eisele) (Unsealed pursuant to Order dated 06/25/02) (cdw) (Entered: 06/27/2002) |
| 05/10/2000 | | | CERTIFICATE of Record (15 vols transcripts 1−15) transmitted to USCA re appeal of Lee [942−1] (dac) (Entered: 05/25/2000) |
| 05/12/2000 | 951 | | SEALED MOTION by deft. Lee (mah) (Entered: 05/12/2000) |
| 05/12/2000 | 952 | | SEALED MOTION by deft. Lee (mah) (Entered: 05/12/2000) |
| 05/12/2000 | 953 | | SEALED RESPONSE by USA (mah) (Entered: 05/12/2000) |
| 05/12/2000 | | | Docket Modification (Utility Event) finding the sealed MOTION by deft. Lee [951−1] moot due to entry of 4/15/99 order by Magistrate Judge Forster. (mah) (Entered: 05/12/2000) |
| 05/12/2000 | | | Docket Modification (Utility Event) finding the sealed MOTION by deft. Lee [952−1] moot due to entry of 4/15/99 order by Magistrate Judge Forster. (mah) (Entered: 05/12/2000) |
| 05/12/2000 | 954 | | DESIGNATION for Record on Appeal by Daniel Lewis Lee (dac) (Entered: 05/18/2000) |
| 05/17/2000 | | | CERTIFICATE of Record (33 vols of trial transcripts) (16−39 & 41 − 47)transmitted to USCA re appeal of Lee [942−1] (dac) (Entered: 05/25/2000) |
| 05/25/2000 | | | CERTIFICATE of Clerk's Record; 3 volumes transcripts; and 25 in camera envelopes transmitted to USCA re appeal of LEE [942−1] (dac) (Entered: 05/25/2000) |
| 05/11/2001 | | | MINUTES: PHONE CONF. before Judge G. Thomas Eisele regarding recent motion filed by defendant Kehoe. Attorneys Hampton, Sullivan and Stripling present. Discussion of correspondence from Buford McDonald. Discussion of |

Appellate Case: 19-2432    Page: 47    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | remand. (Court reporter, Christa Newburg) (cjw) (Entered: 05/11/2001) |
| 06/05/2001 | 958 | | ORDER (8 USCA) on the Court's own motion, it is ordered that the appeal of Chevie Kehoe shall proceed; Clerk's record due 7/6/01, transcripts due 7/3/01 (dac) (Entered: 06/05/2001) |
| 08/22/2001 | 960 | | DESIGNATION for Record on Appeal by USA as to Kehoe appeal (dac) (Entered: 08/22/2001) |
| 08/28/2001 | | | CERTIFICATE of Clerk's Record; transcript of 6/15/99 sentencing transmitted to USCA re appeal of Kehoe [942−1] (dac) (Entered: 08/28/2001) |
| 10/19/2001 | | | MINUTES: PHONE CONF. before Judge G. Thomas Eisele with the parties to discuss Motion for New Trial and Request for Hearing on Motion for New Trial. Hearing set for December 18, 2001, at 9:30 a.m. (Court reporter, Carolyn Fant) (cjw) (Entered: 10/19/2001) |
| 11/16/2001 | 973 | | Return on WRIT as to Daniel Lewis Lee unexecuted ASR received from U S Attorney's office [973−1] (dac) (Entered: 11/16/2001) |
| 11/16/2001 | 974 | | Return on WRIT as to Bufford McDonald, unexecuted previous writ received [974−1] (dac) (Entered: 11/16/2001) |
| 12/18/2001 | 975 | | MINUTES: HEARING as to Chevie O'Brien Kehoe and Daniel Lewis Lee held before Judge G. T. Eisele on C. Kehoe's motion and D. Lee's oral motion for new trial based of newly discovered evidence. Court grants D. Lee's oral motion to join, in part, Kehoe's motion for new trial. Defts. directed to file supplemental briefs by 1/15/02; govt. shall file response by 1/25/02. The Court finds the motion for hearing on motion for new trial based on newly discovered evidence and prosecutorial misconduct [961−1] moot. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 12/18/2001) |
| 12/24/2001 | 977 | | CJA Form 20Cp4 (Appointment of Counsel) appointing James W. Wyatt #1002587 for witness Buford McDonald (rkc) Modified on 12/26/2001 (Entered: 12/24/2001) |
| 01/07/2002 | 981 | | RESPONSE by defendant Daniel Lewis Lee to motion to unseal record [979−1] (cdw) (Entered: 01/07/2002) |
| 01/08/2002 | 982 | | MOTION for order to join in Chevie Kehoe's motion for a new trial based on newly discovered evidence and prosecutorial misconduct by Daniel Lewis Lee (cdw) (Entered: 01/08/2002) |
| 01/23/2002 | 985 | | TRANSCRIPT (1 volume) of proceedings for the following date(s): Tuesday, 12/18/01 (hearing on motion for new trial before the Honorable G Thomas Eisele) (cdw) (Entered: 01/23/2002) |
| 02/11/2002 | 987 | | TRANSCRIPT (1 volume) excerpted testimony from proceedings held on 12/22/98: Ct. Rep. −− Carolyn Fant. (Hearing on Motion to Disqualify U.S. Atty [435−1] ) (mah) (Entered: 02/11/2002) |
| 02/13/2002 | | | DOCKET NOTE: 49 volumes of transcripts and 25 envelopes of in camera documents returned from Clerk USCA8 (dac) Modified on 04/24/2002 (Entered: 02/13/2002) |
| 02/19/2002 | 989 | | |

Appellate Case: 19-2432   Page: 48   Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | Opinion (8USCA) the order of the district court for a new penalty hearing as to Lee is reversed, and the sentence of death is reinstated. (dac) (Entered: 02/19/2002) |
| 02/19/2002 | 990 | | MANDATE from Circuit Court of Appeals reversing decision of the District Court [Appeal as to defendant Lee [942−1] (dac) (Entered: 02/19/2002) |
| 03/04/2002 | 992 | | NOTICE of sentencing hearing Monday, 05/13/02 at 11:00 a.m. as to Daniel Lewis Lee before Judge G. T. Eisele (cdw) (Entered: 03/04/2002) |
| 05/13/2002 | 995 | | ORDER by Judge G. T. Eisele denying defts Chevie Kehoe & Danny Lee's motion for new trial based on newly discovered evidence and prosecutorial misconduct [982−1], [955−1] (cc: all counsel and defendants) (cdw) (Entered: 05/13/2002) |
| 05/13/2002 | 996 | | JUDGMENT and Commitment by Judge G. T. Eisele issued to U.S. Marshal sentencing Daniel Lewis Lee (2) count(s) 1s, 2s, 3s−5s to DEATH on each of Counts 3s, 4s, and 5s; and LIFE imprisonment on Counts 1s and 2s to run concurrent with each other ; dismissing counts 6s, 7s on the motion of the govt as to Daniel Lewis Lee (cc: all counsel) (cdw) (Entered: 05/13/2002) |
| 05/13/2002 | 997 | | MINUTES: SENTENCE as to Daniel Lewis Lee held before Judge G. Thomas Eisele. Sentence imposed. Deft. remanded to custody of U. S. Marshal. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 05/13/2002) |
| 05/13/2002 | | | Docket Modification (Utility Event) the following motions were untermed due to the unsealing of various orders pursuant to the Order of 06/25/02, and thus are moot: motion for order to lift gag order [892−1], motion to suppress evidence [390−1], motion for review of disputed materials [343−1], motion to suppress evidence procured by prosecutorial promises [295−1], motion for hearing [278−2], motion to inspect information and evidence in aggravation [258−2], motion to compel government to protect/relocate witness or excuse witness [171−1], motion for order for the Court to retain jurisdiction [170−1], motion to sever [149−1], motion to dismiss case [149−2], motion to dismiss appointed counsel [121−1], motion for leave to proceed pro se [121−2], motion for severance [95−1] (cdw) (Entered: 06/27/2002) |
| 05/16/2002 | 998 | | NOTICE of Appeal to Circuit Court by defendant Daniel Lewis Lee, [996−6] (2 certified copies to Clerk USCA8 (cc: all counsel) (dac) (Entered: 05/16/2002) |
| 05/16/2002 | 999 | | MOTION for order to provide defendant with all transcripts requested by defendant at his sentencing hearing by Daniel Lewis Lee (dac) (Entered: 05/16/2002) |
| 05/17/2002 | 1000 | | RESPONSE by plaintiff USA to motion for order to provide defendant with all transcripts requested by defendant at his sentencing hearing [999−1] (dac) (Entered: 05/17/2002) |
| 05/23/2002 | 1001 | | ORDER by Judge G. T. Eisele granting motion for order to provide defendant with all transcripts requested by defendant at his sentencing hearing [999−1] Mr Lee's counsel−both his current counsel and any newly appointed counsel may provide him with copies of the transcripts of the trial testimony of FBI & ATF agents as well as copies of any other unsealed testimony. The Court emphasizes that Mr. Lee is responsible for paying the |

Appellate Case: 19-2432     Page: 49     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | costs associated with producing such transcripts (cc: all counsel and defendant) (dac) (Entered: 05/23/2002) |
| 06/04/2002 | | | DOCKETING LETTER: 8 USCA Number 02−2389 ; court reporter's transcripts due 6/25/02 ; clerk's record on appeal due 6/27/02 as to Daniel Lee (dac) (Entered: 06/04/2002) |
| 06/21/2002 | 1002 | | JUDGMENT and Commitment returned executed 5/30/02 , Daniel Lewis Lee (2) count(s) 3s−5s, 2s, 1s; defendant delivered to U. S. Penitentiary, Terre Haute, IN (dac) (Entered: 06/21/2002) |
| 06/25/2002 | 1003 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 5/13/02 sentencing of Daniel Lee ( [998−1] ) (dac) (Entered: 06/25/2002) |
| 06/25/2002 | 1004 | | ORDER by Judge G. T. Eisele granting in part and denying in part deft Chevie Kehoe's motion to unseal record [979−1]; the following documents shall be unsealed: document nos. 95, 113, 120−121, 149, 170−172, 191, 194, 207, 213, 238, 244, 246, 253, 263−264, 269, 273, 278−280, 282, 286−287, 290, 294−296, 300−301, 306, 308−311, 313, 316, 320−322, 325, 327, 329, 331−332, 339, 343, 346−348, 351, 354, 356, 374, 376, 388−393, 398, 400, 405−407, 414, 418, 420−421, 426, 436, 440, 445−446, 457−459, 501, 518, 523, 529, 540, 543−545, 549, 553−554, 557, 559−561, 564−566, 02/18/99 correspondence, 575, 580, 581, 02/23/99 correspondence, 588, 590, 592−596, 599, 602, 604−605, 608, 627−628, 633, 643, 646, 657, 662, 664−665, 671−672, 683, 04/05/99 correspondence, 732, 734, 736, 04/19/99 correspondence, 767, 796, 824−825, 827, 829, 831, 841−842, 847, 858−859, 861, 892, 898, 902, 947−949; all other documents will remain sealed until the resolution of the appeals at which time the Court will consider unsealing the remaining documents upon the filing of an appropriate motion (cc: all counsel and defendants) (cdw) Modified on 06/28/2002 (Entered: 06/26/2002) |
| 06/27/2002 | 1005 | | DESIGNATION for Record on Appeal by Daniel Lewis Lee (dac) (Entered: 06/28/2002) |
| 06/27/2002 | | | CERTIFICATE of Record 45 vols of jury trial transcripts transmitted to USCA re appeal of Daniel Lee [998−1] (dac) (Entered: 06/28/2002) |
| 07/01/2002 | 1006 | | NOTICE of filing a petition for writ of certiorari with the Supreme Court as to Daniel Lee, Supreme Court #01−10510 (dac) (Entered: 07/01/2002) |
| 07/16/2002 | 1007 | | CJA Form 30Cp4 (Appointment of Counsel) supplemental voucher #37211 appointing Cathleen Compton as to Daniel Lewis Lee (rkc) (Entered: 07/16/2002) |
| 07/24/2002 | | | CERTIFICATE of Clerk's Record; in camera document #806; transcripts of 5/19/99; 6/24/99; 6/29/99; 12/18/01; 5/13/02 transmitted to USCA re appeal of Daniel Lee [998−1] (dac) (Entered: 07/24/2002) |
| 07/30/2002 | 1008 | | CJA Form 20 (Attorney Payment Voucher #000613000013 D37210) by Daniel Lewis Lee (cdw) (Entered: 07/30/2002) |
| 09/24/2002 | 1011 | | ORDER by Judge G. T. Eisele directing that the Clerk's Minutes [413−1] of the 11/19/98 ex parte In Camera hearing on the government's motion for protective order be unsealed; directing that the transcript of the 11/19/98 telephone conference regarding the In Camera hearing be filed unsealed and |

| | | | |
|---|---|---|---|
| | | | furnished to deft Lee's counsel, Cheryl Pilate (cc: all counsel and defendants) (cdw) (Entered: 09/25/2002) |
| 09/24/2002 | 1012 | | TRANSCRIPT (1 volume) of proceedings for the following date: Thursday, 11/19/98 (telephone conference before the Honorable G Thomas Eisele) (filed unsealed pursuant to Order of 09/24/02) (cdw) (Entered: 09/25/2002) |
| 11/07/2002 | 1013 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 1/30/98 attorney conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1014 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 2/9/98 attorney conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1015 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 4/9/98 pretrial conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1016 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 6/3/98 telephone conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1017 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 10/13/98 pretrial conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1018 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 12/16/98 attorney conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1019 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 12/17/98 telephone conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1020 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 1/12/99 juror questionnaire ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1021 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 1/29/99 attorney conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1022 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 2/24/99 attorney conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1023 | | SEALED document: transcript of 2/9/98 in camera conference (dac) (Entered: 11/08/2002) |
| 11/07/2002 | 1024 | | SEALED document: transcript of 2/24/99 in camera conference (dac) (Entered: 11/08/2002) |
| 11/08/2002 | 1025 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 2/10/00 telephone conference ( [998−1] ) (dac) (Entered: 11/08/2002) |
| 11/12/2002 | 1026 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 5/11/01 ( [998−1] ) (dac) (Entered: 11/12/2002) |
| 11/12/2002 | | | CERTIFICATE of Record: 12 volumes transcripts and 2 volumes transcripts of 2/9/98 & 2/24/99 in camera proceedings transmitted to USCA re Lee appeal [998−1] (dac) (Entered: 11/12/2002) |
| 11/18/2002 | 1027 | | LETTER to court from Supreme Court, petition for a writ of certiorari is denied as to Daniel Louis Lee (dac) (Entered: 11/18/2002) |
| 11/20/2002 | | | DOCKET NOTE: sentencing transcript of Kehoe returned from USCA8 (dac) (Entered: 11/20/2002) |

Appellate Case: 19-2432     Page: 51     Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 01/22/2003 | 1028 | | Opinion (8USCA) as to appeal of Chevie Kehoe (dac) (Entered: 01/22/2003) |
| 01/22/2003 | 1029 | | MANDATE from Circuit Court of Appeals judgment is affirmed as to appeal of Chevie Kehoe (dac) (Entered: 01/22/2003) |
| 01/27/2003 | 1030 | | TRANSCRIPT ( 1 volume) of proceedings for the following date: 12/22/98 motions hearing ( [998−1] ) (dac) (Entered: 01/27/2003) |
| 01/27/2003 | | | CERTIFICATE of Record: transcript of 12/22/98 transmitted to USCA re appeal of Daniel Lee [998−1] (dac) (Entered: 01/27/2003) |
| 05/01/2003 | 1031 | | NOTICE of filing a petition for writ of certiorari with Supreme Court #02−10091 as to Chevie Kehoe (dac) (Entered: 05/01/2003) |
| 06/02/2003 | 1032 | | LETTER to court from Supreme Court, the petition for a writ of certiorari is denied as to Chevie Kehoe (dac) (Entered: 06/02/2003) |
| 10/15/2004 | | | DOCKET NOTE: 64 volumes of transcripts and sealed documents #806, 1023 & 1024; transcript #867 returned from USCA8 as to the appeal of Lee (dac) (Entered: 10/15/2004) |
| 11/30/2004 | 1048 | | RESPONSE by Chevie O'Brien Kehoe to pltf's motion for discovery [1043−1] (lej) (Entered: 11/30/2004) |
| 12/16/2004 | 1049 | | MINUTES: HEARING (Ph.Cf.) on Govt's. motion for discovery to be conducted in relation to defendant Chevie Kehoe's 2255 petition held before Judge G. T. Eisele. Craig Lambert and Patrick Benca appeared for defendant, Chevie Kehoe; Mark Hampton and Tom Sullivan appeared as defendant, Chevie Kehoe's former counsel; Dan Stripling appeared for government. Court finds that defendant/petitioner Chevie Kehoe waived the attorney−client privilege as to any communications in reference to specific ineffective assistance of counsel allegations. Court finds that former counsel may voluntarily meet with government's atty., or they may require the government to proceed formally. The Court further finds that a conflict of representation by atty. Patrick Benca exists and directs that he file a motion to withdraw forthwith. The Court grants the oral motion by atty. Lambert for appointment of co−counsel to replace Mr. Benca; further directs Mr. Lambert to notify the Court within ten days if successor is found; otherwise the Court will appoint someone. Court directs that Amended 2255 Petition be filed no later than 3/31/05; deadline for completion of discovery set for 7/1/05. (Ct. Rep. −− Elaine Hinson) (mah) (Entered: 12/16/2004) |
| 03/03/2005 | 1055 | | NOTICE of filing a petition for writ of certiorari with Supreme Court as to Daniel Lee, Supreme Court #04−8773 (dac) Modified on 03/04/2005 (Entered: 03/03/2005) |
| 07/08/2005 | 1070 | | TRANSCRIPT of Proceedings as to Chevie O'Brien Kehoe, Daniel Lewis Lee held on 4/7/99 before Judge G Thomas Eisele. Court Reporter: Power. FILED UNDER SEAL (dac ) (Entered: 07/08/2005) |
| 07/12/2005 | 1072 | | MANDATE of USCA (certified copy of opinion & judgmnet) as to Daniel Lewis Lee re 998 Notice of Appeal − Final Judgment of the district court is affirmed (dac ) (Entered: 07/13/2005) |
| 07/12/2005 | 1073 | | Letter from Supreme Court petition for writ of certiorari is denied as to Daniel Lee (dac, ) (Entered: 07/13/2005) |

Appellate Case: 19-2432    Page: 52    Date Filed: 07/08/2019 Entry ID: 4805655

| Date | No. | | Description |
|---|---|---|---|
| 08/17/2005 | 1078 | | MOTION to Appoint Counsel and Memorandum in Support by Daniel Lewis Lee. (jph, ) (Entered: 08/18/2005) |
| 08/26/2005 | 1079 | | ORDER granting 1078 Motion to Appoint Counsel David A. Ruhnke and Laurence E. Komp for Daniel Lewis Lee (2). Signed by Judge G. Thomas Eisele on 8/26/05. (jph, ) (Entered: 08/30/2005) |
| 08/30/2005 | 1080 | | Certificate of Mailing by the Clerk re 1079 Order on Motion to Appoint Counsel (jph, ) (Entered: 08/30/2005) |
| 08/30/2005 | 1081 | | Certificate of Mailing by the Clerk re 1079 Order on Motion to Appoint Counsel. Copies mailed to Atty: David Ruhnke and Larry Komp. (jph, ) (Entered: 08/30/2005) |
| 09/09/2005 | | | ***Clear Appeal Flag (dac ) (Entered: 09/09/2005) |
| 01/17/2006 | 1094 | | SEALED MOTION by Daniel Lewis Lee. (jph, ) (Entered: 01/17/2006) |
| 01/19/2006 | 1095 | | SEALED MOTION by Daniel Lewis Lee. (jph, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1096 | | SEALED ORDER (Hard copies sent to defense attorneys) (ade) Modified on 1/19/2006 to correct text(ade). (Entered: 01/19/2006) |
| 01/19/2006 | 1097 | | CJA 30 as to Daniel Lewis Lee: Appointment of Attorney Laurence E. Komp for Daniel Lewis Lee. Signed by Judge G. Thomas Eisele on 1/18/06. Signed Nunc Pro Tunc 8/26/05. (jph, ) (Modified entry on 5/8/2006 to correct text − incorrect event entered) (bfw). (Entered: 01/19/2006) |
| 01/19/2006 | 1098 | | CJA 30 as to Daniel Lewis Lee: Appointment of Attorney David A. Ruhnke for Daniel Lewis Lee. Signed by Judge G. Thomas Eisele on 1/18/06. Signed Nunc Pro Tunc 8/26/05 (jph) (Modified entry on 5/8/2006 to correct text − incorrect event entered) (bfw). (Entered: 01/19/2006) |
| 01/19/2006 | 1099 | | Sealed ORDER granting 1095 Sealed Motion as to Daniel Lewis Lee (2). Signed by Judge G. Thomas Eisele on 1/19/06. Hard Copies mailed to Defendant's Counsel (jph, ) (Entered: 01/23/2006) |
| 01/31/2006 | 1100 | | SEALED MOTION by Daniel Lewis Lee. (jph, ) (Entered: 01/31/2006) |
| 02/02/2006 | 1102 | | CJA 30: Appointment of Attorney (Sealed). Signed by Judge G. Thomas Eisele on 2/2/06. (jph, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1103 | | SEALED ORDER as to Daniel Lewis Lee (2). Signed by Judge G. Thomas Eisele on 2/3/06. (jph, ) (Entered: 02/03/2006) |
| 04/21/2006 | | | Staff Note: CJA 30 voucher no. 06012700003−2 for $21,799.23 paid to David Ruhnke for work from 1/1/06 to 3/31/06 on behalf of Daniel Lewis Lee. (mar) (Entered: 04/28/2006) |
| 05/08/2006 | | | NOTICE OF DOCKET CORRECTION: 1097 CJA 20 − Appointment; 1098 CJA 20 − Appointment − (modified entries to correct text; incorrect event entered) (bfw) (Entered: 05/08/2006) |
| 05/23/2006 | 1112 | | SEALED MOTION (lmr, ) (Entered: 05/23/2006) |
| 05/24/2006 | 1113 | | SEALED ORDER granting 1112 SEALED MOTION. Signed by Judge G. Thomas Eisele on 5/24/2006. (lmr, ) (Entered: 05/25/2006) |

| | | | |
|---|---|---|---|
| 05/24/2006 | | | Staff Note: CJA Voucher NO. 06030300023−2 for $22,726.87 paid to Laurence Komp for work from 1/1/06 to 4/30/06 on behalf of Daniel Lewis Lee habeas petition. (mar) (Entered: 05/26/2006) |
| 05/24/2006 | | | ***Motions terminated as to Daniel Lewis Lee: 1112 SEALED MOTION, pursuant to order 1113 (lmr, ) (Entered: 05/26/2006) |
| 05/25/2006 | 1114 | | CERTIFICATE OF MAILING by the Clerk re 1113 Order (lmr, ) (Entered: 05/25/2006) |
| 06/06/2006 | 1116 | | SEALED MOTION. (lmr, ) (Entered: 06/06/2006) |
| 06/12/2006 | 1117 | | SEALED ORDER as to 1116 SEALED MOTION . Signed by Judge G. Thomas Eisele on 6/12/2006. (lmr, ) Modified on 6/12/2006 to add descriptor, Sealed (lmr). (Entered: 06/12/2006) |
| 06/26/2006 | 1118 | | MOTION to Set Aside Judgment by Daniel Lewis Lee. (Attachments: # 1 Affidavit of Movant)(Ruhnke, David) (Entered: 06/26/2006) |
| 06/29/2006 | | | ***Motions terminated as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace, Kirby Keith Kehoe: 1112 SEALED MOTION moot due to 1113 , 1116 SEALED MOTION moot due to 1117 . (cjw, ) (Entered: 06/29/2006) |
| 07/14/2006 | | | Staff Note: CJA 20 voucher no. 05ARE600627 for $5,004.00 paid to Patrick Benca for work from 4/15/04 to 12/20/04 on behalf of Daniel Lewis Lee (mar) (Entered: 08/04/2006) |
| 08/07/2006 | | | Staff Note: CJA 30 voucher no. 0601270003−3 for $18,600.30 paid to David Ruhnke for work from 4/1/06 to 6/30/06 on behalf of Daniel Lewis Lee (mar ) (Entered: 08/18/2006) |
| 09/26/2006 | 1119 | | ORDER directing the government to file a response by November 17, 2006 re 1118 MOTION to Set Aside Judgment filed by Daniel Lewis Lee. Signed by Judge G. Thomas Eisele on 9/26/2006. (lmr, ) (Entered: 09/26/2006) |
| 10/26/2006 | 1120 | | MOTION for Order by United States of America as to Daniel Lewis Lee. (Stripling, Clarence) (Entered: 10/26/2006) |
| 10/26/2006 | 1121 | | ORDER granting 1120 Motion for Order as to Daniel Lewis Lee (2). Signed by Judge G. Thomas Eisele on 10/26/2006. (lmr) (Entered: 10/26/2006) |
| 11/13/2006 | 1122 | | MOTION for Extension of Time to File Response/Reply as to 1118 MOTION to Set Aside Judgment *2255 motion* by United States of America as to Daniel Lewis Lee. (Stripling, Clarence) (Entered: 11/13/2006) |
| 11/16/2006 | 1123 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER as to Daniel Lewis Lee GRANTING 1122 MOTION for Extension of Time to File Response/Reply as to 1118 MOTION to Set Aside Judgment *2255 motion* filed by United States of America. USA has up to and including 12/8/06 . Signed by Judge G. Thomas Eisele on 11/16/06. (cjw, ) (Entered: 11/16/2006) |
| 11/20/2006 | 1124 | | NOTICE of Change of Address by Laurence E. Komp (Komp, Laurence) (Entered: 11/20/2006) |
| 12/06/2006 | 1126 | | |

July 5 2019 p54
Appellate Case: 19-2432    Page: 54    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | RESPONSE to Motion by United States of America as to Daniel Lewis Lee re 1118 MOTION to Set Aside Judgment (Attachments: # 1 # 2 # 3 # 4 # 5)(Stripling, Clarence) (Entered: 12/06/2006) |
| 12/15/2006 | 1127 | | Consent MOTION to Extend Time *and set date for reply* by Daniel Lewis Lee. (Ruhnke, David) (Entered: 12/15/2006) |
| 12/18/2006 | 1128 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER as to Daniel Lewis Lee GRANTING 1127 Consent MOTION to Extend Time *and set date for reply* to the response to the Motion to vacate filed by Daniel Lewis Lee. Movant has up to and including March 19, 2007 . Signed by Judge G. Thomas Eisele on 12/18/06. (cjw, ) (Entered: 12/18/2006) |
| 12/18/2006 | 1129 | | CERTIFICATE OF MAILING by the Clerk re 1128 Order, Terminate Motions, (cjw, ) (Entered: 12/18/2006) |
| 03/13/2007 | 1130 | | Consent MOTION for Extension of Time to File Response/Reply as to 1126 Response to Motion *Up to and Including April 2, 2007* by Daniel Lewis Lee (Komp, Laurence) (Entered: 03/13/2007) |
| 03/19/2007 | 1131 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER as to Daniel Lewis Lee GRANTING 1130 Consent MOTION for Extension of Time to File Response/Reply as to 1126 Response to Motion *Up to and Including April 2, 2007* filed by Daniel Lewis Lee. Signed by Judge G. Thomas Eisele on 3/19/07. (cjw) (Entered: 03/19/2007) |
| 03/29/2007 | 1132 | | Consent MOTION for Extension of Time to File Response/Reply as to 1126 Response to Motion *Up to and Including April 9, 2007* by Daniel Lewis Lee (Komp, Laurence) (Entered: 03/29/2007) |
| 03/30/2007 | 1133 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER GRANTING RE 1132 Consent MOTION for Extension of Time to File Response/Reply as to 1126 Response to Motion *Up to and Including April 9, 2007* filed by Daniel Lewis Lee. Signed by Judge G. Thomas Eisele on 3/30/07. (cjw) (Entered: 03/30/2007) |
| 04/09/2007 | 1134 | | REPLY TO RESPONSE to Motion by Daniel Lewis Lee re 1118 MOTION to Set Aside Judgment (Komp, Laurence) (Entered: 04/09/2007) |
| 04/10/2007 | 1135 | | APPENDIX TO BRIEF 1134 by Daniel Lewis Lee; Compact Disk of verdict sheets in federal capital cases, referred to in Footnote 22 of Defendant's Brief. (lmr) (Entered: 04/10/2007) |
| 06/11/2007 | 1136 | | SEALED MOTION. (lmr) (Entered: 06/11/2007) |
| 06/11/2007 | 1137 | | SEALED ORDER. Signed by Judge G. Thomas Eisele on 6/11/2007. (lmr) (Entered: 06/11/2007) |
| 06/12/2007 | 1138 | | RESPONSE in Support by Daniel Lewis Lee re 1118 MOTION to Set Aside Judgment *, supplemental submisssion re mtDNA results* (Attachments: # 1 Attachment A − mtDNA report)(Ruhnke, David) (Entered: 06/12/2007) |
| 07/18/2007 | 1139 | | BRIEF in Support by Daniel Lewis Lee re 1118 MOTION to Set Aside Judgment *Related to DNA Exclusion* (Komp, Laurence) (Entered: 07/18/2007) |

| | | | |
|---|---|---|---|
| 08/01/2007 | 1140 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER GRANTING oral motion by the Government for extension of time to file a supplemental reply to the supplement filed by Petitioner Lee Doc.# 1138 as to Daniel Lewis Lee. The Government has up to and including August 14, 2007 to file its supplemental reply. Signed by Judge G. Thomas Eisele on 8/1/07. (cjw) (Entered: 08/01/2007) |
| 08/14/2007 | 1141 | | MOTION for Extension of Time to File Response/Reply *to Petitioner's Supplement* by United States of America as to Daniel Lewis Lee (Stripling, Clarence) (Entered: 08/14/2007) |
| 08/15/2007 | 1142 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting 1141 Motion for Extension of Time to File Response/Reply as to Daniel Lewis Lee. The Government has up to and including August 21, 2007, to file its supplemental reply in response to petitioner Lee's supplement. Signed by Judge G. Thomas Eisele on 8/15/07.(sgm) (Entered: 08/15/2007) |
| 08/21/2007 | 1144 | | BRIEF in Opposition by United States of America as to Daniel Lewis Lee re 1118 MOTION to Set Aside Judgment − *United States' Supplemental Memorandum in Opposition to Motion Pursuant to 28 U.S.C.§ 2255 to Vacate Conviction and Sentence* (Attachments: # 1 Exhibit Exhibit B# 2 Exhibit Exhibit C# 3 Exhibit Exhibit D# 4 Exhibit Exhibit E)(Stripling, Clarence) (Entered: 08/21/2007) |
| 08/29/2007 | 1145 | | Government's Supplement to Its Supplemental Memorandum 1144 in Opposition to Motion Pursuant to 28 USC 2255 to Vacate Conviction and Sentence.(lmr) (Entered: 08/29/2007) |
| 09/04/2007 | 1146 | | Unopposed MOTION for Extension of Time to File Response/Reply *to United States' Reply and Additional Authority* by Daniel Lewis Lee (Komp, Laurence) (Entered: 09/04/2007) |
| 09/05/2007 | 1147 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting 1146 Motion for Extension of Time to File Response/Reply as to Daniel Lewis Lee. Mr. Lee shall have until September 24, 2007, to file a reply to the United States' response regarding the mtDNA. Signed by Judge G. Thomas Eisele on 9/5/2007. (ere) (Entered: 09/05/2007) |
| 09/24/2007 | 1149 | | MOTION for Extension of Time to File Response/Reply *(Agreed Upon By Government)* by Daniel Lewis Lee (Komp, Laurence) (Entered: 09/24/2007) |
| 09/25/2007 | 1150 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 1149 Motion for Extension of Time to File Response/Reply as to Daniel Lewis Lee (2). Movant Lee shall have until October 8, 2007, to file a reply to the USA's response regarding the mtDNA. Signed by Judge G. Thomas Eisele on 9/25/2007. (ere) (Entered: 09/25/2007) |
| 10/08/2007 | 1151 | | BRIEF in Support by Daniel Lewis Lee re 1118 MOTION to Set Aside Judgment *(Reply in Support of mtDNA Supplemental Memorandum)* (Attachments: # 1 Affidavit # 2 Exhibit Wraxall C.V.)(Komp, Laurence) (Entered: 10/08/2007) |
| 11/01/2007 | 1152 | | Unopposed MOTION for Hearing *re status conference* by Daniel Lewis Lee (Ruhnke, David) (Entered: 11/01/2007) |

Appellate Case: 19-2432    Page: 56    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 02/29/2008 | 1153 | | ORDER denying 1152 Motion for Hearing (Status Conference) as to Daniel Lewis Lee (2). Signed by Judge G. Thomas Eisele on 2/29/2008. (lmr) (Entered: 02/29/2008) |
| 05/15/2008 | 1154 | | ORDER as to Chevie O'Brien Kehoe and Daniel Lewis Lee re pending 28 USC 2255 motions, and directing Petitioners to respond to this order no later than June 2, 2008. Signed by Judge G. Thomas Eisele on 5/15/2008. (lmr) (Entered: 05/15/2008) |
| 05/22/2008 | 1156 | | ORDER as to Daniel Lewis Lee re 1118 MOTION to Vacate (2255) filed by Daniel Lewis Lee. Signed by Judge G. Thomas Eisele on 5/22/2008. (lmr) (Entered: 05/22/2008) |
| 06/02/2008 | 1157 | | RESPONSE re 1154 May 15, 2008 Order, by Chevie O'Brien Kehoe (Attachments: # 1 Document Transcript: Gloria Louise Kehoe 3/31/1998) NOTE: Original certified transcript on file in Clerk's Office.(lmr) (Entered: 06/02/2008) |
| 06/02/2008 | 1158 | | NOTICE *of Filing of Transcript of Gloria Kehoe 3/31/98 Interview* by Daniel Lewis Lee re 1154 Order (Attachments: # 1 Exhibit Transcript of 3/21/98 Gloria Kenoe Interview)(Komp, Laurence) (Entered: 06/02/2008) |
| 06/09/2008 | 1160 | | RESPONSE re 1157 Response (Non Motion) − *Reply to Petitioner's Response to the Court's Order of May 15, 2008 (doc. 1154)* by United States of America (Stripling, Clarence) (Entered: 06/09/2008) |
| 06/20/2008 | 1161 | | MEMORANDUM re 1118 Motion to Set Aside Judgment, by Daniel Lewis Lee (Komp, Laurence) (Entered: 06/20/2008) |
| 08/28/2008 | 1163 | | ORDER denying 1118 Motion to Vacate (2255) as to Daniel Lewis Lee (2). Signed by Judge G. Thomas Eisele on 8/28/08. (cby) (Entered: 08/28/2008) |
| 09/18/2008 | 1165 | | MOTION to Amend/Correct *pursuant to F.R.Civ.P. 59* by Daniel Lewis Lee (Attachments: # 1 Affidavit Clark, # 2 Affidavit McNally, # 3 Affidavit Ryan, # 4 Exhibit Ryan ethics complaint, # 5 Affidavit Edens, # 6 Affidavit US v. Haynes, # 7 Affidavit Stetler)(Ruhnke, David) (Entered: 09/18/2008) |
| 09/22/2008 | 1166 | | MOTION for Extension of Time to File Response/Reply as to 1164 MOTION to Amend/Correct, 1165 MOTION to Amend/Correct *pursuant to F.R.Civ.P. 59* by United States of America as to Chevie O'Brien Kehoe, Daniel Lewis Lee (Stripling, Clarence) Modified on 10/27/2008 to correct docket text (lmr). (Entered: 09/22/2008) |
| 09/23/2008 | 1167 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting Government's Motion for Extension of Time to File Response/Reply 1166 as to Motions to Correct or Amend Judgment filed by Chevie O'Brien Kehoe(1) and Daniel Lewis Lee(2). Responses to both motions are due on October 20, 2008. Signed by Judge G. Thomas Eisele on 9/23/2008. (ere) (Entered: 09/23/2008) |
| 10/08/2008 | 1168 | | BRIEF in Support by Daniel Lewis Lee re 1165 MOTION to Amend/Correct *pursuant to F.R.Civ.P. 59*. (cby) (Entered: 10/08/2008) |
| 10/20/2008 | 1170 | | RESPONSE in Opposition by United States of America as to Daniel Lewis Lee re 1165 MOTION to Amend/Correct *pursuant to F.R.Civ.P. 59* (Stripling, Clarence) (Entered: 10/20/2008) |

Appellate Case: 19-2432    Page: 57    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 10/21/2008 | 1171 | | LETTER ORDER as to Daniel Lewis Lee re 1168 Brief in Support of Motion. Signed by Judge G. Thomas Eisele on 10/21/08. (cby) (Entered: 10/21/2008) |
| 10/25/2008 | 1172 | | REPLY TO RESPONSE to Motion by Daniel Lewis Lee re 1165 MOTION to Amend/Correct *pursuant to F.R.Civ.P. 59* (Ruhnke, David) Modified on 10/27/2008 to correct docket text as to party and correct linkage to motion. (lmr). (Entered: 10/25/2008) |
| 10/27/2008 | 1173 | | NOTICE OF APPEAL by Daniel Lewis Lee re: 1163 Order (Attachments: # 1 Memorandum re protective notice of appeal)(Ruhnke, David) (Docket entry modified on 10/27/2008 to establish linkage.) (thd) (Entered: 10/27/2008) |
| 10/27/2008 | | | NOTICE OF DOCKET CORRECTION 1172 Reply to Response, filed by Daniel Lewis Lee (2). CORRECTION: Docket entry modified on 10/27/2008 to correct docket text as to party and create linkage to correct motion 1165 . (lmr) (Entered: 10/27/2008) |
| 10/27/2008 | | | NOTICE OF DOCKET CORRECTION re: 1173 Notice of Appeal − Final Judgment. CORRECTION: The docket entry was modified to establish linkage to 1163 Order. (thd) (Entered: 10/27/2008) |
| 11/11/2008 | 1174 | | MOTION SUPPLEMENT THE RECORD WITH THE MATERIALS FILED WITH THE COURT IN RESPONSE TO THE OCTOBER 21, 2008 LETTER ORDER re 1171 Order by Daniel Lewis Lee (Komp, Laurence) (Entered: 11/11/2008) |
| 11/17/2008 | 1175 | | ORDER granting 1174 Motion as to Daniel Lewis Lee (2). Signed by Judge G. Thomas Eisele on 11/17/08. (cby) (Entered: 11/18/2008) |
| 11/17/2008 | 1176 | | RESPONSE to Letter Order by USA as to Daniel Lewis Lee. (cby) (Entered: 11/18/2008) |
| 11/17/2008 | 1177 | | Sealed Document. (cby) (Entered: 11/18/2008) |
| 12/15/2008 | 1178 | | AFFIDAVIT in Support of Motion for Reconsideration by Daniel Lewis Lee. (cby) (Entered: 12/15/2008) |
| 12/17/2008 | 1179 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER directing the Government to respond to Lee's Affidavit in Support of Motion [Doc. 1178] not later than January 6, 2009. Signed by Judge G. Thomas Eisele on 12/17/08. (cjw) (Entered: 12/17/2008) |
| 01/05/2009 | 1181 | | RESPONSE re 1178 affidavit in Support of Motion − *Government's Response to Sworn Statement/Declaration of Daniel Louis Lee in Support of Movant's Motion for Reconsideration* by United States of America (Attachments: # 1 Exhibit Motion to Alter or Amend Judgment, Or, In The Alternative, For Relief From Judgment)(Stripling, Clarence) (Entered: 01/05/2009) |
| 02/03/2009 | 1182 | | NOTICE *of Additional Authority in Support of Rule 59 Motion* by Daniel Lewis Lee (Attachments: # 1 Exhibit Nelson Opinion)(Komp, Laurence) (Entered: 02/03/2009) |
| 12/22/2010 | 1189 | | ORDER denying 1165 Motion to Amend/Correct pursuant to F.R.Civ.P. 59 as to Daniel Lewis Lee (2). Signed by Judge G. Thomas Eisele on |

July 5 2019 p58

Appellate Case: 19-2432    Page: 58    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | 12/22/2010. (cby) (Entered: 12/22/2010) |
| 01/13/2011 | 1192 | | SEALED ORDER. Signed by Judge G. Thomas Eisele on 1/13/2011. (cby) (Entered: 01/14/2011) |
| 01/14/2011 | 1191 | | SEALED MOTION.(cby) (Entered: 01/14/2011) |
| 02/09/2011 | 1194 | | MOTION for Certificate of Appealability *(reconsideration of denial)* by Daniel Lewis Lee (Ruhnke, David) (Entered: 02/09/2011) |
| 02/14/2011 | 1195 | | NOTICE OF APPEAL by Daniel Lewis Lee re 1163 Order and 1189 Order. (Ruhnke, David) (Docket entry modified on 2/15/2011 to establish linkage.)(thd) (Entered: 02/14/2011) |
| 02/15/2011 | | | NOTICE OF DOCKET CORRECTION re: 1195 Notice of Appeal by Daniel Lewis Lee. CORRECTION: The docket entry was modified to establish linkage to 1163 Order and 1189 Order. (thd) (Entered: 02/15/2011) |
| 02/16/2011 | 1198 | | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to 1173 1195 Notice of Appeal − Final Judgment filed by Daniel Lewis Lee 1189 Order on Motion to Amend 1163 Order on Motion to Set Aside Judgment. (dac) (Entered: 02/16/2011) |
| 02/17/2011 | 1199 | | USCA Docket Letter as to 1173 1195 Notice of Appeal − Final Judgment filed by Daniel Lewis Lee. USCA Case Number 11−1380 (dac) (Entered: 02/17/2011) |
| 02/17/2011 | 1200 | | ORDER of USCA Clerk of the United States District Court is requested to forward to this Court any portions of the original record which are not available in an electronic format as to Daniel Lewis Lee re 1173 1195 Notice of Appeal − Final Judgment (dac) (Entered: 02/17/2011) |
| 03/01/2011 | 1203 | | ORDER of USCA Appellant's motion to hold this case in abeyance pending a ruling by the district court on a motion for reconsideration is granted as to Daniel Lewis Lee re 1195 Notice of Appeal − Final Judgment (dac) (Entered: 03/01/2011) |
| 03/09/2011 | 1204 | | ORDER granting in part and denying in part 1194 Motion for Reconsideration of Denial of a Certificate of Appealability as to Daniel Lewis Lee (2; A Certificate of Appealability is granted soley as to the issue of whether the death penalty is being unconstitutionally applied. Signed by Judge G. Thomas Eisele on 3/9/11. (dac) (Entered: 03/09/2011) |
| 03/10/2011 | 1205 | | ORDER of USCA Appellant is granted 60 days to file a motion to expand the certificate of appealability as to Daniel Lewis Lee re 1173 1195 Notice of Appeal − Final Judgment (dac) (Entered: 03/10/2011) |
| 05/16/2012 | 1212 | | ORDER REASSIGNING CASE to Chief Judge J. Leon Holmes for all further proceedings. (bfw) (Entered: 05/16/2012) |
| 05/17/2012 | 1213 | | ORDER granting 1211 Motion to Substitute Attorney. Linda Lipe is substituted for Daniel Stripling as to Chevie O'Brien Kehoe (1). Signed by Chief Judge J. Leon Holmes on 5/17/2012. (cby) (Entered: 05/17/2012) |
| 04/29/2013 | 1224 | | OPINION of USCA as to Daniel Lewis Lee re 1195 Notice of Appeal. (mcz) (Entered: 04/29/2013) |

Appellate Case: 19-2432    Page: 59    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 04/29/2013 | 1225 | | JUDGMENT of USCA: The judgment of the district court in this cause is affirmed in accordance with the opinion of this Court as to Daniel Lewis Lee re 1195 Notice of Appeal. (mcz) (Entered: 04/29/2013) |
| 09/27/2013 | 1228 | | NOTICE OF ATTORNEY APPEARANCE: Karl Schwartz appearing for Daniel Lewis Lee. (fcd) (Entered: 09/27/2013) |
| 09/27/2013 | 1229 | | NOTICE OF ATTORNEY APPEARANCE: Jennifer A. Merrigan appearing for Daniel Lewis Lee. (fcd) (Entered: 09/27/2013) |
| 09/27/2013 | 1230 | | Movant's MOTION for Relief from Judgment or Order re 1189 Order on Motion to Amend/Correct by Daniel Lewis Lee. (also re: 3 Judgment of 9/4/2008 in Civil case 4:06−cv−1608−GTE). (fcd) (Entered: 09/30/2013) |
| 09/27/2013 | 1231 | | MOTION for Indicative Ruling by Daniel Lewis Lee. (fcd) (Entered: 09/30/2013) |
| 09/30/2013 | 1232 | | ORDER re 1231 MOTION for Indicative Ruling filed by Daniel Lewis Lee. The United States is directed to respond on or before 10/14/2013. Signed by Judge J. Leon Holmes on 9/30/2013. (fcd) (Entered: 09/30/2013) |
| 10/09/2013 | 1233 | | MOTION for Extension of Time to File Response/Reply by United States of America as to Daniel Lewis Lee (Lipe, Linda) (Entered: 10/09/2013) |
| 10/10/2013 | 1234 | | ORDER granting 1233 Motion for Extension of Time to File Response/Reply as to Daniel Lewis Lee (2). Signed by Judge J. Leon Holmes on 10/10/2013. (fcd) (Entered: 10/10/2013) |
| 10/30/2013 | 1235 | | NOTICE OF ATTORNEY APPEARANCE John M. Pellettieri appearing for USA. (cby) (Entered: 10/30/2013) |
| 11/15/2013 | 1236 | | RESPONSE to Motion by United States of America as to Daniel Lewis Lee re 1231 MOTION for Order (Pellettieri, John) (Entered: 11/15/2013) |
| 11/18/2013 | 1237 | | MOTION for Extension of Time to File Response/Reply by Daniel Lewis Lee (Merrigan, Jennifer) (Entered: 11/18/2013) |
| 11/19/2013 | 1238 | | ORDER granting 1237 Motion for Extension of Time to File Response/Reply as to Daniel Lewis Lee (2). Signed by Judge J. Leon Holmes on 11/19/2013. (fcd) (Entered: 11/19/2013) |
| 12/06/2013 | 1239 | | REPLY TO RESPONSE to Motion by Daniel Lewis Lee re 1231 MOTION for Order *for Indicative Ruling* (Schwartz, Karl) (Entered: 12/06/2013) |
| 01/06/2014 | 1240 | | NOTICE OF HEARING in case as to Daniel Lewis Lee on 1231 MOTION for Order, 1230 MOTION re 1189 Order on Motion to Amend/Correct: Oral Argument on motions set for Friday, 1/31/2014 at 9:30 AM in Little Rock, Courtroom #4D before Judge J. Leon Holmes (cdw) (Entered: 01/06/2014) |
| 01/08/2014 | 1241 | | ORDER of USCA as to Daniel Lewis Lee re 1173 , 1195 Notices of Appeal. The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied. (fcd) (Entered: 01/08/2014) |
| 01/15/2014 | 1243 | | MANDATE of USCA in accordance with the Opinion and Judgment of 4/29/2013 as to Daniel Lewis Lee re 1195 Notice of Appeal. (fcd) (Entered: 01/15/2014) |

| | | | |
|---|---|---|---|
| 01/31/2014 | 1244 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge J. Leon Holmes: ORAL ARGUMENT re defendant Lee's 1230 MOTION re 1189 Order on Motion to Amend/Correct, 1231 MOTION for Order as to Daniel Lewis Lee held on Friday, 1/31/2014; John Pellettieri present for government; Karl Schwartz, Jennifer Merrigan present for defendant Lee; following argument from counsel, Court takes matter under advisement. (Court Reporter G. Power) (cdw) (Entered: 01/31/2014) |
| 02/06/2014 | 1245 | | NOTICE *of Agreement to Supplemental Letter* by Daniel Lewis Lee (Attachments: # 1 Document Certification)(Schwartz, Karl) (Entered: 02/06/2014) |
| 02/13/2014 | 1246 | | BRIEF in Support by Daniel Lewis Lee re 1230 MOTION re 1189 Order on Motion to Amend/Correct *Letter Brief* (Attachments: # 1 Certificate of Service)(Schwartz, Karl) (Entered: 02/13/2014) |
| 03/06/2014 | 1247 | | RESPONSE in Opposition by United States of America as to Daniel Lewis Lee re 1230 MOTION re 1189 Order on Motion to Amend/Correct *Response to Letter Brief 1246* (Pellettieri, John) (Entered: 03/06/2014) |
| 03/17/2014 | 1248 | | REPLY TO RESPONSE to Motion by Daniel Lewis Lee re 1230 MOTION re 1189 Order on Motion to Amend/Correct *in reply to gov't's 3/6/14 letter.* (Attachments: # 1 Exhibit Certification)(Schwartz, Karl) (Entered: 03/17/2014) |
| 03/18/2014 | 1249 | | MEMORANDUM OPINION as to Daniel Lewis Lee. Signed by Judge J. Leon Holmes on 3/18/2014. (kbc) (Entered: 03/18/2014) |
| 03/18/2014 | 1250 | | JUDGMENT denying 1230 Movant's MOTION for Relief from Judgment or Order re 1189 Order on Motion to Amend/Correct and denying 1231 Motion for Indicative Ruling as to Daniel Lewis Lee. Signed by Judge J. Leon Holmes on 3/18/2014. (kbc) (Entered: 03/18/2014) |
| 04/15/2014 | 1251 | | MOTION for Reconsideration re 1249 Memorandum Opinion, 1250 Order on Motion for Miscellaneous Relief, Order on Motion for Order by Daniel Lewis Lee (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Schwartz, Karl) (Entered: 04/15/2014) |
| 04/16/2014 | 1252 | | ORDER denying 1251 Motion for Reconsideration as to Daniel Lewis Lee. Signed by Judge J. Leon Holmes on 4/16/2014. (kbc) (Entered: 04/16/2014) |
| 05/02/2014 | 1253 | | MOTION to Appoint Counsel *(i.e., co−counsel)* by Daniel Lewis Lee (Attachments: # 1 Exhibit 1 − Proposed Order, # 2 Exhibit 2 − Cert. of Service)(Schwartz, Karl) (Entered: 05/02/2014) |
| 05/05/2014 | 1254 | | ORDER granting 1253 MOTION to Appoint Counsel *(i.e., co−counsel)* filed by Daniel Lewis Lee. Morris H. Moon appointed as co−counsel pursuant to 18 U.S.C. § 3599(a)(2) to assist with defendants post−conviction representation. Signed by Judge J. Leon Holmes on 5/5/2014. (fcd) (Entered: 05/05/2014) |
| 05/20/2014 | 1257 | | Letter from USCA Clerk: Notice of certiorari filed in the Supreme Court as case No. 13−10085. (fcd) (Entered: 05/20/2014) |
| 06/10/2014 | 1258 | | |

| | | | |
|---|---|---|---|
| | | | Unopposed MOTION for Extension of Time to File *Mr. Lee's Notice of Appeal and Request for Certificate of Appealability* by Daniel Lewis Lee (Attachments: # 1 Document Proposed Order)(Schwartz, Karl) (Entered: 06/10/2014) |
| 06/11/2014 | 1259 | | ORDER granting 1258 Motion for Extension of Time to File a Notice of Appeal as to Daniel Lewis Lee. Signed by Judge J. Leon Holmes on 6/11/2014. (kbc) (Entered: 06/11/2014) |
| 07/14/2014 | 1261 | | MOTION for Certificate of Appealability by Daniel Lewis Lee (Attachments: # 1 Proposed Order)(Moon, Morris) (Entered: 07/14/2014) |
| 07/14/2014 | 1262 | | NOTICE OF APPEAL by Daniel Lewis Lee re 1249 Memorandum Opinion, 1252 Order on Motion for Reconsideration, 1250 Order on Motion for Miscellaneous Relief, Order on Motion for Order (Moon, Morris) (Entered: 07/14/2014) |
| 08/01/2014 | 1263 | | ORDER granting 1261 Motion for Certificate of Appealability as to Daniel Lewis Lee (2). Signed by Judge J. Leon Holmes on 8/1/2014. (fcd) (Entered: 08/01/2014) |
| 08/01/2014 | 1264 | | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to Daniel Lewis Lee re 1262 Notice of Appeal, 1249 Memorandum Opinion, 1252 Order on Motion for Reconsideration, 1250 Order on Motions. NOTIFICATION TO COUNSEL: REQUEST FOR TRANSCRIPTS SHOULD BE FILED WITH THE DISTRICT COURT CLERK. (fcd) (Entered: 08/01/2014) |
| 08/07/2014 | 1265 | | USCA Docket Letter and Briefing Schedule as to 1262 Notice of Appeal filed by Daniel Lewis Lee. USCA Case Number 14−2853. (fcd) (Entered: 08/07/2014) |
| 08/26/2014 | 1266 | | MOTION for Order *to Produce Transcripts* by Daniel Lewis Lee (Attachments: # 1 Document Proposed Order)(Schwartz, Karl) (Entered: 08/26/2014) |
| 09/02/2014 | 1267 | | TRANSCRIPT of Oral Argument as to Daniel Lewis Lee filed for the date of January 31, 2014, before Judge J. Leon Holmes, re 1262 Notice of Appeal. Court Reporter − Eugenie M. Power. Transcript may be viewed only at the public terminals in the Clerk's office. Copies of transcript are only available through the Official Court Reporter before the deadline for Release of Transcript Restriction. Notice of Intent to Request Redaction due 9/12/2014. Redaction Request due 9/23/2014. Redacted Transcript Deadline set for 10/3/2014. Release of Transcript Restriction set for 12/1/2014. (mcz) (Entered: 09/02/2014) |
| 09/03/2014 | 1268 | | Transmitted Record on Appeal as to Daniel Lewis Lee to US Court of Appeals re 1262 Notice of Appeal: Copy of 1267 Transcript of Oral Argument. (fcd) (Entered: 09/03/2014) |
| 09/24/2014 | 1269 | | SEALED MOTION.(cby) (Entered: 09/24/2014) |
| 09/24/2014 | 1270 | | SEALED ORDER. Signed by Judge J. Leon Holmes on 9/24/2014. (cby) (Entered: 09/25/2014) |
| 11/03/2014 | 1272 | | Letter from USCA Clerk: United States Supreme Court order filed denying certiorari in the above case. (fcd) (Entered: 11/03/2014) |

Appellate Case: 19-2432    Page: 62    Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| 11/06/2014 | 1273 | | ORDER granting 1266 Motion for Order to Produce Transcripts as to Daniel Lewis Lee (2). Signed by Judge J. Leon Holmes on 11/6/2014. (fcd) (Entered: 11/06/2014) |
| 07/13/2015 | 1276 | | OPINION of USCA as to Daniel Lewis Lee re 1262 Notice of Appeal. (fcd) (Entered: 07/13/2015) |
| 07/13/2015 | 1277 | | JUDGMENT of USCA as to Daniel Lewis Lee re 1262 Notice of Appeal. The judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. (fcd) (Entered: 07/13/2015) |
| 12/14/2015 | 1291 | | Corrected OPINION of USCA as to Daniel Lewis Lee re 1262 Notice of Appeal. (fcd) (Entered: 12/14/2015) |
| 12/14/2015 | 1292 | | ORDER of USCA as to Daniel Lewis Lee re 1262 Notice of Appeal. The petition for rehearing by the panel is denied. Judge Kelly dissents from the denial of the petition for rehearing by the panel. (fcd) (Entered: 12/14/2015) |
| 12/23/2015 | 1293 | | MANDATE of USCA in accordance with the judgment of 7/13/2015 and the opinion of 12/14/2015 as to Daniel Lewis Lee re 1262 Notice of Appeal. (fcd) (Entered: 12/23/2015) |
| 05/03/2016 | 1295 | | Letter from USCA Clerk: petition for a writ of certiorari filed in the Supreme Court as No. 15−8942. (fcd) (Entered: 05/03/2016) |
| 04/26/2017 | 1296 | | Letter from USCA Clerk: Supreme Court order filed denying certiorari in this case. (fcd) (Entered: 04/26/2017) |
| 09/10/2018 | 1297 | | MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 *or Alternatively Relief Pursuant to Fed. R. Civ. P. Rule 60* by Daniel Lewis Lee (Attachments: # 1 Document Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T)(Moon, Morris) Civil case 4:18−cv−00649−JLH opened. (Entered: 09/10/2018) |
| 09/12/2018 | 1298 | | ORDER directing the United States to respond to 1297 MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 *or Alternatively Relief Pursuant to Fed. R. Civ. P. Rule 60* filed by Daniel Lewis Lee. Signed by Judge J. Leon Holmes on 9/12/2018. (fcd) (Entered: 09/12/2018) |
| 09/17/2018 | 1300 | | NOTICE OF ATTORNEY APPEARANCE: George G. Kouros appearing for Daniel Lewis Lee. (fcd) (Entered: 09/17/2018) |
| 09/28/2018 | 1301 | | MOTION for Extension of Time to File Response/Reply as to 1297 MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 *or Alternatively Relief Pursuant to Fed. R. Civ. P. Rule 60* , MOTION Permission to Address Jurisdiction Only re 1297 MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 *or Alternatively Relief Pursuant to Fed. R. Civ. P. Rule 60* () by United States of America as to Daniel Lewis Lee (Pellettieri, John) (Entered: 09/28/2018) |
| 10/01/2018 | 1302 | | ORDER granting 1301 Motion for Extension of Time to File Response/Reply as to Daniel Lewis Lee (2). The government's response is due on or before 11/12/2018. Signed by Judge J. Leon Holmes on 10/1/2018. (fcd) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/01/2018) |
| 10/02/2018 | 1303 | | MOTION to Substitute Attorney by United States of America as to Chevie O'Brien Kehoe, Daniel Lewis Lee, Faron Earl Lovelace, Kirby Keith Kehoe (Ahmad, Ali) (Entered: 10/02/2018) |
| 10/03/2018 | 1304 | | ORDER granting 1303 Motion to Substitute Attorney. AUSA Ali Ahmad substituted for Linda Lipe as counsel of record for the United States. Signed by Judge J. Leon Holmes on 10/3/2018. (fcd) (Entered: 10/03/2018) |
| 11/07/2018 | 1305 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1297 MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 *or Alternatively Relief Pursuant to Fed. R. Civ. P. Rule 60* by United States of America as to Daniel Lewis Lee (Pellettieri, John) (Entered: 11/07/2018) |
| 11/08/2018 | 1306 | | ORDER granting 1305 Motion for Extension of Time to File Response/Reply re 1297 MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 as to Daniel Lewis Lee (2). Signed by Judge J. Leon Holmes on 11/8/2018. (fcd) (Entered: 11/08/2018) |
| 11/26/2018 | 1307 | | RESPONSE to Motion by United States of America as to Daniel Lewis Lee re 1297 MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 *or Alternatively Relief Pursuant to Fed. R. Civ. P. Rule 60* (Pellettieri, John) (Entered: 11/26/2018) |
| 11/26/2018 | 1308 | | Unopposed MOTION to Fix Time for Reply by Daniel Lewis Lee (Kouros, George) (Entered: 11/26/2018) |
| 11/27/2018 | 1309 | | ORDER granting 1308 Motion to Fix Time for Reply as to Daniel Lewis Lee (2). Defendant has until 1/25/2019 to file his reply to the government's response. Signed by Judge J. Leon Holmes on 11/27/2018. (fcd) (Entered: 11/27/2018) |
| 01/09/2019 | 1310 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 1307 Response to Motion, by Daniel Lewis Lee (Kouros, George) (Entered: 01/09/2019) |
| 01/10/2019 | 1311 | | ORDER granting 1310 Motion for Extension of Time to File Response/Reply as to Daniel Lewis Lee (2). Lee's reply must be filed on or before 2/8/2019. Signed by Judge J. Leon Holmes on 1/10/2019. (fcd) (Entered: 01/10/2019) |
| 02/08/2019 | 1312 | | REPLY TO RESPONSE to Motion by Daniel Lewis Lee re 1297 MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 *or Alternatively Relief Pursuant to Fed. R. Civ. P. Rule 60* (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit U, # 3 Exhibit V, # 4 Exhibit W)(Moon, Morris) (Entered: 02/08/2019) |
| 02/26/2019 | 1313 | 66 | OPINON AND ORDER denying 1297 Motion to Vacate (2255) as to Daniel Lewis Lee (2). Signed by Judge J. Leon Holmes on 2/26/2019. (fcd) Civil Case 4:18−cv−00649−JLH closed. (Entered: 02/26/2019) |
| 03/21/2019 | 1314 | | MOTION Request for entry of judgment pursuant to Fed.R.Civ.P. 58 by Daniel Lewis Lee (Kouros, George) (Entered: 03/21/2019) |
| 03/22/2019 | 1315 | 86 | |

Appellate Case: 19-2432   Page: 64   Date Filed: 07/08/2019 Entry ID: 4805655

| | | | |
|---|---|---|---|
| | | | ORDER granting 1314 Motion for entry of judgment pursuant to Fed.R.Civ.P. 58 as to Daniel Lewis Lee (2). Signed by Judge J. Leon Holmes on 3/22/2019. (fcd) (Entered: 03/22/2019) |
| 03/22/2019 | 1316 | 87 | JUDGMENT re 1313 Opinion and Order on Motion to Vacate (2255) as to Daniel Lewis Lee. Signed by Judge J. Leon Holmes on 3/22/2019. (fcd) (Entered: 03/22/2019) |
| 04/19/2019 | 1317 | | MOTION to Amend/Correct 1316 Order *Pursuant to F.R.Civ.P. 59(e)* by Daniel Lewis Lee (Moon, Morris) (Entered: 04/19/2019) |
| 05/07/2019 | 1318 | 88 | ORDER denying 1317 MOTION to Amend/Correct 1316 Order Pursuant to F.R.Civ.P. 59(e) as to Daniel Lewis Lee (2). Signed by Judge J. Leon Holmes on 5/7/2019. (cby) (Entered: 05/07/2019) |
| 07/05/2019 | 1319 | 90 | NOTICE OF APPEAL by Daniel Lewis Lee re 1313 Order on Motion to Vacate (2255), 1318 Order on Motion to Amend/Correct (Kouros, George) (Entered: 07/05/2019) |
| 07/05/2019 | 1320 | 92 | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to 1319 Notice of Appeal re 1313 Order on Motion to Vacate (2255) and 1318 Order on Motion to Amend/Correct. NOTIFICATION TO COUNSEL: REQUEST FOR TRANSCRIPTS SHOULD BE FILED WITH THE DISTRICT COURT CLERK. (cmn) (Entered: 07/05/2019) |

Appellate Case: 19-2432     Page: 65     Date Filed: 07/08/2019 Entry ID: 4805655

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAPITAL CASE**

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                               NO. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                   DEFENDANT

**OPINION AND ORDER**

Daniel Lewis Lee is a federal death row inmate.  In a 1999 trial over which the Honorable

G. Thomas Eisele presided, Lee and co-defendant, Chevie Kehoe, were convicted of conspiring to

violate and violating the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c)-

(d), and of three murders in aid of racketeering in violation of 18 U.S.C. § 1959(a)(1).  During the

penalty phase, the jury first decided that Kehoe should be sentenced to life imprisonment and then,

separately, that Lee should be sentenced to death.  The Eighth Circuit affirmed Lee's conviction and

sentence.  *United States v. Lee*, 374 F.3d 637 (8th Cir. 2004), cert. denied 545 U.S. 1141 (2005).

Lee has now filed a motion to vacate his conviction and sentence under 28 U.S.C. § 2255,

or, in the alternative, for relief under Rule 60 of the Federal Rules of Civil Procedure.  In his § 2255

motion – his third such motion – Lee contends that newly discovered evidence demonstrates due-

process violations under *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963),

as well as *Giglio v. United States*, 405 U.S. 150, 92 S. Ct. 763, 31 L. Ed. 2d 104 (1972), and *Napue

v. Illinois*, 360 U.S. 264, 79 S. Ct. 1173, 3 L. Ed. 2d 1217 (1959).  The newly discovered evidence

is contained in the declaration of James Wanker (Document #1297-2) and an Oklahoma court record

– the fee application for a lawyer who represented Lee in a preliminary hearing before a district

judge (Document #1297-4).

Appellate Case: 19-2432     Page: 66     Date Filed: 07/08/2019 Entry ID: 4805655

At trial, Wanker testified that Lee told him that he had committed murder, describing a crime factually similar to the one at issue.  In his present declaration, he says that he did not believe Lee, that he told federal law enforcement agents, as well as the federal prosecutor, that he did not believe Lee, that he was instructed to limit his testimony to what he was asked, and that he was instructed not to give personal opinions.  This information was not disclosed to defense counsel.

During the sentencing phase, the United States introduced an Oklahoma court record showing that Lee had been convicted of robbery.  A man named Joey Wavra was killed in connection with that robbery, and the Government argued that Lee had committed murder.  The fee application, beneath the itemized time records, summarizes the proceeding and states in that summary that the court found the evidence insufficient to support a charge of first-degree murder.

The initial issue is whether Lee's motion is second or successive within the meaning of § 2255(h) and therefore is subject to that provision's requirement of authorization by the circuit. 28 U.S.C. § 2255(h); 28 U.S.C. § 2244(b)(3)(A).  It is.  Because Lee has not obtained authorization from the Eighth Circuit to file a second or successive § 2255 motion and because he is not entitled to relief under Rule 60, his motion is denied.

## I.      PROCEDURAL HISTORY

Lee has unsuccessfully pursued both direct and collateral review of his conviction and sentence.  After the jury returned a verdict sentencing Lee to death, Judge Eisele granted Lee's motion for a new penalty-phase trial based, in part, on the admission of improper future-dangerousness evidence. *United States v. Lee*, 89 F. Supp. 2d 1017 (E.D. Ark. 2000).  Judge Eisele determined that, based on the scope of direct examination and the Court's instructions, the Government improperly cross-examined the defense expert mental-health witness, Dr. Mark Cunningham, about Lee's prior bad acts and psychopathy diagnosis.  Judge Eisele referred to

2

Appellate Case: 19-2432     Page: 67     Date Filed: 07/08/2019 Entry ID: 4805655

Dr. Cunningham's testimony that Dr. Thomas Ryan, the Government's mental-health expert, used the Hare Psychopathy Checklist-Revised (PCL-R) to determine Lee was a psychopath and therefore presented a propensity for future dangerousness in prison.  Judge Eisele also found that the Government's questioning of Dr. Ryan about Lee's violent nature was improper rebuttal.  *Id*. at 1027-32.  The Circuit reversed and reinstated the death sentence, holding that the testimony did not exceed the permissible scope and that, even if the Government's examination of expert witnesses was improper, Lee was not unfairly prejudiced.  *United States v. Lee,* 274 F.3d 485, 494-96 (8th Cir. 2001).

In 2006, Lee filed his first motion to vacate his conviction and sentence under 28 U.S.C. § 2255, raising several grounds for relief:  he was denied effective assistance of counsel at various trial stages, including *voir dire*; his death sentence was unconstitutional; his juvenile conviction was erroneously admitted; his trial lawyers were unqualified to represent capital defendants; and there was newly discovered evidence related to a co-defendant, Kirby Kehoe.  Document #1118.  As part of an actual-innocence argument, Lee made a general, unsupported *Brady* allegation and asked the Government to review its files for any previously undisclosed *Brady* material.  In an ineffectiveness sub-claim, Lee challenged his trial lawyers' decision not to seek funding for mtDNA testing of a hair from a cap linked to the murders; Lee proffered a mtDNA report excluding the discovered hair as originating from Lee, Document #1138-2.  (The jury heard State Crime Laboratory testing showed the discovered hair was microscopically similar to Lee's.  TR 4722.)  In another ineffectiveness claim, Lee argued that a properly conducted investigation of his involvement in the 1990 murder of Joseph Wavra – upon which the Government relied to demonstrate Lee's future dangerousness at the penalty phase – would have revealed his actual role, placing his actions in a different light and therefore leading to a different sentence.  Judge Eisele denied the post-conviction motion without

July 5 2019 p68

Appellate Case: 19-2432     Page: 68     Date Filed: 07/08/2019 Entry ID: 4805655

a hearing. *United States v. Lee*, 2008 WL 4079315 (E.D. Ark. 2008). He held that the jury's finding of guilt would not have been different if the mtDNA evidence had been introduced because the evidence of guilt was overwhelming. *Id.* at *25. With respect to Lee's role in the Wavra murder, Judge Eisele determined "there is nothing before the Court to indicate that [Lee's] 'true role' in the murders was anything other than portrayed during the sentencing trial." *Id.* at *45. He held that Lee's arguments did not demonstrate that the federal death penalty was unconstitutional. *Id.* at *55-60. Judge Eisele also rejected Lee's ineffectiveness arguments that his trial lawyers should have raised additional objections to Dr. Cunningham's and Dr. Ryan's testimony, and to the introduction of the PCL-R. *Id.* at *46, 47-48. He recognized the Circuit's holding that Lee was not unfairly prejudiced by that evidence. *Id.* at *48. In a Rule 59(e) motion to alter and amend the § 2255 judgment, Lee revisited his ineffectiveness claim related to the psychopathy-diagnosis testimony, arguing the PCL-R has no scientific validity in predicting future dangerousness of capital defendants. Document #1165. For the first time, Lee attached supporting material, including an affidavit submitted by Dr. Ryan in support of a post-conviction motion in a separate federal capital case, stating he no longer believed the PCL-R is a reliable indicator of future dangerousness in prison. Document #1165-4. Denying the Rule 59(e) motion, Judge Eisele found the argument was successive and lacking in merit. *United States v. Lee*, 2010 WL 5347174, *5-6 (E.D. Ark. 2010).

Judge Eisele granted a certificate of appealability on whether the death penalty was constitutionally applied. The Eighth Circuit expanded the certificate to include the question of whether Lee received ineffective assistance based on his trial lawyers' use of race-based peremptory challenges during *voir dire*. The Eighth Circuit then affirmed Judge Eisele's denial of the § 2255 petition and the denial of the Rule 59(e) motion. *United States v. Lee*, 715 F.3d 215 (8th Cir. 2013).

4

Lee thereafter filed a Rule 60(b) motion to set aside the judgment denying his § 2255 motion. He argued that his habeas lawyers were ineffective for failing to challenge the validity of the PCL-R in predicting future dangerousness.  Document #1230.  This Court denied the motion without prejudice, finding the Rule 60(b) motion was a second or successive § 2255 motion for which Lee had not obtained the required authorization from the Eighth Circuit.  *United States v. Lee*, 2014 WL 1093197 (E.D. Ark. 2014).  The Eighth Circuit affirmed.  *United States v. Lee*, 792 F.3d 1021 (8th Cir. 2015).

## II.    EVIDENCE AT TRIAL

Based on the trial record, the Eighth Circuit summarized the events that led to Lee's conviction as follows:

> The evidence presented at trial showed that Lee, Chevie Kehoe (Kehoe), his father Kirby Kehoe, his brother Cheyne Kehoe (Cheyne), and Faron Lovelace participated in a variety of criminal activities to promote and fund a white supremacist organization known as the Aryan Peoples' Republic or the Aryan Peoples' Resistence (APR).  Kehoe formed the APR to establish an independent nation of white members of the Christian Identity faith in the Pacific Northwest.  He patterned it after an antigovernment, white supremacist organization called the Order.

> Lee met Kehoe in 1995, and Kehoe recruited him into the APR.  In January 1996, Lee and Kehoe left Spokane, Washington, and traveled to Arkansas where they dressed in police raid clothing and went to the home of William Mueller, a gun dealer near Tilly, Arkansas, who owned a large collection of weapons and ammunition.  Kehoe and his father had robbed Mueller in February of 1995, and Kehoe expected to find valuable property at his house.  The Muellers were not at home when Lee and Kehoe arrived so they waited.  When the Muellers returned, Lee and Kehoe overpowered and incapacitated Mueller and his wife.  Then they questioned Nancy Mueller's eight-year-old daughter, Sarah Powell, about where they could find cash, guns, and munitions.  After finding $50,000 in cash, guns, and ammunition, they shot the three victims with a stun gun, placed plastic bags over their heads, and sealed the bags with duct tape.  They took the victims in Kehoe's vehicle to the Illinois Bayou where they taped rocks onto them and threw them into the bayou.  The bodies were discovered in Lake Dardanelle near Russellville, Arkansas, in late June of 1996.

Kehoe and Lee returned to Spokane with the stolen property around January 14, 1996.  Kehoe traveled to several states to sell the Mueller property at gun shows.  He and Lee were apprehended by law enforcement in 1997 after some of Mueller's guns had been traced to Kehoe.

*Lee*, 374 F.3d at 641-42.

Kehoe's mother, Gloria Kehoe, testified that Lee and Kehoe separately confessed the murders to her.  She told the jury of the murder details that Kehoe described, and she testified that Lee told her that Kehoe paid him for his participation with $1000 and a rifle.  TR 4971-75.  Cheyne also testified that Kehoe confessed to him.  He said Kehoe gave details of the murders, including Lee's role, and showed him the raid gear that he and Lee had worn.  TR 5326-30.  Both testified that Kehoe admitted killing the child by himself because Lee refused.  TR 4974, 5328.

Lee's and Kehoe's former neighbors, James and Dalvine Wanker, also testified for the Government.  On direct examination, James said that in May of 1996 he and his wife moved into an RV park at the Shadows Motel in Spokane, where Lee and Kehoe resided.  TR 4078-79.  He said that Lee told him in July of 1996 that "when he went down south somebody had . . . f*** with him and so he wrapped them up, taped them, and threw them in the swamp."  TR 4081-83.  When asked on cross-examination why he did not call the police after hearing Lee's claim, James said he "just kind of blew it off as [Lee] was talking to hear himself talk."  TR 4088.  Dalvine similarly testified that, in response to her concerns about a new tenant at the Shadows Motel, Lee retrieved a firearm from his trailer and told her that "he wasn't afraid to use it and that when he had gone down south and that some people had f*** with him, and that he had taken care of it."  TR 4093.

The Government also presented physical evidence supporting Lee's conviction.  Paint samples taken from Kehoe's GMC truck were "consistent, very similar" to metallic blue paint chips found in duct tape removed from the slain bodies.  TR 3658-64, 3678-84.  The jury heard that an

6

Appellate Case: 19-2432     Page: 71     Date Filed: 07/08/2019 Entry ID: 4805655

Idaho storage unit rented by Kehoe contained documents naming the Muellers, as well as paperwork naming Kehoe, or his wife. TR 3479-80, 3610-28. Fibers microscopically similar to the carpet in the Muellers' living room and a hair microscopically similar to William Mueller's were discovered on the Muellers' gun display case in the unit. TR 3489-90, 3646-54. Fingerprints inside and outside display cases matched Kehoe's and Lee's. TR 3483-84, 3489-90, 3707-10.

During Lee's penalty phase, the Government sought to prove five aggravators supporting a death sentence: he murdered the victims with the expectation of receiving something of pecuniary value; he murdered the victims after substantial planning and premeditation; the crime involved the intentional killing of more than one person in a single criminal episode; the risk of future dangerousness; and the crime involved a particularly vulnerable victim based on her youth. Document #1297-11; TR 7373.

To justify a death sentence for Lee when Kehoe had been sentenced to life imprisonment, the Government's penalty-phase case emphasized the future-dangerousness aggravator. The Government argued that Lee's past conduct showed that he was violent and volatile, and that he would present a danger in prison. TR 7378-84, 7956-75. Focusing on the Wavra murder, the Government introduced evidence showing Lee's role in that crime. Brian Compton, who was at the party when Wavra was killed by John David Patton, testified about Lee's involvement, TR 7408-18; the transcript of Lee's testimony at John David Patton's Oklahoma preliminary hearing was read aloud, TR 7418-56; and the responding Oklahoma detective and the forensic pathologist described Wavra's wounds and cause of death, TR 7389-98, 7398-407. The jury heard that, at a social gathering in 1990, Lee, then age seventeen, and his cousin, John David Patton, beat Wavra and forced him down a manhole into a storm sewer; that Patton went down into the manhole with Wavra, while Lee retrieved a plastic bag, rope, and knife that he handed down to Patton; that Patton

July 5 2019 p72

Appellate Case: 19-2432   Page: 72   Date Filed: 07/08/2019 Entry ID: 4805655

handed Wavra's clothes up to Lee, who put them in the plastic bag; and that Patton then used the knife to repeatedly stab Wavra and slit his throat. Patton was convicted of first-degree murder in an Oklahoma state court, while Lee pled to deferred adjudication on a robbery charge. TR 7470. Other future-dangerousness evidence included (1) Lee's threatening behavior toward a sheriff's deputy, while he was in jail awaiting trial, TR 7463-67, and (2) a 1995 Florida conviction for carrying a concealed weapon, TR 7469.

In both opening and closing argument, the Government told the jury that Lee "has an earlier murder under his belt." TR 7964. It argued that, even though Patton "wielded that knife," Lee helped him by giving him the knife and rope. TR 7382. The Government argued Lee knew what he was doing when he gave the knife to Patton, and that he both "legally and morally" had "the blood of Joey Wavra" on his hands. TR 7962-63. The Government contended the robbery plea offer was a "gift" from the Oklahoma prosecutor and an "incredible deal" – and a missed opportunity for Lee to turn his life around. TR 7383, 7963-64. The jury unanimously found the Government had established beyond a reasonable doubt the existence of each aggravating circumstance, except the substantial-planning-and-premeditation aggravator.

Both Judge Eisele and the Eighth Circuit recognized the Wavra evidence as an integral piece of the Government's penalty-phase case. In finding that Lee was not unfairly prejudiced by expert testimony and then reinstating the death penalty, the Eighth Circuit noted that, "none of the evidence elicited from Dr. Cunningham was likely to inflame the jury as much as testimony about Lee's involvement in the murder of Joey Wavra, which had been part of the government's case." *Lee,* 274 F.3d at 494. Similarly, in rejecting Lee's argument that his trial lawyers should have done more to investigate the Wavra murder, Judge Eisele acknowledged evidence of Lee's participation in that

July 5 2019 p73

Appellate Case: 19-2432    Page: 73    Date Filed: 07/08/2019 Entry ID: 4805655

crime was "powerful and likely contributed to or influenced the jury's ultimate decision" in favor of a death sentence.  *Lee,* 2008 WL 4079315, at *45.

### III.     LEE'S CURRENT CLAIMS

Lee contends, first, that the Government suppressed material exculpatory evidence that his lawyers could have used to challenge James Wanker's guilt-phase testimony in violation of *Brady v. Maryland*, *Napue v. Illinois*, and *Giglio v. United States*, and, second, that the Government failed to disclose material exculpatory evidence contradicting the prosecutor's penalty-phase argument about his culpability in the Wavra murder in violation of the same three Supreme Court cases.

First, Lee argues the Government failed to disclose the entirety of Wanker's pretrial interviews and statements – specifically that Wanker told the investigating agents and the prosecuting attorney that he did not believe Lee's claims implicating himself in the Mueller murders. Lee asserts that his lawyers could have used this favorable evidence to challenge Wanker's testimony and that the Government knew or should have known that Wanker's testimony was misleading and failed to correct it.  Wanker's guilt-phase testimony was that Lee told him that he had committed murders and described them as factually similar to the Mueller murders.  In his present declaration, Wanker says that Lee had a habit of falsely claiming responsibility for criminal acts to make himself seem like a "tough guy."  He says that he repeatedly told law enforcement and prosecutors that he did not believe Lee's claims were true.  Document #1297-2.  Lee proffers copies of the officers' reports that do not include Wanker's statements in which he stated that he doubted the truthfulness of Lee's confession.  Document #1297-8, #1297-9.  Wanker also says that, before he testified, the Government instructed him to "limit [his] testimony to only what was asked and not to give personal opinions."  Document #1297-2.  Wanker testified on cross-examination that he did not contemporaneously report Lee's claim to law enforcement because he thought Lee was "talking

9

to hear himself talk." TR 4088; Document #1297-2. Lee's lead guilt-phase lawyer attests that if he had known about Wanker's interview statements he would have aggressively questioned him further on this point. Document #1297-3. Wanker says that if anyone had asked him about his beliefs at trial he would have testified that he continued to hold that opinion, and that he still did not believe that "[Lee's] story was anything more than just empty bragging." Document #1297-2.

Second, Lee argues the Government suppressed the fact that an Oklahoma state court found at a preliminary hearing that there was insufficient evidence for a first-degree murder charge against him in the Wavra case. He says this evidence contradicts the Government's penalty-phase argument that prosecutors gave him a "gift" by not charging him with murder. TR 7383. Lee contends that, because the Government consulted with Oklahoma law enforcement officials involved in the Wavra case, it must have learned about the judicial finding or the officers' knowledge should be imputed to the Government. He attaches in support an "Application For Attorney Fees" and "Statement of Time Expended" filed by the lawyer who represented him at the preliminary hearing. The unsigned Statement includes this paragraph:

> The matter came on for hearing before Judge Hall; District Attorney called witness; hearing held; Court finds crime of Murder I not established by evidence; Court recommends a Dismissal of Murder I charges and State consider refiling on charge of Robbery I.

Document #1297-4.

## IV. WHETHER LEE'S MOTION IS SECOND OR SUCCESSIVE

A "second or successive" § 2255 motion to vacate, correct, or set aside a sentence must be certified by the Circuit to include:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

July 5 2019 p75

Appellate Case: 19-2432   Page: 75   Date Filed: 07/08/2019 Entry ID: 4805655

(2)  a new rule of constitutional law, made retroactive to cases on collateral review
by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255(h).  *See* 28 U.S.C. § 2244(b)(2).  Because this motion is not Lee's first-in-time

§ 2255 motion and because Lee has not obtained the certification required by § 2255(h), the

threshold question is whether it is a second or successive application for habeas relief.  If so, this

Court lacks jurisdiction to consider the motion.

The Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) does not define the

term "second or successive."  *Crawford v. Minnesota*, 698 F.3d 1086, 1089 (8th Cir. 2012).  The

United States Supreme Court has recognized the term does not cover all motions "filed second or

successively in time."  *Panetti v. Quarterman*, 551 U.S. 930, 944, 127 S. Ct. 2842, 2853, 168 L. Ed.

2d 662 (2007).  That phrase instead is a "term of art" incorporating the pre-AEDPA abuse-of-the-

writ doctrine.  *Crawford,* 698 F.3d at 1089 (citing *Slack v. McDaniel*, 529 U.S. 473, 486, 120 S. Ct.

1595, 1605, 146 L. Ed. 2d 542 (2000)).  AEDPA codified some of the existing limits on successive

petitions and imposed new restrictions.  *Felker v. Turpin*, 518 U.S. 651, 664, 116 S. Ct. 2333, 2340,

135 L. Ed. 2d 827 (1996).  *See Baranski v. United States*, 880 F.3d 951, 955 (8th Cir. 2018) ("In

[AEDPA], Congress imposed stricter limitations on the filing of second and successive § 2255

motions than the abuse-of-the-writ principles . . .").

In *Panetti v. Quarterman*, the Supreme Court held that a claim under *Ford v. Wainwright*,

477 U.S. 399, 106 S. Ct. 2595, 91 L. Ed. 2d 335 (1986), that the defendant is incompetent to be

executed, is not subject to the gatekeeping provisions for second or successive applications for

habeas relief if the claim is promptly raised when ripe.  *Panetti*, 551 U.S. at 945, 127 S. Ct. at 2583.

Limiting its holding to *Ford* claims, the Supreme Court recognized that, because a petitioner's

mental condition at the time of the scheduled execution is at issue, *Ford* claims are generally not

July 5 2019 p76

Appellate Case: 19-2432     Page: 76     Date Filed: 07/08/2019 Entry ID: 4805655

ripe until after the time for filing an initial habeas petition has passed. *Id.* at 943, 127 S. Ct. at 2852. The Court held that its recognition of this exception did not thwart AEDPA's purposes or allow for abuse of the writ: "We are hesitant to construe a statute, implemented to further the principles of comity, finality, and federalism, in a manner that would require unripe (and, often, factually unsupported) claims to be raised as a mere formality, to the benefit of no party." *Id.* at 947, 127 S. Ct. at 2855.

Citing *Panetti*, Lee argues that his current § 2255 motion similarly cannot be considered second or successive because he was unable to raise his *Brady*[1] claims due to the Government's concealing the supporting evidence. He also argues that in the Eighth Circuit *Brady* claims based on material evidence are not "second or successive" within the meaning of § 2255(h), citing *Crawford v. Minnesota*. In *Crawford,* the Circuit held that a nonmaterial *Brady* claim raised in a second-in-time habeas petition was a second or successive application. 698 F.3d at 1090. The Eighth Circuit recognized that other circuits had held that all second-in-time *Brady* claims are subject to § 2255(h)'s preauthorization requirement but did not reach that issue. "While some courts have concluded that all *Brady* claims in second habeas petitions are second or successive regardless of their materiality, that question is not presented here because in this case there was overwhelming evidence of [guilt]." *Id.*

Lee also cites *United States v. Lopez,* 577 F.3d 1053 (9th Cir. 2009), for the same point. In that case, the Ninth Circuit, like the Eighth Circuit in *Crawford*, limited its holding to nonmaterial *Brady* claims. *Lopez,* 577 F.3d at 1066-67. More recently, the Ninth Circuit has held that all *Brady*

---

[1] Because the same analysis applies to *Brady* and *Napue/Giglio* claims, Lee's claims are collectively referred to as "*Brady*" claims."

12

claims are subject to § 2255(b)'s preauthorization requirement. *Brown v. Muniz*, 889 F.3d 661, 668, 673 (9th Cir. 2018).

The new guilt-phase evidence upon which Lee relies as a basis for his present motion is that, when Wanker testified about Lee's claims related to the Mueller murders, he continued to hold the opinion that Lee was only posturing. Lee argues Wanker's testimony gave the false impression that, while he initially dismissed Lee's claims as "just talking," he later changed his assessment and felt compelled to come forward as a witness. The parties spar over the significance of Wanker's testimony in light of other guilt-phase evidence. Lee argues the Kehoes were not credible witnesses; he says the Government's timeline does not allow for Kehoe and Lee to murder the victims in Arkansas and then return to Washington; and he challenges fingerprint evidence, contending there were opportunities, other than during the Mueller murders, for Lee's contact with the gun display cases. These are not new arguments; the jury heard related evidence. Lee also points to the mtDNA testing conducted in 2007 in connection with his initial § 2255 motion showing that the hair linked to the crimes was not his. Document #1297-6.

There is no reasonable probability, however, that Wanker's testimony that he continued to be skeptical of Lee's claims would have resulted in a different verdict. The jury heard Wanker testify that he did not call the police when Lee claimed to have committed murder because he believed that Lee was "talking to hear himself talk." His present declaration that at trial he continued to believe that Lee's story was "empty bragging" does not materially change his testimony. Evidence of Wanker's continued opinion is not enough to overcome the overwhelming evidence of Lee's guilt. Thus, as to the Wanker testimony, Lee has not demonstrated that material evidence was withheld by the Government, so that part of his claim is second or successive under

July 5 2019 p78

Appellate Case: 19-2432     Page: 78     Date Filed: 07/08/2019 Entry ID: 4805655

*Crawford*.[2] 698 F.3d at 1089-90 (citing *Lopez*, 577 F.3d at 1066).  Because the alleged due-process

violations are not based on material evidence, the gatekeeping provision of § 2255(h) applies to

Lee's claim based on the Wanker testimony.

On the other hand, assuming that the Oklahoma state court held at a preliminary hearing that

the evidence was insufficient to establish probable cause that Lee was guilty of murdering Joey

Wavra,[3] that evidence is material.  In light of the government's reliance on the Wavra murder during

sentencing, it is reasonably likely that, if it had been disclosed at trial that the Oklahoma court found

the evidence insufficient to establish that Lee was guilty of murder, the outcome at sentencing would

have been different.  Therefore, the Court must address the issue of whether a *Brady* claim based

on material evidence is subject to § 2255(b)'s preauthorization requirement.

Every circuit that has addressed this issue has held that a subsequent habeas application

asserting a *Brady* violation, whether material or not, is a second or successive motion that requires

---

[2] Lee says *Carter v. Kelley*, No. 5:16CV00367-DPM-PSH (E.D. Ark. 2017), is instructive and urges this Court to order factual development on *Brady* materiality.  In that case, the magistrate judge recommended dismissal of the petitioner's habeas petition as second or successive without analysis of the law surrounding second-in-time *Brady* claims.  *No. 12.*  The district court judge declined the recommendation and returned the case for a finding on *Brady* materiality, stating that "[i]f the [petitioner's] claim is material, then his petition *may* not be 'second or successive' within the meaning of AEDPA."  *No. 14* (emphasis supplied) (citing *Crawford,* 698 F.3d at 1089-90 and *Lopez*, 577 F.3d at 1066-67).  The district court judge thereafter reviewed the magistrate judge's fact findings and adopted the recommendation that the *Brady* claim was nonmaterial and therefore an unauthorized second or successive habeas application.  *No. 28.*  As in *Crawford,* the district court did not reach the issue of whether all second-in-time *Brady* claims are second or successive habeas applications.

[3] The only evidence presented on this point is the lawyer's cursory statement in his fee application. The Court is assuming that that statement is accurate and that Lee could prove its accuracy at an evidentiary hearing.

authorization by the Circuit.[4]  *Blackman v. Davis,* 909 F.3d 772, 778-79 (5th Cir. 2018); *In re Wogenstahl*, 902 F.3d 621, 626-28 (6th Cir. 2018);  *Brown*, 889 F.3d at 668-74; *Quezada v. Smith*, 624 F.3d 514, 522 (2d Cir. 2010); *In re Pickard,* 681 F.3d 1201, 1205 (10th Cir. 2012); *Tompkins v. Sec'y, Dep't of Corr.*, 557 F.3d 1257, 1259-60 (11th Cir. 2009); *Evans v. Smith*, 220 F.3d 306, 322-25 (4th Cir. 2000).  Distinguishing *Panetti*, the circuits have held that, unlike competency-to-be-executed claims, a *Brady* violation occurs at trial or at sentencing and is therefore ripe when the first habeas application is filed; and they have recognized that the statutory scheme governing second or successive petitions accounts for circumstances, such as a *Brady* claim, where new evidence is discovered after the first habeas petition.  *In re Wogenstahl*, 902 F.3d at 627-28; *Brown*, 889 F.3d at 668, 672-74; *Tompkins*, 557 F.3d at 1259-60.  *See Evans*, 220 F.3d at 323 ("[T]he standards that Congress has established for the filing of second or successive petitions account for precisely the type of situation Evans alleges.").  As the Ninth Circuit recently recognized, "whether a claim is ripe under AEDPA turns on whether the factual predicate existed, not whether the petitioner *knew* it existed at the time of his initial habeas petition."  *Brown*, 889 F.3d at 674 (emphasis in original) (citing *United States v. Buenrostro*, 638 F.3d 720, 725 (9th Cir. 2011)).

Lee cites *Douglas v. Workman*, 560 F.3d 1156 (10th Cir. 2009), and *Scott v. United States*, 890 F.3d 1239 (11th Cir. 2018), but those cases are not on point.  In *Douglas*, the Tenth Circuit, under the "unique circumstances" presented, treated the *Brady* claim raised in a second habeas petition as a supplement to the related prosecutorial-misconduct claim in the pending habeas application.  560 F.3d at 1187-90.  Unlike the *Douglas* petitioner, Lee does not have an open or

---

[4] While 28 U.S.C. § 2255(h) governs second or successive habeas motions filed pursuant to a federal court judgment, it incorporates by reference § 2244 governing habeas petitions challenging state-court judgments.  In *Crawford*, a § 2254 case, the Eighth Circuit interpreted § 2254 as though it were identical to § 2255 when it relied on *Lopez*, which was a § 2255 case.

July 5 2019 p80

Appellate Case: 19-2432     Page: 80     Date Filed: 07/08/2019 Entry ID: 4805655

pending habeas application. Since *Douglas,* the Tenth Circuit has recognized a second-in-time *Brady* claim as second or successive under § 2255(h). *In re Pickard*, 681 F.3d at 1205; *see also Brown*, 889 F.3d at 673 n.10 (distinguishing *Douglas*). In *Scott,* an Eleventh Circuit panel applied *Tompkins* to hold the petitioner's second-in-time § 2255 motion was barred as second or successive, but "urged the Court to take this case *en banc* so we can reconsider *Tompkins*' reasoning." 890 F.3d at 1249-589. The Circuit, however, summarily denied the petition for rehearing *en banc*, with no Eleventh Circuit judge requesting the court be polled. *Scott v. United States*, Nos. 15-1137, 16-11950 (11th Cir. Aug. 16, 2018). *See also Jimenez v. Fla. Dep't of Corr.*, No. 18-15128, 2018 WL 6584113, *3 (11th Cir., Dec. 13, 2018) (following *Tompkins*).

Based on the unanimous authority from the circuits that have decided the issue, as well as the plain language of the statute, the *Brady* claims asserted in Lee's current § 2255 motion constitute a second or successive habeas application that requires authorization from the Eighth Circuit. A *Brady* violation occurs when the evidence is favorable to the accused, that evidence was suppressed by the State, and prejudice ensued. *Strickler v. Greene*, 527 U.S. 263, 281-82, 119 S. Ct. 1936, 1948, 144 L. Ed. 2d 286 (1999). A *Napue/Giglio* violation requires a new trial when the Government solicits or fails to correct false testimony, or makes a misleading argument, that is material. *United States v. Bigeleisen*, 625 F.2d 203, 208-09 (8th Cir. 1980). Because all these components occurred prior to or during Lee's trial, the alleged constitutional violations were ripe when his first habeas motion was filed.

That the circuits are unanimous is not surprising because the habeas statutory scheme expressly provides for cases in which newly discovered evidence is raised in a second or successive application. 28 U.S.C. § 2255(h); 28 U.S.C. § 2244(b)(2). The statute does not except *Brady* claims. Section 2255(h) therefore applies to Lee's claims; he is entitled to file a second or

July 5 2019 p81
Appellate Case: 19-2432    Page: 81    Date Filed: 07/08/2019 Entry ID: 4805655

successive habeas motion only if he receives certification from the Eighth Circuit. Because Lee has not obtained the required authorization, this Court does not have jurisdiction to consider his application for relief.

## V.       WHETHER LEE IS ENTITLED TO RELIEF UNDER RULE 60

Lee alternatively asks this Court to consider his application as a motion for relief pursuant to Rule 60 of the Federal Rules of Civil Procedure and reopen his first § 2255 proceeding in light of new evidence. Lee's § 2255 motion contends that the Government violated its duties under *Brady*, *Giglio*, and *Napue* at trial; his Rule 60 motion contends that the Government violated its duties during the § 2255 proceedings. *Cf. Pickard*, 681 F.3d at 1205-06.

In evaluating a Rule 60(b) motion, the initial inquiry is whether the allegations amount to a second or successive habeas application under § 2255 or § 2244. *Boyd v. United States*, 304 F.3d 813, 814 (8th Cir. 2002). A Rule 60(b) motion is treated as a second or successive habeas application if it contains a claim, defined as an "'asserted federal basis for relief from a state court's judgment of conviction' or as an attack on the 'federal court's previous resolution of the claim *on the merits*.'" *Ward v. Norris*, 577 F.3d 925, 933 (8th Cir. 2009) (emphasis in original) (quoting *Gonzales v. Crosby,* 545 U.S. 524, 530, 532, 125 S. Ct. 2641, 2647-48, 162 L. Ed. 2d 480 (2005)). The motion is considered under Rule 60(b) when it challenges "'some defect in the integrity of the federal *habeas* proceeding.'" *Id.* Courts have applied this same analysis to Rule 60(d) motions. *See United States v. Robinson*, No. 4:10CR00032-01, 2013 WL 6195749, *1 (E.D. Ark., Nov. 26, 2013).

Lee contends the Government committed "fraud . . . , misrepresentation, or misconduct" in violation of Rule 60(b)(3), or committed "fraud on the court" in violation of Rule 60(d)(3). He says that the Government made misrepresentations in its habeas responsive brief: (1) a footnote, stating

17

Appellate Case: 19-2432   Page: 82   Date Filed: 07/08/2019 Entry ID: 4805655

"[a] huge amount of 'discovery' materials were provided," Document #1126 at 45 n.16[5]; and (2) in response to Lee's ineffectiveness claim related to the Wavra murder, statements that the Government was "at a loss to understand that which Lee now argues his trial counsel should have done," and that it was "difficult to imagine" how more investigation would have placed Lee's role in the Wavra murder in a different light. Docket #1126 at 75-76. Lee argues that the Government's misrepresentations impeded the district court from evaluating his habeas claims and therefore created a defect in the integrity of his initial § 2255 proceeding. He argues that his general *Brady* allegation and ineffectiveness claim related to the Wavra murder would have been viable if the Government had disclosed supporting material: Wanker's opinion statements and the finding of the district judge at the preliminary hearing in the Wavra case. The district court denied relief on the ineffectiveness claim and did not address the unsupported *Brady* allegation; a certificate of appealability was not granted on either point. *Lee*, 2008 WL 4079315, at \*45; *Lee*, 715 F.3d at 217.

Assuming that Lee has properly asserted a Rule 60 motion as opposed to a second or successive habeas petition, he is not entitled to relief under either Rule 60(b)(3) or (d)(3). A Rule 60(b)(3) motion must be filed no more than a year from the order or judgment that it seeks to set aside. Fed. R. Civ. P. (60)(c)(1). The Court has no authority to extend that deadline. Fed. Civ. P. 6(b)(2). As Lee argues, this time limit is not jurisdictional. *Dill v. Gen. Am. Life Ins. Co.*, 525 F.3d 612, 618-19 (8th Cir. 2008). But that means only that the benefit of the time limit may be forfeited if it is not timely raised. *Id.* If the time limit is properly raised, the rules assure that the time limit will be enforced. *Id.* The Government has properly asserted the one-year time limit. This

---

[5] Lee refers to Footnote 16 as being part of the Government's response to his general, unsupported *Brady* allegation. Document #1118 at 7. Footnote 16, however, was in the response to Lee's ineffectiveness claim challenging his trial lawyers' failure to oppose the Government's motion seeking restrictions on his personal discovery access. Document #1126 at 45, n.16.

July 5 2019 p83
Appellate Case: 19-2432   Page: 83   Date Filed: 07/08/2019 Entry ID: 4805655

Court entered the order denying Lee's first § 2255 petition in 2008. *Lee*, 2008 WL 4079315. Lee's request for relief under Rule 60(b)(3) therefore is untimely.

Lee, moreover, has not demonstrated the "exceptional circumstances" required for relief. *Atkinson v. Prudential Property Co., Inc.*, 43 F.3d 367, 371 (8th Cir. 1994) (quotations omitted). For Rule 60(b)(3) relief, Lee must show by clear and convincing evidence that the Government "engaged in fraud or other misconduct and that this conduct prevented [him] from fully and fairly presenting his case." *Cook v. City of Bella Villa*, 582 F.3d 840, 855 (8th Cir. 2009) (quotations omitted). Lee has not met this burden. While failure to produce evidence requested in discovery may under some circumstances be grounds for vacating a judgment, the moving party must show that the failure was due to misconduct by the party that should have produced the evidence. *Atkinson*, 43 F.3d at 373. Lee has not alleged facts to show that the omission of any evidence during his § 2255 proceeding was due to the Government's misconduct or that the Government intentionally misrepresented any facts. Nor has he demonstrated that any failure to disclose Wanker's opinions or the Oklahoma judicial finding prevented him from fully and fairly litigating his initial § 2255 claim. "This is not a case in which [the Government] withheld information that they alone possessed." *Id.* Lee could have interviewed Wanker before filing his first habeas petition; and the Oklahoma court record upon which he now relies is public information.

Likewise, Lee's allegations do not meet the standard for fraud on the court under Rule 60(d)(3). Fraud on the court is narrowly defined as "fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury." *Superior Seafoods, Inc. v. Tyson Foods, Inc.*, 620 F.3d 873, 878 (8th Cir. 2010) (quoting *United States v. Smiley*, 553 F.3d 1137, 1144-45 (8th Cir. 2009) (quotations omitted)). "A finding of fraud on the court is justified only by the most egregious misconduct directed to the court itself,

July 5 2019 p84
Appellate Case: 19-2432   Page: 84   Date Filed: 07/08/2019 Entry ID: 4805655

such as bribery of a judge or jury or fabrication of evidence by counsel." *Greiner v. City of Champlin*, 152 F.3d 787, 789 (8th Cir. 1998) (quotations omitted).  "[I]t is necessary to show a deliberately planned scheme designed to improperly influence the court in its decision." *Heim v. Comm'r of Internal Revenue*, 872 F.2d 245, 249 (8th Cir. 1989).  Lee's allegations do not clear this high bar.  *See Tyler v. Purkett*, 413 F.3d 696, 700-01 n.7 (8th Cir. 2005) ("Claims that a party did not disclose to a court certain facts allegedly pertinent to the matter before it, however, do not normally constitute fraud on the court.").

## CONCLUSION

Daniel Lewis Lee's *Brady* claims in his present motion constitute a second or successive habeas petition under 28 U.S.C. § 2255 for which Eighth Circuit authorization is required.  Lee is not entitled to relief under Federal Rule of Civil Procedure 60.  Therefore, the motion is denied without prejudice.  No certificate of appealability will be issued.

IT IS SO ORDERED this 26th day of February, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

July 5 2019 p85
Appellate Case: 19-2432     Page: 85     Date Filed: 07/08/2019 Entry ID: 4805655

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

### CAPITAL CASE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                      NO. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                               DEFENDANT

### ORDER

Daniel Lewis Lee's motion for entry of judgment pursuant to Federal Rule of Civil

Procedure 58(d) is GRANTED.  Document #1314.  A judgment will be entered separately.

IT IS SO ORDERED this 22nd day of March, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

### CAPITAL CASE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              NO. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                            DEFENDANT

### JUDGMENT

Pursuant to the Opinion and Order entered separately on February 26, 2019, Daniel Lewis Lee's motion to vacate, set aside, or correct his sentence, or alternatively for relief under Federal Rule of Civil Procedure 60 is denied. No certificate of appealability will be issued.

IT IS SO ORDERED this 22nd day of March, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAPITAL CASE**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                NO. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                              DEFENDANT

**ORDER**

Daniel Lewis Lee has filed a motion to alter or amend the judgment, entered March 22, 2019, denying his motion to vacate his conviction and sentence under 28 U.S.C. § 2255, or, in the alternative, for relief under Rule 60 of the Federal Rules of Civil Procedure. Document #1316. In the Order, the Court held that Lee's motion to vacate was a second or successive habeas petition under § 2255(h) and that he had not obtained the required authorization from the Circuit. The Court also held that Lee was not entitled pursuant to Rule 60 to reopen his first § 2255 proceeding. Document #1313. Lee now challenges the Court's alternative *Brady* materiality analysis. He continues to argue that he has satisfied the requirements of Rule 60(b)(3) and (d)(3); he says the Rule 60(b)(3) limitations period should be equitably tolled due to special circumstances. The Court rejects Lee's contention that it applied the incorrect legal standard in analyzing *Brady* materiality. With respect to the Wanker evidence, Lee failed to demonstrate "a reasonable probability that, had the evidence been disclosed, the result of the proceeding would have been different." *Turner v. United States*, __ U.S. __, 137 S. Ct. 1885, 1892, 198 L. Ed. 2d 443 (2017) (quotations omitted). He did not show "the suppressed evidence undermine[d] confidence in the outcome of the trial." *Id.* (quotations omitted). In any event, the Court found Lee's *Brady* claims constituted a second or successive habeas application requiring the Circuit's authorization.

Document #1313 at 14-17.  The substance of Lee's remaining arguments is mostly the same as the arguments that he made in his motion to vacate.  He has provided no convincing argument to alter or amend the Court's Order.  For the reasons stated in the Court's Order, those arguments are overruled.  Lee's motion to alter or amend is DENIED.  Document #1317.

IT IS SO ORDERED this 7th day of May, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DANIEL LEWIS LEE,**
                **Movant**                          **Case No. 4:18-CV-00649-JLH**
                                                     **Criminal Case No. 4:97-CR-00243-JLH-2**

**v.**                                               **CAPITAL CASE**


**UNITED STATES OF AMERICA**
           **Respondent**

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Movant, Daniel Lewis Lee, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Opinion and Order of the District Court, Hon. J. Leon Holmes, United States District Judge, denying Movant's *Motion to Vacate Conviction and Sentence Pursuant to 28 U.S.C. § 2255 or in the alternative Motion for Relief from Judgment or Order Pursuant to Fed. R. Civ. P. 60*, entered on February 26, 2019. (Doc. No. 1313). Movant also appeals the District Court's subsequent Order denying his *Motion to Alter or Amend Pursuant To Federal Rule of Civil Procedure 59(e)*, entered on May 7, 2019. (Doc. No. 1318).

Respectfully submitted this 5th day of July, 2019.


/s/ Morris H. Moon                          /s/ George G. Kouros
MORRIS H. MOON                              GEORGE G. KOUROS
Assistant Federal Public Defender          Assistant Federal Public Defender
Federal Capital Habeas Project             Federal Capital Habeas Project
6411 Ivy Lane, Suite 710                    6411 Ivy Lane, Suite 710
Greenbelt, MD 20770                         Greenbelt, MD 20770
(713) 880-3556                             (301) 821-0855
Morris_Moon@fd.org                         George_Kouros@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on July 5, 2019. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /s/ *George G. Kouros*
GEORGE G. KOUROS
Bar # 420813 (CT)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org

2

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date 7/5/2019

**Caption:** United States of America v. Kehoe et al

**Case No.:** 4:97-cr-00243-JLH-2

**Appellant:** Daniel Lewis Lee

**Appellant's Attorney(s):** George G. Kouros, Morris H. Moon

**Appellees:** United States of America

**Appellee's Attorney(s):** Ali Ahmad, John M. Pellettieri

**Court Reporter(s):** N/A

**Name of Person who prepared appeal:** Crystal Newton, Deputy Clerk 501-604-5355

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | N/A | Y | N/A |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Appointed | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** Yes

**Where?**
**Address of Defendant:**

**Please list all other defendants in this case if there were multiple defendants:**
Chevie O'Brien Kehoe, Faron Earl Lovelace, Kirby Keith Kehoe

**Special Comments:**