# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2432

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00649-JLH)

_____

## ORDER

IT IS ORDERED that the Federal Public Defender for the Federal Capital Habeas Project

is hereby appointed to represent (or to continue to represent) the above named appellant in all

matters pertaining to this action before this Court.

July 08, 2019

Order Entered under Rule 27A(a):

Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans