# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __Daniel Lee_____ vs.__United States_____

**The Clerk will enter my appearance as Counsel in Appeal No.** __19-2432_____for the following party(s): (please specify)

> Daniel Lee

[✔] Appellant(s)   [ ] Petitioner(s)   [ ] Appellee(s)   [ ] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __George G. Kouros_____ s/: __George G. Kouros_____

Firm Name: __Federal Capital Habeas Project_____

Business Address: __6411 Ivy Lane, Suite 710_____

City/State/Zip: __Greenbelt, MD 20770_____

Telephone Number (Area Code):__(301) 821-0855_____

Email Address: __George_Kouros@fd.org_____

---

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on __7/8/19_____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: