# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2432

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00649-JLH)
_____

## ORDER

The United States of America is directed to file a response to Appellant Mr. Daniel Lewis

Lee's application for a certificate of appealability. Response of United States of America is due

on or before October 7, 2019.


September 12, 2019



Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans