# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No. 19-2432**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **(Capital Case)** |
| **Appellee,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DANIEL LEWIS LEE,** | ) | |
| | ) | |
| **Appellant** | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
TO GOVERNMENT'S RESPONSE TO
<u>APPLICATION FOR CERTIFICATE OF APPEALABILITY</u>**

COMES NOW Appellant, Daniel Lewis Lee, a federally death-sentenced prisoner, by and through counsel, and respectfully moves for leave to file a reply, on or before October 21, 2019, to the Government's response to his Application for a Certificate of Appealability (COA). In support of this motion, Mr. Lee states as follows:

1.     Mr. Lee is a death-sentenced federal prisoner. He is scheduled to be executed on December 9, 2019.

1

Appellate Case: 19-2432   Page: 1   Date Filed: 10/07/2019 Entry ID: 4838841

2.     On July 8, 2019, this Court entered an order directing Mr. Lee to file a COA Application within 60 days of the order.[1] Mr. Lee timely filed his COA Application on September 6, 2019.

3.     On September 12, 2019, the Court directed the Government to file a response by October 7, 2019, which it has now filed.

4.     Mr. Lee respectfully requests fourteen (14) days to file a reply to the Government's response, until October 21, 2019.

5.     Mr. Lee submits that granting leave to file a reply will substantially aid the Court in its determination of the present matter. The Government's response fails to adequately address critical issues raised in his COA Application that are dispositive of the question before this Court: whether the district court's resolution of Mr. Lee's *Brady* and *Napue* claims is debatable by jurists of reason. Moreover, the Government's response mischaracterizes facts in the trial and § 2255 record that are central to his claims. Respectfully, a reply is necessary to correct these inaccuracies and misleading omissions. Permitting Mr. Lee to file a reply will not only assist the Court's understanding of those record materials in analyzing the Government's response, it will also allow him to distill the most

_____

[1] After this Court set the briefing schedule for the COA Application, the Government issued the warrant for Mr. Lee's execution.

Appellate Case: 19-2432     Page: 2     Date Filed: 10/07/2019 Entry ID: 4838841

critical legal arguments that are relevant to whether the applicable COA standard has been met. Mr. Lee's reply will thus aid this Court in the administration of justice by ensuring that the issues to be adjudicated have been fully and fairly presented.

6. Undersigned counsel George Kouros has conferred with counsel for the Government, John Pellettieri, who has indicated that the Government does not oppose this request for fourteen days in which to file a reply.

WHEREFORE, Mr. Lee respectfully requests that the Court grant his request for leave to file a reply, on or before October 21, 2019, to the Government's response to his COA Application.

Respectfully submitted,

/s/ Morris H. Moon
MORRIS H. MOON
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

/s/ George G. Kouros
GEORGE G. KOUROS
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

Counsel for Mr. Lee
Dated: October 7, 2019

3

**CERTIFICATE OF COMPLIANCE PURSUANT TO FRAP 32(g)**

I hereby certify that according to the word count of the word-processing system used to prepare this document, the foregoing motion contains 418 words, and therefore this document complies with the type-volume limitations established by FRAP 27(d)(2)(A).

/s/ George G. Kouros
GEORGE G. KOUROS
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

Dated: October 7, 2019

Appellate Case: 19-2432    Page: 4    Date Filed: 10/07/2019 Entry ID: 4838841

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *George G. Kouros*
GEORGE G. KOUROS
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

Dated: October 7, 2019

5