# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2432

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00649-JLH)

---

## ORDER

Appellant's motion for leave to file a reply to the government's response to the

application for certificate of appealability is granted.

The reply is due on or before October 21, 2019.

October 10, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans