**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

November 04, 2019

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

     RE:  19-2432  Daniel Lee v. United States

Dear Counsel:

     Attached is a copy of the dispositive order entered today in the referenced case.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                       Michael E. Gans
                       Clerk of Court

LMT

Enclosure(s)

cc:    Mr. Ali Ahmad
       Mr. Michael S. Gordon
       Mr. Daniel Lewis Lee
       Mr. Jim McCormack
       Mr. Morris H. Moon
       Mr. Alexander D. Morgan
       Mr. John Michael Pellettieri

     District Court/Agency Case Number(s):  4:18-cv-00649-JLH