# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2432

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00649-JLH)

---

## MANDATE

In accordance with the judgment of 11/04/2019, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

December 30, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit